EXHIBIT A

 

LIBRARY OF CONGRESS

Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopies are a true representation of the work entitled **PROOV** deposited in the Copyright Office with claim of copyright registered under number **TX 9-274-663**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on July 26, 2023.

Shira Perlmutter
United States Register of Copyrights and Director

By:  Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

All Proov te... meet FDA standards for safety and accuracy, which means their technology ... acked by an established body of research.



*LIBRARY OF CONGRESS*

*Copyright Office of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY,** that the attached color photocopies are a true representation of the work entitled **PROOV** deposited in the Copyright Office with claim of copyright registered under number **TX 9-274-663.**

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on July 26, 2023.

Shira Perlmutter
United States Register of Copyrights and Director

By:   Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

# Basics

Where can I buy Proov products online?

All Proov products are available on our website, proovtest.com. Additionally, you can purchase some products through Amazon.com or Walmart.com.

Is Proov FSA/HSA eligible?

Yes, all Proov testing products can be purchased on our website with FSA/HSA cards or directly from the respective stores. Please note that our oils and supplements are not FSA/HSA eligible.

I live outside of the US. Can I buy Proov?

We are currently working on building out our international distribution. At this time, the following access is available for Proov products (note that international shipping and taxes may apply):

Our Proov Confirm PdG tests, Predict LH tests, and Check hCG tests are CE marked and can be purchased on our website in Canada, Australia, New Zealand, the United Kingdom, Spain, Italy, Germany and France. If you live in the U.K., you can also purchase Proov PdG tests on Amazon.

We can also ship Proov Complete, Proov Predict LH tests, Proov Reserve FSH tests, Check hCG tests and Proov Predict & Confirm kits purchased on our website to Canada, Australia and New Zealand.

Proov Confirm PdG tests, Predict LH tests, Reserve FSH tests, and Check hCG tests are available for purchase from the UK and on Amazon UK.

Balancing Oil, Pro, Boost, Block, and the P Cup are only available in the U.S. at this time.

Who owns Proov?

Proov was founded in 2016 by Dr. Amy Beckley, after her own battle with infertility. Proov continues to be owned and operated by our co-founders, Amy and Ellen, and a small team of dedicated, passionate women.

How are Proov products regulated?

Proov at-home tests are regulated by the FDA. Proov tests and Proov supplements are manufactured according to the FDA's current good manufacturing practice (CGMP) guidelines.

Do Proov tests meet FDA standards?

All Proov tests meet FDA standards for safety and accuracy, which means their technology is backed by an established body of research.

### Are Proov tests FDA cleared?

Proov Confirm PdG test strips are registered with the FDA and received FDA clearance in March of 2020. Our tests are the first and only FDA cleared PdG tests to confirm successful ovulation at home. This means that the FDA has reviewed the accuracy of our test and deemed them safe for use. Learn more about FDA clearance and approvals on our blog.

### Is Proov CE marked?

Yes, Proov Confirm PdG test strips received their CE mark in June of 2021. With this, Proov PdG tests are available for sale in select European countries. Note that Proov Confirm PdG tests are currently the only Proov product available for purchase in Europe. If you're interested in becoming an international distributor, please contact us.

### Are Proov tests clinically validated?

Yes, every test we sell uses technology and methods that are backed by clinical studies. In the case of Proov PdG tests, we invented the technology! That means clinical studies were conducted using our Proov-branded product, specifically. You can read all about those studies on our blog. In the case of other Proov tests, our products rest on a strong clinical foundation of prior scientific research, as is typical for FDA-regulated health and wellness products.

### Is Proov affiliated with medical professionals?

Yes, we have an amazing team of Medical Advisors who use Proov and back the efficacy of our products. You can read more about our Medical Advisors here. We also partner with a virtual fertility clinic where a Board-Certified Reproductive Endocrinologist can interpret your Proov results and help you determine the next best steps.

### I'm unsure of my test results. Can you help?

The free Proov Insight app is designed to provide all-month digital tracking, immediate numerical results, details on what your results mean, and action plans to support your goals. If you have additional questions regarding your results, feel free to reach out to our customer support team on Facebook, Instagram, or via email at info@proovtest.com.

### I think my test is defective. What should I do?

We promise we'll get you taken care of! Please send a photo of the defective test, the lot number, and any other explanation you can provide to our customer support team at info@proovtest.com.

### What is your return policy?

Due to the personal nature of our product, we cannot accept returns once products have been shipped. However, we are happy to provide full refunds for all products not yet shipped. Your satisfaction is our #1 goal so if you have any concerns about the Proov product you have received, please contact us at info@proovtest.com.

### Does Proov have a brand ambassador program?

Yes! We'd love for you to apply to be a member of our ambassador program, the #ProovFanClub. You can learn more and apply on our website.

I have a question that isn't in this FAQ. Can you help?

Of course — we are always available to answer your questions via Facebook, Instagram, fill out our Contact Form, or email at info@proovtest.com.

# Proov Confirm PdG Tests

What is PdG and why should I measure it?

Measuring PdG levels provides insight into successful ovulation, a piece of the fertility puzzle that you can't get from BBT or blood tests alone. It all starts with progesterone, a hormone important for successful implantation and pregnancy that your body only produces after ovulation. After circulating through the bloodstream, progesterone is released from the body as the urinary metabolite (or "marker"), Pregnanediol Glucuronide (PdG), which is highest during the implantation window. With the Proov Insight app you can take your results one step further and receive numerical PdG results.

Sustained, elevated PdG levels during the second half of your cycle — the "luteal phase" — is an indication of successful ovulation, which in turn increases your chances of successful conception. In fact, studies show that elevated PdG during the luteal phase is correlated to a 92% chance of successful pregnancy, compared to only 19% in those with low levels.

What is successful ovulation and why should I care?

Contrary to popular belief, there is more than one way to ovulate. A "successful" ovulation occurs when an egg is released and PdG levels remain adequately elevated throughout the implantation window — long enough to allow for the best possible chance at conception. Checking for successful ovulation provides a key piece of the fertility puzzle that is not fully revealed by BBT and blood tests. You can get your unique ovulation analysis directly from the Proov Insight app.

I've never seen PdG tests before. Are these new?

Our CEO and founder, Dr. Amy Beckley, invented the first PdG test in 2016 after her own struggle with infertility. After 7 miscarriages and 2 rounds of IVF, Amy used her background in hormone science to discover an ovulatory disorder was causing her infertility, and learned her struggle could have been prevented by an inexpensive hormone supplement. You can read more about Amy's story on the About Proov page.

When do I use Proov Confirm?

We strongly recommend using the free Proov Insight app to guide your testing. Once you upload some basic cycle information, it will give you specific daily instructions on

when to test and just makes life easier!

Here's an overview to help you know what to expect: You'll use Proov Confirm once at the beginning of your cycle to establish a baseline (see more about baselines below).

Then, you'll track peak fertility using the method of your choice — we recommend LH tests like Proov Predict. Once you detect peak fertility, the patented Proov PdG testing protocol recommends testing PdG levels on days 7, 8, 9, and 10 past peak fertility (DPP) to confirm successful ovulation.

Why do I need to take a baseline PdG test?

Great question! Elevated PdG during the period after peak fertility (the "implantation window") suggests that successful ovulation occurred and your body is prepared for conception. However, every woman's natural levels are different. To understand what "elevated" means, you must first establish a PdG reading early in the cycle when we expect levels to be low (right after your period or on cycle day 5 — whichever comes later). This is your baseline, and it's essential for accurately interpreting your Proov PdG results later in your cycle. The free Proov Insight app makes it easy to know when to take your baseline and provides all-month digital tracking, immediate numerical results, details on what your results mean, and action plans to help you meet your goals.

Why do I need to test on days 7-10 past peak fertility?

The patented Proov PdG testing protocol recommends testing on days 7-10 past peak fertility because these are the days during your cycle when having elevated PdG levels is critical for successful conception. Elevated PdG is a marker of elevated progesterone, which supports implantation. Studies show that elevated levels of PdG during the 7-10 day window correlate to higher chances of successful pregnancy.

If my PdG results show "weak" ovulation (or low PdG), what can I do?

There are many options for raising PdG levels — often we find the fix can be simple! While we always recommend consulting your doctor to determine the best next steps, you can find suggestions based only on your individual PdG results in the Improovments section of the Proov Insight app.

Do I need to use first morning urine for Proov Confirm?

Yes, Proov Confirm is most accurate with first morning urine. This is because your body breaks down progesterone into PdG while you sleep. Ideally, you'll want to collect your urine first thing when you wake up after holding it for at least 6 hours. Using anything other than first morning urine can cause inaccurate results.

Should I save my PdG tests after I read the result?

No, please do not save your PdG test after you read the result. Our PdG tests are considered inaccurate before 5 or after 10 minutes of processing. So simply dip your strip, scan the test in the Proov Insight app, and throw it away!

Do I have to download the Proov Insight App to use Proov Confirm?

While it is possible to read Proov Confirm PdG tests by eye per the instructions included with the tests, we strongly recommend using the Proov Insight app to help take your hormone knowledge one step further by converting your test results into numerical data. Plus the app provides details on what your results mean and action plans to help you meet your goals!

I have taken Proov PdG tests as directed and I am not getting positive results; does this mean I am having trouble ovulating?

Proov PdG tests do not replace medical advice. If you are not getting positive results, you should consult your physician and tell them about this information so they can properly diagnose you.

Can I use Proov Confirm to track PdG levels during pregnancy?

No — Proov Confirm was designed to help monitor ovulation to aid in conception. While progesterone remains high during pregnancy, Proov Confirm has not been clinically validated for use during pregnancy. If you are currently pregnant and concerned about your progesterone levels, we recommend consulting your doctor.

# Proov Complete

Do I need the Proov Insight app to use Proov Complete?

Yes. You must use Proov Complete with the Proov Insight app to gain full-cycle hormone insights. Please note that Proov Complete is only compatible with the following phone models:

-iPhone 7 or higher running iOS 10 or above

-Select Android models, all running Android 10 or 11: Samsung Galaxy Note20 or above, Galaxy S20 or above, Moto G or Z, and Google Pixel 3 or above.

We are working to add more models to this list. If you have a question about your phone model, please reach out to us at info@proovtest.com.

What are the four main cycle hormones and why should I measure them?

Four main hormones control the menstrual cycle, and therefore play a big role in fertility: follicle stimulating hormone (FSH), luteinizing hormone (LH), estrogen, and progesterone. A healthy balance among these hormones gives you the best chance at conceiving. Compared to a snapshot of just one hormone, understanding how all four hormones fluctuate throughout your cycle gives better insight into the fertility puzzle.

I already use ovulation predictor kits (OPKs). Why do I need Proov Complete?

Traditional ovulation predictor tests like Proov Predict measure just one hormone (luteinizing hormone) to identify your two most fertile days, but this is only one piece of the fertility puzzle. Proov Complete provides extensive additional data to help you better understand your hormone balance, your cycle, and get set up for success. In addition to measuring LH, you'll measure FSH to assess your ovarian reserve, E1G (a marker of estrogen) to identify your longest possible fertile window, and PdG (a marker of progesterone) to understand ovulation quality as your body prepares itself to support implantation. Plus, the companion Proov Insight app provides lab-level numerical results, details on what your results mean, and action plans to support your goals — it's like having a fertility coach in your pocket!

What's the difference between Proov Confirm and Proov Complete?

Proov Confirm measures only PdG (a marker of progesterone), which helps you understand ovulation quality as your body prepares itself to support implantation. In contrast, Proov Complete provides a more thorough picture of your overall hormone balance by measuring all four main cycle hormones: follicle stimulating hormonen (FSH), luteinizing hormone (LH), E1G (a marker of estrogen), and PdG (a marker of progesterone). Proov Complete is a patented full-cycle testing system that helps you assess ovarian reserve, identify the longest possible fertile window, and confirm ovulation quality. The result: the best possible insight into your chances of conception.

When do I use Proov Complete?

Proov Complete is a patented full-cycle testing system designed to support your goals throughout your entire cycle. Each woman's testing protocol is different, customized to your unique hormone patterns via the Proov Insight app. You'll begin by uploading some basic cycle data, then follow the easy app prompts to know exactly which test to take on which day. You'll test on many days throughout your cycle, but will also have some days on which you don't test — while this feels weird, it's totally normal to have testing gaps! *It's important to note that the Proov Complete protocol begins on cycle day 5, counting cycle day 1 as the day your period begins. If you receive your Complete kit after cycle day 5, you must wait until your next cycle to begin. We recommend planning ahead, especially when timing your order with your cycle.*

Do I need to use first morning urine with Proov Complete?

Yes, it is essential you use the first urine of the morning for each test. When prompted by the app to test, collect your urine as soon as you wake up after holding it for at least six hours. Using anything other than first morning urine can cause inaccurate results.

Should I save my tests after reading them?

No, please don't save your test strips after scanning them with the Proov Insight app. Scan your tests with the Proov Insight app at exactly 10 minutes, then discard them. Scanning tests after the 10-minute mark may yield inaccurate results.

My Proov Complete results indicate my hormones may be out of balance. What can I do to improve my hormone balance?

There are many options for improving hormone balance — often we find the fix can be simple! While we always recommend consulting your doctor to determine the best next steps, you can find suggestions based only on your individual hormone insights in the Improovments section of the Proov Insight app.

My Proov Complete results indicate my hormone levels may be out of the ideal range for conception. What should I do?

Proov Complete is not intended to diagnose or treat any condition. We encourage you to discuss your results with your doctor to understand the best next steps.

Can I use Proov Complete to track hormone levels during pregnancy?

No, Proov Complete is not clinically validated for use during pregnancy.

Are there medications or medical conditions that could affect my Proov Complete results?

I have questions about the Proov Insight App.

For questions about the Proov Insight app, please see the Proov Insight app FAQ. You can download the Proov Insight app on the Apple App Store or Google Play Store.

Certain medical conditions such as pregnancy, menopause, and Polycystic Ovarian Syndrome, and medications that contain LH or HCG can affect LH test results. Some medications such as hormonal birth control (pills, patches, rings, etc.) and any medication containing natural or synthetic estrogen or progesterone can affect your E1G and PdG test results.

# Proov Predict & Confirm

What is LH and why should I measure it?

Tracking LH levels during the first half of your cycle can help you detect an LH surge, which indicates you've reached your two most fertile days (also called "peak fertility"). This is the time to "try!" During the first half of your cycle — the "follicular phase" — your follicles mature in preparation for ovulation. When the time is right, your brain sends a surge of LH (luteinizing hormone) to trigger the mature follicle to release an egg. Ovulation typically occurs about 12-48 hours after an LH surge.

What is PdG and why should I measure it?

Measuring PdG levels provides insight into ovulation quality, a piece of the fertility puzzle that you can't get from BBT or blood tests alone. It all starts with progesterone, a hormone important for successful implantation and pregnancy that your body only produces after ovulation. After circulating through the bloodstream, progesterone is released from the body as the urinary metabolite (or "marker"), Pregnanediol Glucuronide (PdG), which is highest during the implantation window. With the Proov

Insight app you can take your results one step further and receive numerical PdG results.

Sustained, elevated PdG levels during the second half of your cycle — the "luteal phase" — is an indication of successful ovulation, which in turn increases your chances of successful conception. In fact, studies show that elevated PdG during the luteal phase is correlated to a 92% chance of successful pregnancy, compared to only 19% in those with low levels.

Why should I use LH and PdG tests together?

LH tests predict your two most fertile days and PdG tests provide quantitative proof that ovulation did in fact occur and was successful enough to allow for the best possible chance at conception. Using the two together sets you up for success by providing even more insight to help you reach your goals.

What is successful ovulation and why should I care?

Contrary to popular belief, there is more than one way to ovulate. A "successful" ovulation occurs when an egg is released and PdG levels remain adequately elevated throughout the implantation window — long enough to allow for the best possible chance at conception. Checking for successful ovulation provides a key piece of the fertility puzzle that is not fully revealed by BBT and blood tests. You can get your unique ovulation analysis directly from the Proov Insight app.

I've never seen PdG tests before. Are these new?

Our CEO and founder, Dr. Amy Beckley, invented the first PdG test in 2016 after her own struggle with infertility. After 7 miscarriages and 2 rounds of IVF, Amy used her background in hormone science to discover an ovulatory disorder was causing her infertility, and learned her struggle could have been prevented by an inexpensive hormone supplement. You can read more about Amy's story on the About Proov page.

When do I use Proov Predict & Confirm?

Since Proov Predict & Confirm requires testing different hormones at different phases of your cycle, we strongly recommend downloading the free Proov Insight app for all-month digital tracking and testing reminders. While the app is a great way to manage your testing, each kit includes detailed instructions.

Why do I need to take a baseline PdG test?

Great question! Elevated PdG during the period after peak fertility (the "implantation window") suggests that successful ovulation occurred and your body is prepared for conception. However, every woman's natural levels are different. To understand what "elevated" means, you must first establish a PdG reading early in the cycle when we expect levels to be low (right after your period or on cycle day 5 — whichever comes

later). This is your baseline, and it's essential for accurately interpreting your Proov PdG results later in your cycle. The free Proov Insight app makes it easy to know when to test your baseline and provides all-month digital tracking, immediate numerical results, details on what your results mean, and action plans to help you meet your goals.

Why do I need to test PdG on days 7-10 past peak fertility?

The patented Proov PdG testing protocol recommends testing on days 7-10 past peak fertility because these are the days during your cycle when having elevated PdG levels is critical for successful conception. Elevated PdG is a marker of elevated progesterone, which supports implantation. Studies show that elevated levels of PdG during the 7-10 day window correlate to higher chances of successful pregnancy.

Do I need to use first morning urine with Proov Predict & Confirm?

Proov Confirm PdG tests do require first morning urine after at least a 6 hour hold. Using anything other than first morning urine with Proov Confirm PdG tests will cause inaccurate results. Proov Predict LH tests, on the other hand, can be used with urine collected at any time of day. Our protocol suggests using LH tests twice per day as you approach your day of suspected ovulation, and many women find it convenient to test morning and evening during those days.

If my PdG results show "weak" ovulation (or low PdG), what can I do?

There are many options for raising PdG levels — often we find the fix can be simple! While we always recommend consulting your doctor to determine the best next steps, you can find suggestions based only on your individual PdG results in the Improovments section of the Proov Insight app.

If I have an LH surge, can I be sure I ovulated as expected?

LH tests are often called "ovulation tests," but contrary to their name, they do not confirm whether or not you've ovulated; they only detect the luteinizing hormone surge that typically precedes ovulation. But the Proov Predict & Confirm kit comes with Proov Confirm PdG tests so you can confirm whether or not ovulation was successful enough for the best possible chance at conception.

Should I save my tests after I read the results?

No, please do not save your PdG or LH tests after you read the results. So simply dip your strip, scan the test in the Proov Insight app, and throw it away!

Do I have to download the Proov Insight app to use Predict & Confirm?

While it is possible to read both Proov LH and PdG tests by eye, per the instructions included with the kit, we strongly recommend using the Proov Insight app to take your hormone knowledge one step further by converting your results into numerical data. Plus the app provides details on what your results mean and action plans to help you meet your goals!

Can I use my Proov results to understand my fertility status?

No, Proov only provides a snapshot of where you are in your cycle and does not provide a reflection of your fertility status. If you have questions about your results, you should consult your physician.

<u>What's the benefit of using Predict & Confirm for fertility testing?</u>

Unlike other LH tests, Proov Predict & Confirm comes with 15 LH tests to predict ovulation and identify your 2 most fertile days *and* 5 PdG tests to confirm successful ovulation during the implantation window. Contrary to popular belief, LH tests don't actually confirm ovulation, so using both LH and PdG tests provides a full ovulation picture to help with conception.

# Proov Predict LH Tests

<u>What is LH and why should I measure it?</u>

Tracking LH (luteinizing hormone) levels during the first half of your cycle can help you detect an LH surge, which indicates you've reached your two most fertile days (also called "peak fertility"). This is the time to "try!" During the first half of your cycle — the "follicular phase" — your follicles mature in preparation for ovulation. When the time is right, your brain sends a surge of LH to trigger the mature follicle to release an egg. Ovulation typically occurs about 12-48 hours after an LH surge.

<u>When do I use Proov Predict?</u>

We recommend testing for peak fertility using Proov Predict LH tests about 18 days before your next suspected period. So if your cycles are 28 days long, you'll start testing with Proov Predict on cycle day 10 (don't worry — the free Proov Insight app will do the math for you!). The Proov Insight app will prompt you to test twice per day — once in the morning and once in the evening — because LH surges can be short, so we want to ensure you don't miss it.

<u>Do I need to use first morning urine with Proov Predict?</u>

No — you may use Proov Predict at any time of day. The Proov Insight app will prompt you to test two times per day during the LH testing phase. Many women find it convenient to test levels mid-morning and again later in the evening, but the choice is ultimately yours.

<u>If I have an LH surge, can I be sure I ovulated as expected?</u>

LH tests are often called "ovulation tests," but contrary to their name, they do not confirm whether or not you've ovulated; they only detect the luteinizing hormone surge that typically precedes ovulation. For more insight into your overall ovulation quality, we recommend checking out Proov Confirm. Proov Confirm PdG tests measure the urine marker of progesterone, the hormone released after ovulation to confirm whether or not ovulation was successful (which allows for the best possible chance at conception).

<u>Should I save my LH tests after I read the result?</u>

No, please do not save your LH test after you read the result. Simply dip your strip, scan the test in the Proov Insight app, and throw it away!

Do I have to download the Proov Insight app to use Proov Predict?

While it is possible to read Proov Predict LH tests by eye, per the instructions included with the tests, we strongly recommend using the Proov Insight app to take your hormone knowledge one step further by converting your test results into numerical data. Plus the app provides details on what your results mean and action plans to help you meet your goals!

Can I use my Proov LH test results to understand my overall fertility status?

No, Proov Predict only provides a snapshot of where you are in your cycle and does not provide a reflection of your overall fertility status. If you have questions about your fertility, consult your physician.

# Proov Reserve FSH Tests

What is FSH and why should I measure it?

Tracking follicle stimulating hormone (FSH) levels over time can give you insight into your ovarian reserve (your remaining egg supply) if you are trying to conceive. FSH levels increase temporarily at the beginning of each cycle to stimulate your ovaries to produce eggs. When your ovarian reserve is lower, more FSH is required to stimulate them. By providing insight into ovarian reserve, testing FSH can help you make a plan and get set up for success.

What is my ovarian reserve and why should I care about it?

A woman is born with all her eggs and does not produce more over her lifetime. Your ovarian reserve refers to how many eggs your ovaries have remaining. Understanding your ovarian reserve can help you have more informed conversations with your doctor and get further assessment, if necessary.

Why does a high FSH level correlate with lower ovarian reserve?

FSH is your body's signal that stimulates the ovaries to produce eggs, so levels typically increase a little early in your cycle. When your ovarian reserve is low, it takes a stronger FSH signal to stimulate your ovaries to produce eggs. This means that if you have a lower ovarian reserve, your body produces more FSH at the beginning of your cycle, and testing reveals higher levels of the hormone in your system.

When do I use Proov FSH tests?

The Proov Insight app, and instructions included with the tests, will prompt you to test FSH levels on cycle days 5, 7, and 9. Like all hormones, FSH levels have been shown to fluctuate so it's important to get three separate results to best understand your levels over time. Additionally, FSH levels can also vary cycle-to-cycle which is why we recommend testing for multiple cycles in order to get the most complete picture.

I got a high FSH reading. Does this mean I have low ovarian reserve?

A single FSH reading — whether it be high or low — is considered non-diagnostic, since studies show that FSH levels can fluctuate. This is why we recommend testing FSH levels 3 times during your cycle (days 5, 7, and 9) and retesting your levels for at least a few cycles to get the best idea of your levels over time.

What should I do if I get 2 or more high FSH test results?

If you get 2 or more high FSH test results, this may indicate low ovarian reserve could be impacting your chances at conception. In this case, we recommend following up with your doctor.

Do I need to use first morning urine with Proov FSH tests?

Yes, please test FSH levels using first morning urine for the most accurate results. First morning urine should be collected first thing when you wake up after at least a 6 hour hold.

Should I save my tests after I read the results?

No, please do not save your FSH tests after you read the results. So simply dip your strip, scan the test in the Proov Insight app, and throw it away!

Do I have to download the Proov Insight app to use Proov FSH tests?

Yes, you must use the Proov Insight app with Proov Reserve FSH tests for full hormone insights.

I have taken Proov FSH tests as directed and am getting results in a normal range; does this mean I have a normal ovarian reserve?

Proov FSH tests do not replace medical advice. If you're getting test results in the normal range and are still having trouble trying to conceive, we recommend consulting your physician.

I am taking fertility medications. Will this alter my FSH test results?

**Yes, medications that contain FSH or alter FSH levels may affect Proov Reserve FSH test results.**

# Proov Check hCG Tests

What is hCG and why should I measure it?

Human Chorionic Gonadotropin (hCG) is the hormone produced by the body when you are pregnant. The presence of hCG in your urine suggests that you are most likely pregnant.

When do I use Proov Check?

You can start testing with Proov Check up to 5 days before your next expected period (that's 6 days before a missed period). The instructions included with your kit will help you determine when you may begin testing. If you have already missed your period, you may begin testing right away.

Do I need to use first morning urine with Proov Check?

If you are testing with Proov Check before a missed period, you must use first morning urine. If you are testing with Proov Check after a missed period, you can test using urine from any time of day.

I got a positive Proov Check test, does that mean I'm pregnant?

A positive Proov Check test indicates that hCG is present and you are most likely pregnant. We always recommend following up with your doctor to confirm pregnancy and discuss next steps.

I got a negative Proov Check test, does that mean I'm not pregnant?

A negative Proov Check test result could indicate that you are not pregnant or the amount of hCG was not high enough to be detected. If you are unsure of your result or still suspect you may be pregnant, you can test at least 48 hours later.

Do I need to download the Proov Insight app to use Proov Check?

No, Proov Check tests are not compatible with the Proov Insight app and must be read by eye. After reading your test by eye, you can record your result in the Proov Insight app.

Should I save my hCG tests after I read the result?

No, please do not save your Proov Check hCG tests after reading the result. Reading results after 15 minutes of processing could cause inaccurate results. Instead, we recommend snapping a picture of your test result in case you want to come back to it later.

# Hers & His Fertility Starter Kit

Why should my partner and I both use these tests?

It takes two to tango! Easy at-home testing with the Hers & His kit is a great way to confirm that everything is working as expected on both sides, so you can get set up for success and reach your goals faster.

Is the Hers & His Fertility Starter Kit FDA cleared?

While the Hers and His Fertility Starter Kit itself is not FDA cleared, the Yo Sperm test has received FDA clearance.

I have questions about the Proov Complete or Check kits. Can I get them answered here?

Please see the individual Complete and Check FAQ sections on this page.

I have questions about the Yo Sperm Test. Where should I go?

For specific questions about your Yo Sperm test, we recommend reaching out to the Yo Sperm team directly at support@yospermtest.com.

How does at-home fertility testing for couples work?

Proov Complete and the Proov + Yo Sperm Test test for key fundamentals of getting pregnant. With Complete, you'll assess ovarian reserve (about how many eggs you

have left), find up to 6 fertile days to give egg and sperm the best chance to meet, and confirm successful ovulation during the implantation window. The Proov + Yo Sperm test allows him to test his moving sperm which is important so sperm can meet egg!

# Balancing Oil

What's in Proov Balancing Oil?

Proov Balancing Oil is a perfectly balanced blend of natural progesterone (USP), MCT oil, Vitamin E, and lemon oil.

What is "natural progesterone"?

"Natural progesterone" — also called "bio-identical progesterone" — is the same as the progesterone that naturally occurs in your body, compared to progestins which are synthetic, chemically modified, and typically found in some forms of birth control. To learn more about progesterone, see our blog.

How do I use Balancing Oil?

If you still have a period, we recommend using 5-10 drops of Balancing Oil 2-3 times per day during the last 12 days of your cycle. If you no longer have a cycle, we recommend using 3 drops 3 times per day for three consecutive weeks, taking one week off in between each 3 week cycle.

How much progesterone does Balancing Oil contain?

Balancing Oil contains 2,500 mg of natural progesterone per bottle, which comes out to about 1.5 mg of progesterone per drop.

Is Balancing Oil stronger than cream?

Generally, using an oil base allows for a higher concentration of progesterone than a cream. To learn more about products that contain progesterone, please see our blog.

What type of quality assurance testing is done on Balancing Oil?

We ensure our manufacturers follow the current good manufacturing practice (cGMP) guidelines and thoroughly test Balancing Oil prior to selling it. We ensure it contains at least 2,500 mg of natural progesterone per bottle. We also test to ensure it does not contain microbes (such as yeast, mold, E. coli, salmonella or staphylococcus) or heavy metals (such as arsenic, cadmium, lead, or mercury).

Does Balancing Oil contain any allergens?

Balancing Oil contains coconut; please do not use if you are allergic to coconut. Balancing Oil is gluten free. Additionally, we tested Balancing Oil for the presence of peanuts and there was no detectable limit reported (<1.0 ppm). We also tested Balancing Oil for the presence of soy and there was no detectable limit reported (<2.5 ppm).

Can Balancing Oil affect my Proov test kit results?

Potentially, yes. Products or supplements that contain progesterone can affect your Proov test results.

Can I use Balancing Oil if I am pregnant or nursing?
If you are pregnant or nursing, always consult your healthcare provider before using any Proov product.

# Luteal Love

What's in Proov Luteal Love?
Proov Luteal Love is an herbal blend that contains vitex (a.k.a. chaste tree berry), ashwagandha, and maca.

Can Luteal Love increase my progesterone levels?
Luteal Love contains an herbal blend that supports your body's natural progesterone production.

When do I take Luteal Love?
We recommend taking 1-2 capsules daily for the last 15 days of your cycle, or as directed by your healthcare professional.

Does Luteal Love contain progesterone?
No, Luteal Love does not contain progesterone but instead contains an herbal blend meant to support your body's progesterone production.

Can Luteal Love affect my Proov test kit results?
Potentially, yes. Luteal Love is meant to support your body's natural progesterone production. Since higher levels of progesterone lead to higher PdG markers in urine, your Proov test kit results may be affected.

Can I use Luteal Love if I am pregnant or nursing?
No, please do not use Luteal Love if you are pregnant or nursing.

If I'm taking fertility medication, can I use Luteal Love?
No, please do not use Luteal Love while taking fertility medication and be sure to consult your doctor about any supplement use.

# High Absorbing Iron

Why is iron important for fertility and pregnancy?
Iron is an essential mineral, meaning it is required for life-sustaining functions and cannot be produced by the body — it must be consumed in the diet or with supplements. Iron helps with everything from making hormones to building muscles to carrying oxygen through your bloodstream. Normal iron levels support a healthy cycle and ovulation quality, making iron especially important when you're trying to conceive. During pregnancy, the body must produce much more blood than usual to sustain a growing fetus, which can lead to iron deficiency — so maintaining healthy iron intake is key.

What is iron deficiency?

Iron deficiency, also called anemia, occurs when there is not enough iron directly in your bloodstream. It's one of the most common nutrient deficiencies, affecting about 1 in 3 women of childbearing age.

What is heme iron polypeptide?

Heme iron polypeptide (the iron in Proov High Absorbing Iron) is a naturally occurring iron source that is readily absorbed by the body. Many iron supplements on the market are made from ionic iron and are associated with common gastrointestinal (GI) side effects. Heme iron polypeptide, in contrast, has few side effects and is well tolerated by most people.

What makes Proov High Absorbing Iron different from other iron supplements?

Many iron supplements on the market are made from ionic iron and are associated with GI side effects. Proov High Absorbing Iron, in contrast, is made from a different source — heme iron polypeptide — which has few side effects and is well tolerated by most people. Heme iron polypeptide has a unique absorption pathway that is highly efficient and not affected by food. This means you can take it with or without a snack and be certain your body is absorbing the iron as intended. We recommend taking the supplement with food, however, as a precaution against the low risk of upset stomach.

I've heard that iron can cause gastrointestinal (GI) issues; how is Proov's better?

Most iron supplements on the market are made from ionic iron and are associated with common GI side effects. Proov High Absorbing Iron, in contrast, is made from heme iron polypeptide, which has few side effects and is well tolerated by most people.

Can I take Proov High Absorbing Iron if I'm pregnant?

Yes, the general recommendation is to take 1-3 tablets per day or as directed by your doctor. Please consult your doctor before taking Proov High Absorbing Iron if you are breastfeeding.

Home / Confirm PdG Tests



★★★★½ (290 REVIEWS)

## Confirm PdG Tests
$29.00

**The First and Only FDA Cleared Test to Confirm Successful Ovulation**

Contrary to popular belief, there's more to getting pregnant than knowing when you're fertile. Meet Proov Confirm: the first and only FDA cleared test to confirm successful ovulation at home. Each pack contains 5 FDA cleared PdG tests.

Studies show elevated PdG levels during the implantation window can increase pregnancy rates up to 75%*. Add Confirm to your favorite fertility tracking method to confirm ovulation, increase your chances of getting pregnant, and reach your fertility goals faster!

Want even more ovulation info? Try Predict & Confirm!

Select Pack Type:

  

## The Need-to-Know on PdG

PdG needs to rise and remain elevated during the second half of your cycle for successful ovulation to occur — and to allow for a higher chance at pregnancy.





"As a fertility doctor, Proov is one of the most comprehensive, reliable at home diagnostic testing and support systems I've ever seen. I love that Proov provides a suite of products that allows patients to have more information and tools from the comfort of home."

Dr. Aimee Eyvazzadeh
MD, PhD, FACOG




**1:1 Support**



**Proov-exclusive Ovulation Score**



**99% Accurate**



**Non-invasive**



**Confirm PdG Tests**

## What's Included —

- 5 FDA cleared PdG tests to confirm successful ovulation
- Proov Insight Companion app
- Proov app card
- Instructions for use

## When You'll Test —

- Begin by taking 1 Confirm test early in your cycle (please refer to kit instructions for specific details). This is called your baseline and it will be negative — but is still super important!
- You'll save your other 4 tests to use during the key implantation window. The implantation window takes place days 7 through 10 after peak fertility, as indicated by an LH test, fertility tracking device, or cervical mucus.

*Please refer to kit instructions for specific details.*

## The Science —

- Proov Confirm measures a hormone marker released after ovulation, called PdG, that supports implantation. Sustained, elevated PdG levels during the implantation window — days 7-10 after peak fertility — indicate a successful ovulation.
- Proov is the only FDA cleared test to confirm successful ovulation by tracking PdG during the implantation window. A clinical study* shows when PdG levels remain high during the implantation window, pregnancy rates increase over 75%.

## Results —

If PdG tests remain positive (one line) during the implantation window, this is a successful ovulation. Successful ovulation can also be indicated by a high Ovulation Score if you choose to use the Proov Insight app. Negative PdG test results during the implantation window or a low Ovulation Score means you are unable to confirm successful ovulation.

If your results indicate you are ovulating successfully but you still haven't conceived, we recommend checking your partner's sperm, ensuring you're timing intercourse correctly, or consulting a doctor. If your results indicate you are not ovulating successfully, we recommend consulting your doctor for treatment or learning about ways to naturally support progesterone production.

Want to share your Proov results with your doctor? Download this PDF to help them understand your results & the best next steps.

## Who Might Have a Problem with Ovulation

- Women with PCOS or endometriosis
- Women over 35
- Women with a history of early miscarriage
- Women who are taking fertility medications
- Women who have been trying to conceive, but without success

## Common Questions

### What is PdG and why should I measure it?

Measuring PdG levels provides insight into successful ovulation, a piece of the fertility puzzle that you can't get from BBT or blood tests alone. After circulating through the bloodstream, progesterone is released from the body as the urinary marker, Pregnanediol Glucuronide (PdG). Sustained, elevated PdG levels during the second half of your cycle — the "implantation window" — is an indication of successful ovulation, which increases your chances of successful implantation and pregnancy by as much as 75%. Low PdG levels during the second half of your cycle may indicate a problem with ovulation that could make it more difficult to get pregnant.

### Is PdG testing the same as progesterone testing?          –

Not quite. Progesterone tests measures the amount of progesterone present in blood at a single moment to confirm whether or not ovulation occurred. PdG tests measure the urine marker of progesterone over several days during the implantation window to confirm "successful" ovulation, meaning PdG levels remained high enough for long enough to allow for a higher chance at conception. A clinical study showed that elevated PdG levels after ovulation can increase pregnancy rates by up to 75%.*

### What does a positive PdG test result mean?          –

While a single positive PdG test result confirms ovulation, our patented PdG testing protocol requires testing across all 4 days during the implantation window to confirm "successful" ovulation. We like to see several positive PdG test results during the implantation window. A clinical study showed that elevated PdG levels after ovulation (during the implantation window) can increase pregnancy rates by up to 75%.*

### What should PdG levels be in the implantation window?          –

During the implantation window, PdG levels should be elevated. We like to see a level of at least 5 ug/ml across all 4 days during the implantation window, which is the level at which Proov Confirm tests turn positive.

### What is successful ovulation and why should I care? −

Contrary to popular belief, there is more than one way to ovulate. A "successful" ovulation occurs when an egg is released and PdG levels remain adequately elevated through the implantation window — long enough to allow for a higher possible chance of successful implantation. Low PdG levels following ovulation can indicate a problem with ovulation, which can make it more difficult to get pregnant.

### Why do I need to test on days 7-10 past peak fertility? −

The patented Proov PdG testing protocol recommends testing on days 7-10 past peak fertility — also called the implantation window — because these are the days during your cycle when having sustained, elevated PdG levels is critical for successful conception. Elevated PdG is a marker of elevated progesterone, which supports implantation. Studies show that elevated levels of PdG during the 7-10 day window can improve chances at successfully getting pregnant.

### Do I need to use first morning urine with Proov Confirm? −

Yes, Proov Confirm is most accurate with first morning urine. Using anything other than first morning urine can cause inaccurate results.

### I have taken Proov PdG tests as directed and I am not getting positive − results; does this mean I am having trouble ovulating?

Proov PdG tests do not replace medical advice. If you are not getting positive results, you should consult your physician and tell them about this information so they can properly diagnose you.

Home / Predict & Confirm™ Kit



★★★★★ (84 REVIEWS)

# Predict & Confirm™ Kit
**$39.00**

### 2 Tests to Increase Your Pregnancy Chances

Go beyond traditional ovulation tests with Predict & Confirm to both predict AND confirm successful ovulation. Get 2 key fertility hormone & hormone marker tests:

- Predict: LH tests to identify your 2 *most* fertile days so you know the best time to try
- Confirm: FDA-cleared PdG tests to confirm successful ovulation during the implantation window to allow for a higher chance at pregnancy

Includes 15 LH tests and 5 PdG tests. You'll get the full ovulation picture, including your Proov-exclusive ovulation score. Studies show a high ovulation score can increase pregnancy rates by up to 75%*. Pair your tests with our free Proov Insight companion app to unlock testing reminders, interpret results, and get personalized action plans to help you reach your pregnancy goals faster.

Want a more comprehensive picture of your cycle? Try Complete!

## The Perfect Ovulation Tracking Pair

LH rises immediately before ovulation and helps you identify the best time to "try." Elevated and sustained PdG levels after ovulation not only confirms that ovulation occurred, but also that ovulation was successful – meaning you have a higher chance at possible pregnancy.





"As a fertility doctor, Proov is one of the most comprehensive, reliable at home diagnostic testing and support systems I've ever seen. I love that Proov provides a suite of products that allows patients to have more information and tools from the comfort of home."

**Dr. Aimee Eyvazzadeh**
MD, PhD, FACOG




**1:1 Support**



**Proov-exclusive Ovulation Score**



**99% Accurate**



**Non-invasive**



**Numeric hormone values**

## About Predict & Confirm

Toggle between the 2 products in this bundle to see what is included & learn more



**Predict LH Tests**

### What's Included

- 15 LH tests to predict ovulation
- Proov Insight Companion app
- Proov app card
- Instructions for use



Confirm PdG Tests

### When You'll Test

You'll start tracking your peak fertility with Predict tests about 18 days before your next expected period. We define "peak fertility" as the first positive LH test, not the "most positive" like some other brands. Once you get your first positive LH test, you can stop testing.

*Please refer to kit instructions for specific details.*

## The Science

- Proov Predict measures luteinizing hormone, or LH for short. A positive LH test suggests you have entered your 2 most fertile days — when intercourse or insemination are most likely to result in conception.
- Hot tip: trying a day or two before your expected positive LH test can maximize chances of hitting your fertile window!

## Who This Test Is For

- Women who have been trying to conceive, but without success
- Women who do not have another ovulation or fertility tracking method
- Women who want to more accurately predict their fertile window alongside their period tracking app

## Results

- If the LH tests show the test line as dark or darker than the control, it is positive. Remember, we define "peak fertility" as the first positive LH test, not the "most positive" like some other brands. This is because studies show that most women ovulate after the first positive LH test, not the highest LH value.
- If you see a positive Predict test result, it's a great time to have intercourse or inseminate.

### What is LH and why should I measure it?

Tracking LH (luteinizing hormone) levels during the first half of your cycle can help you detect an LH surge, which indicates you've reached your two most fertile days (also called "peak fertility"). This is the time to "try!" During the first half of your cycle — the "follicular phase" — your follicles mature in preparation for ovulation. When the time is right, your brain sends a surge of LH (luteinizing hormone) to trigger the mature follicle to release an egg. Ovulation typically occurs about 12-48 hours after an LH surge.

### If I have an LH surge, can I be sure I ovulated as expected?

LH tests are often called "ovulation tests," but contrary to their name, they do not confirm whether or not you've ovulated; they only detect the luteinizing hormone surge that typically precedes ovulation. We recommend using Proov Confirm PdG tests alongside your Predict tests so you can confirm whether or not ovulation was successful to allow for a higher possible chance at pregnancy.

### Do I need to use first morning urine with Proov Predict?

No — you may use Proov Predict at any time of day. The Proov Insight app will prompt you to test two times per day during the LH testing phase. Many women find it convenient to test LH levels mid-morning and again later in the evening, but the choice is ultimately yours.

### What does Predict measure?

Proov Predict measures luteinizing hormone (LH), the hormone that surges about 12-36 hours before ovulation and triggers the ovary to release the egg. An LH surge can help identify your 2 most fertile days - the best time to "try"!

Home / Complete Testing System



★★★★★ (64 REVIEWS)

# Complete Testing System
### $89.00

**Increase Your Pregnancy Chances with the Most Comprehensive At-Home Fertility Test Yet**

If you want to increase your chances of pregnancy by up to 75%*, get Complete. Measure all 4 cycle hormones for a comprehensive fertility map, including:

- A snapshot of ovarian reserve, a.k.a. an estimate of how many eggs you have left
- Up to 6 fertile days – 3x more than typical tests!
- Patented testing method to confirm successful ovulation during the implantation window
- An actionable, end of cycle fertility hormone report

Hormones and ovulation can vary cycle-to-cycle, so we always recommend getting 2 full cycles of testing data by selecting the **Complete 2 Cycle** option below for the most complete picture and actionable information to move you forward.

Each kit includes 5 FSH tests and 17 Multihormone tests. You'll need to start testing **on cycle day 5** & follow the testing prompts in the Proov Insight app.

## Four hormones, one test kit – all on your phone

Four key hormones impact your cycle and fertility. Get the complete picture of your cycle hormones and be empowered to move forward with confidence.

- ✓ **FSH:** Check on your egg count
- ✓ **E1G & LH:** Up to 6 days to "try"
- ✓ **PdG:** Know if you're conception ready



**Your Cycle**

FSH —
E1G —
LH —
PdG —

ovarian reserve | fertile window | implantation window

cycle start | cycle end



"As a fertility doctor, Proov Complete is one of the most comprehensive, reliable at home fertility tests for women I've ever seen. I love that Proov Complete allows patients to have so much information about all of their cycle hormones from the comfort of home."

**Dr. Aimee Eyvazzadeh**
**MD, PhD, FACOG**


**1:1 Support**


**Proov-exclusive Ovulation Score**


**Hormone Balance Ratios**


**99% Accurate**


**Non-invasive**


**Complete Testing System**

## What's Included

- 3 FSH tests
- 17 Multihormone tests
- Proov Insight app
- Proov app card
- Instructions for use

*Please see FAQ for device compatibility list*

## When You'll Test



For all cycles tracked with Complete, you will need to start on cycle day 5 (a.k.a. 5 days after the start of your period).

Complete customizes your testing protocol to your unique cycle. While FSH testing days are always consistent, everyone's testing protocol will look a little different based on their cycle length. The below represents testing for a 30-day cycle.

*Please refer to kit instructions for specific details.*

## The Science                                                                    —

Understand the science behind the four hormones tested with Complete, our most comprehensive women's fertility test.

- **FSH** (follicle stimulating hormone): FSH is the hormone responsible for selecting the follicle to ovulate in a given cycle and can provide insight into ovarian reserve.
- **E1G** (estrogen marker): A hormone marker that prepares the uterus to receive a pregnancy and it signals the opening of the fertile window — the 5-6 days each cycle with the highest possibility of getting pregnant.
- **LH-beta** (beta subunit of luteinizing hormone): A hormone that "spikes" right before ovulation to cause the egg to be released to help you time intercourse or insemination and PdG testing.
- **PdG** (progesterone marker): A hormone marker released after ovulation that supports implantation and confirms successful ovulation, which clinical studies show is correlated to a 75% increase in pregnancy rates.*

Want to dive deep into Complete? Check out our blog!

## Results                                                                        —

At the end of each Complete testing cycle, you'll receive a full-cycle analysis, where you'll learn about your ovarian reserve status, hormone levels and balance, and whether or not your ovulation was successful — all critical info to have when trying to get pregnant. From there, you can bring your results to your doctor to discuss the best next steps for you.

Want to share your Proov results with your doctor? Download this PDF to help them understand your results & the best next steps.

## Who Might Have a Problem with Ovulation                                        —

- Women with PCOS or endometriosis
- Women over 35
- Women with a history of early miscarriage
- Women who are taking fertility medications
- Women who have been trying to conceive, but without success

### Do I need the Proov Insight app to use Proov Complete?

Yes. You must use Proov Complete with the Proov Insight app to gain full-cycle hormone insights. Please note that Proov Complete is only compatible with the following phone models:

- iPhone 7 or higher running iOS 10 or above
- Select Android models, all running Android 10 or above: Samsung -Galaxy Note20 or above, Galaxy S10 or above, Moto G or Z, and Google Pixel 3 or above.

We are working to add more models to this list. If you have a question about your phone model, please reach out to us at info@proovtest.com.

### I already use ovulation predictor kits (OPKs). Why do I need Proov Complete?

Traditional ovulation predictor tests measure just one hormone (luteinizing hormone) to identify your two most fertile days, but this is only one piece of the fertility puzzle. Proov Complete provides extensive additional data to help you better understand your hormone balance, cycle, and ovulation, so you can be better set up for success. In addition to measuring LH, you'll measure FSH to assess your ovarian reserve, E1G (a marker of estrogen) to identify your longest possible fertile window, and PdG (a marker of progesterone) to check for successful ovulation.

### Do I need to use first morning urine with Proov Complete?

Yes, it is essential you use the first urine of the morning for each test. When prompted by the app to test, collect your urine as soon as you wake up after holding it for at least six hours. Using anything other than first morning urine can cause inaccurate results.

**My Proov Complete results indicate my hormones may be out of the ideal range for getting pregnant. What can I do?**

There are many options for improving hormone balance or promoting successful ovulation — often we find the fix can be simple! While we always recommend consulting your doctor to determine the best next steps, you can find suggestions based only on your individual hormone insights in the Improovments section of the Proov Insight app.

**Is Complete an accurate at home fertility test?**

Yes, Proov Complete is 99% accurate at detecting FSH, E1G, LH, and PdG in urine.

**How does Complete work?**

Proov Complete tracks 4 key hormones & hormone markers across your entire cycle. After you download the free Proov Insight app and activate your kit, the app will create your personalized testing protocol. Each morning before you pee, check in with the app to determine whether or not it's a testing day. Then, take your test according to the in-app instructions. At the end of your testing cycle, you'll receive your Ovulation Score and actionable fertility report!

**What makes Complete fertility test different from others?**

Unlike other fertility tests, Proov Complete testing is non-invasive since all testing is done via urine, not blood. Additionally, Complete tracks 4 key hormones & hormone markers across your entire cycle, rather than only at one point in time.

# Fertility Testing: More than Just Ovulation Tests

Studies show that 85% of couples will conceive in 1 year if they have frequent intercourse. But some couples will need a little extra help when it comes to getting pregnant, and others are

At Proov, we offer a comprehensive range of fertility and ovulation testing products that allow you to understand your hormones with inexpensive, non-invasive tests. All you need is your urine sample (or his sperm, if your partner is male). We know our bodies are complex, but understanding them doesn't have to be! And we're here to help.

Below, we've identified 4 key cycle hormones that influence fertility, what each can tell you, and how to test them easily at home.

Error! Filename not specified.

# 4 Key Cycle Hormone Tests:

- LH TESTING
- PROGESTERONE / PdG TESTING
- FSH TESTING
- ESTROGEN TESTING

## FSH Testing to Understand Ovarian Reserve

FSH tests measure follicle stimulating hormone, and they're all about understanding how many eggs you have on hand (known as "ovarian reserve"). You're born with all the eggs you'll ever have and, as you ovulate throughout your life, your ovarian reserve slowly decreases over time.

FSH's job is to stimulate the ovaries to prep eggs for ovulation.

The hormone rises at the beginning of every cycle to set this process in motion. When you have many eggs left, only a small amount of FSH is needed to stimulate the ovaries.

As your ovarian reserve decreases, the ovaries have a harder time recruiting an egg for ovulation each cycle. This challenge signals the brain to send more FSH to the ovary to give it some extra help. That's why when it comes to FSH testing, higher hormone levels equate to lower ovarian reserve. (It's a little confusing, but stick with us!) Elevated FSH levels at the beginning of the cycle indicate your ovaries are working overtime to prepare an egg, so you may have a lower ovarian reserve.

You can test FSH levels with at-home, urine-based hormone tests like Proov Reserve. While studies show that elevated FSH levels do not directly impact the ability to conceive naturally, they can impact your chances if you're pursuing assisted reproductive technology. Additionally, less eggs left may indicate less time to get pregnant. Understanding ovarian reserve is just one more helpful piece of the fertility puzzle.

# What should I do with my fertility testing information?

We believe the more information you have about your fertility hormones, the more empowered you can be to get pregnant faster. Our tests work with the Proov Insight app, which helps you understand your results and provides action steps to reach your goals — it's like a fertility coach in your pocket!

If your testing results indicate hormone levels that are out of the expected range, there's no need to panic. The fact is every body is different and there can be a lot of variation in what "normal" looks like. It's common for it to take some time to get pregnant, and we recommend testing for multiple cycles to gather the information you need to be set up for success.

And if there is an issue, often the fix is simple. Basics like healthy lifestyle choices and natural supplements can be a good place to start!

Additionally, we always recommend bringing your at-home testing data to your doctor. Together, you can develop the best plan for you based on your unique results, situation, and medical history. A doctor can also run additional tests and prescribe medications if needed.

**Error! Filename not specified.**

# What are some other fertility testing options?

At Proov, we're focused on the 4 key cycle hormones — but there's more to the world of fertility testing. Here are a few more testing options you can consider:

Sperm testing: It takes two to tango! Get his swimmers checked so you know that they have the best possible chance at fertilizing the egg.

Anti-mullerian hormone (AMH) test: AMH is another marker of ovarian reserve. Your doctor can perform this test.

Thyroid-stimulating hormone (TSH): TSH stimulates the thyroid gland to make reproductive hormones. Imbalances in TSH can cause imbalances in reproductive hormones.

Testosterone: While women should only have low levels of testosterone, some experience elevated levels (such as those with PCOS), which can interfere with fertility.

Dehydroepiandrosterone (DHEA): DHEA is a hormone that helps produce other hormones. Elevated DHEA can be a sign of PCOS or cause increased levels of testosterone.

Prolactin: Prolactin increases during breastfeeding. Elevated prolactin can inhibit ovulation.

Vitamin D: Studies show that high levels of vitamin D are associated with higher pregnancy rates.

Is fertility testing the same as ovulation testing?

Not quite — "fertility testing" can refer to a whole range of tests that provide helpful insight when you're trying to conceive. "Ovulation testing" usually refers only to LH tests. Accurate ovulation (LH) tests help you time intercourse by indicating when ovulation is likely to take place. While LH tests are extremely useful, they only reveal one piece of the fertility puzzle.

When is the right time to begin fertility testing?

Taking advantage of convenient at-home fertility hormone tests is very common, even for couples who've only just started trying. But only you can know if and when fertility testing should be part of your personal journey to pregnancy. At Proov, we believe it's never too early to begin testing your main cycle hormones to get more in tune with your hormone patterns. Having a clear picture of what's going on with your cycle can help with timing intercourse, understanding ovulation quality, understanding how many eggs you have on hand, and more.

What hormones are part of fertility testing?

The 4 key hormones we recommend testing are follicle stimulating hormone (FSH), estrogen (or its urine marker, E1G), luteinizing hormone (LH), and progesterone (or its urine marker, PdG).

How do ovulation tests work?

Ovulation test strips measure luteinizing hormone (LH) levels in urine to identify your 2 most fertile days each cycle, so you know exactly when to "try." Accurate ovulation tests are the most common fertility hormone test on the market.

Do ovulation tests confirm ovulation?

No, ovulation tests do not confirm ovulation. If you'd like to confirm ovulation, you'll need a PdG test instead.

What are other fertility tests I can consider?

If you're looking for more information or have done the main fertility tests and still aren't conceiving after 12 months, you may want to consider additional testing. Here are some options to discuss with your doctor:

- **Sperm testing**
- **Anti-mullerian hormone (AMH) test**
- **Thyroid-stimulating hormone (TSH)**
- **Testosterone**
- **Dehydroepiandrosterone (DHEA)**
- **Prolactin**
- **Vitamin D**

# Trying to Conceive:
# How to Get Pregnant Faster

If you're trying to conceive, we want to be the first to offer our congratulations and support! Trying to conceive (TTC) can be

an exciting time in your life for sure — but it can also come with lots of questions. After all, just because you're ready to start trying doesn't mean you have all the info you need for the best chance at getting pregnant.

High school sex ed wasn't exactly designed to teach us how to get pregnant — more like how to avoid it. And when it comes to the internet, there's so much information, it's totally overwhelming.

The good news is that getting informed about trying to conceive doesn't have to be complicated or confusing. Just a manageable amount of the right information can go a long way toward setting you up for success. And here at Proov, that's exactly what we want to provide.

# Trying to Conceive: The Basics

One thing most of us picked up loud and clear in our sex ed days is that in order for conception to occur, sperm needs to fertilize an egg. For most people, this is the result of a man and a woman having intercourse. Unlike what we were taught in school, however, you can't just have sex at any time during your cycle and get pregnant.

The only time during your cycle that an egg is actually present to meet sperm is in the hours immediately after an egg is released from the ovary — the process known as ovulation.

Ovulation doesn't last long and an egg is only viable for about 12-24 hours after release. So sperm has to find that egg pretty fast.

Luckily, sperm can live in the female reproductive tract for up to 5 days, meaning if you have sex a few days prior to ovulation, that's still pretty good timing for TTC. We call the 5 days leading up to and including ovulation the "fertile window," i.e. the days when a woman is most fertile and intercourse is most likely to result in pregnancy.

Timing intercourse during your fertile window is the first important step in getting pregnant. Luckily there are plenty of tools to help you identify the fertile window by measuring luteinizing hormone (LH) — the hormone that surges with ovulation.

If egg and sperm meet during the fertile window, the newly formed embryo must then implant into the uterine lining. That's when the progesterone — the hormone that helps make the uterine lining "sticky," is extra important. Again, luckily, there are tools to help you gain insight into progesterone levels during the luteal phase, so you can maximize your chances of success.

Error! Filename not specified.

# Hormones 101:
# Get to Know Your Cycle

By this point in life your period is hardly a mystery. But it's surprising how little many of us know about the behind-the-scenes hormonal processes that regulate the menstrual cycle and influence our ability to successfully conceive. You can think of these hormones as the small-but-mighty chemical messengers that make it all happen.

We'll explain the cycle in terms of its 2 major phases, the follicular phase and the luteal phase. The follicular phase is the first half of your cycle (beginning on day one of your period), and it's all about preparing your body to release an egg (ovulation). Three main hormones are important when it comes to getting ready for ovulation: follicle stimulating hormone (FSH), estrogen, and luteinizing hormone (LH).

After your period ends, your brain knows it's time for a new cycle and sends FSH to your ovaries, which stimulates them to grow follicles; the structures that eventually release eggs. As these follicles grow, they begin producing estrogen, which thickens your uterine lining in preparation for pregnancy.

Eventually, a single follicle becomes mature enough to release an egg, and estrogen levels rise. Elevated estrogen signals to your brain that the moment for ovulation is near! The brain then sends a surge of LH to the ovary, rupturing the follicle and releasing the egg. That LH surge is super important when you're TTC, because without it, ovulation won't occur. And without an egg, there can be no pregnancy.

After ovulation, the luteal phase begins — and the all-important hormone action continues. The empty follicle from which the egg was released produces progesterone. Progesterone is important because it causes the thickened lining of the uterus to become stable or "sticky," meaning if the egg gets fertilized, the resulting embryo can easily attach itself to the uterus. This is called "implantation," and without enough progesterone, it can be hard for implantation (and therefore successful pregnancy) to occur.

If the egg is not fertilized or implantation does not occur, the thickened lining of the uterus is shed from the body — that's your period — and the cycle begins again.

Error! Filename not specified.

# Making the Most
# of the Fertile Window

As we mentioned above, timing intercourse during the fertile window is rule #1 when you're TTC. Since ovulation doesn't last long, making sure that sperm is waiting for the egg ahead of time can help maximize your chances.

So how do you know you're in your fertile window? By tracking your hormones! Studies show an LH surge typically occurs 12-36 hours before ovulation. So detecting that LH surge via hormone tracking identifies your 2 most fertile days each cycle. These 2 days are also sometimes called "peak fertility."

LH tests like Proov Predict (also called ovulation tests) measure LH levels in urine to help you recognize your surge and figure out the best time to have intercourse. Ovulation tests are non-invasive and allow for tracking over multiple days to make sure you don't miss your surge.

Contrary to popular belief, ovulation tests alone do not actually confirm ovulation. Instead, they predict when ovulation is likely to occur based on LH patterns. Confirming ovulation requires a different test — but we're getting ahead of ourselves.

LH is your clue to your two most fertile days, but it's not the only hormone that rises during the fertile window. As we explained above, estrogen also rises as an egg becomes ready for ovulation. A rise in estrogen serves as the earliest sign of your fertile window, and can be detected up to 6 days before ovulation!

To understand estrogen levels easily at home, we recommend testing for E1G, a marker of estrogen that is detectable in urine. Proov Complete, our most comprehensive fertility test kit, measures both LH and EIG, so you can identify the longest possible fertile window (up to 6 days), and your 2 most fertile days within that window.

In other words, Proov Complete gives you the most possible information about ovulation timing. So you'll know when to get

busy for your best shot at getting pregnant.

While we typically recommend urine testing to understand hormone levels, some women prefer to track peak fertility by monitoring changes in cervical mucus, or to use both methods of tracking together.

Cervical mucus is a discharge that changes consistency throughout your cycle. During most of your cycle, when you're not fertile, cervical mucus is dry and sticky. This creates a barrier to the cervix that sperm cannot pass through.

However when you are fertile, cervical mucus becomes wet and stretchy. (Some people say it looks almost like egg whites.) Fertile cervical mucus aids the sperm in reaching the egg. A change in consistency of your cervical mucus discharge is another sign of your fertile window.

Your discharge after ovulation will return to the dry, sticky cervical mucus. Dry, sticky discharge after ovulation signals the close of your fertile window, meaning intercourse after this point has a much lower chance of resulting in conception.

# Making the Most of the Implantation Window

After sperm meets egg, it's time for embryo to meet mama! That's implantation, and it's the next step to successful pregnancy.

Implantation occurs when a newly formed embryo attaches to the uterine lining and finds a snug place to start growing. Progesterone plays an important role here, because sustained elevated progesterone levels during this cycle phase allow a higher chance at successful implantation and pregnancy. If progesterone levels are low, or drop too early, it may be more difficult to get pregnant.

Luckily, you can gain insight into the implantation window with non-invasive Proov Confirm urine tests. Proov Confirm tests measure PdG, a marker that shows up in urine when progesterone is present in blood.

PdG levels that remain elevated through the implantation window check for successful ovulation; a sign that you're on track for a better chance at implantation and getting pregnant. Proov Confirm is the first and only FDA cleared PdG test to check for successful ovulation at home.

It's important to understand that PdG tests are designed to be used over multiple days to observe a pattern. A single PdG measurement in isolation really doesn't provide meaningful info. Proov Confirm uses a patented testing protocol to look for levels that rise, and remain elevated, during days 7-10 after peak fertility.

If your Proov Confirm results indicate successful ovulation, then

you're one step closer to that positive pregnancy test! But even if you didn't have the most optimal ovulation, that's okay too.

We always recommend bringing your Proov results to your doctor for guidance. In addition, there are plenty of steps you can consider for naturally supporting optimal PdG levels:

• Herbal supplements (Psst! Our Pro herbal supplement is great for naturally supporting progesterone production.)
• Diet changes, including PdG boosting foods
• Seed cycling
• Prescription supplements or medications from a doctor

# Other Factors to Consider when Trying to Conceive

Of course, ovulation and your hormones are not the only things that can impact your chances of conceiving. Here are a few other factors to consider:

# Healthy habits

Diet and lifestyle habits can impact your chances of getting pregnant. Be sure to eat a diet full of protein, veggies, healthy fats, and complex carbs to support healthy hormone production. Try to limit foods high in sugar, saturated fats, and trans fats.

Incorporating moderate or light exercise into your daily routine can also help your chances. Exercise helps promote healthy hormones, and maintaining a healthy body weight (meaning not abnormally high or abnormally low) is important when trying to conceive.

# His swimmers

It takes two to tango! Healthy sperm is a critical component when trying to conceive. If your partner is male, at-home sperm tests are a great option when you want to learn more.

We recommend looking for sperm tests that measure quantity and quality, like the Proov Sperm Test. You want to ensure he has an adequate amount of sperm, but also that they're capable of swimming to their destination — the egg!

If his results show suboptimal sperm, there are plenty of

improvements you can try, along with consulting your doctor.

Talking with your doctor

We get it — the doctor's office may not always be the most welcoming place. But if you've been trying for several months or over a year with no luck, or your at-home tests show suboptimal results, it may be time to make an appointment.

The good news is that the more information you go in with, the better prepared you'll be to have a meaningful, constructive conversation with your doctor. While they are the expert in medicine, you are the expert in you.

# Finding support

Above all, don't be afraid to reach out to others in the same situation. We have an amazing community ready to welcome you with open arms! We're on a mission to help make every woman's fertility journey the best it can be, and we're here for you every step of the way.

Can I get pregnant at any point in my cycle?

Contrary to what we're taught in sex ed, you cannot conceive at any point in your cycle. Sperm can live in the body for about 5 days, and an egg is only viable for 12-24 hours after ovulation. To get pregnant, you must time intercourse during the fertile window, when living sperm has the chance of meeting a viable egg.

How do I know when I'm ovulating?

Ovulation prediction methods, like LH tests (also called ovulation tests) or cervical mucus monitoring, can help pinpoint when you are likely to ovulate.

How long does ovulation last?

Ovulation itself — meaning the actual release of an egg — is a quick event! Your fertile window, however, lasts about 6 days in total, including the days leading up to and the day of ovulation. This is when intercourse is most likely to result in conception.

Should I track discharge after ovulation?

Cervical mucus discharge tracking is most helpful when you are anticipating ovulation, so you can identify the days during your cycle when intercourse is most likely to result in conception (your fertile window). Tracking discharge after suspected ovulation may help you understand when your fertile window has closed.

What are the chances of pregnancy after ovulation?

Your chances of getting pregnant are much higher during the days leading up to and including the day of ovulation, also known as your fertile window. Once your fertile window has closed (after ovulation), the chances of pregnancy drop significantly.

What is the implantation window and why is it important?

The implantation window refers to the period of time when a fertilized egg can implant itself onto the uterine lining, in the spot where it will grow and thrive during pregnancy. When trying to conceive, it's important to track your progesterone levels during the implantation window, since progesterone makes the uterine lining "sticky" enough to welcome an embryo.

# Hormone Health: Finding Balance at Every Life Stage

Ah, hormones. You may have a vague memory of learning about your hormones in health class. But let's be honest — back in middle school hormones were mostly something to giggle about. In adulthood, the power of reproductive hormones takes on a whole new meaning.

Did you know that the hormones that control the menstrual cycle can impact everything from your ability to get pregnant to your mood, brain function, and even bone density? And for many in the perimenopause life stage, hormones take on even

more importance as shifting hormonal balance triggers symptoms from mood swings to hot flashes to loss of libido.

When it comes to hormone health, a little extra knowledge goes a long way. Understanding your cycle hormones, how to test them, and how they impact your body at every stage can help you take charge of symptoms, reach your health goals, and feel your very best.

Let's get started!

# What Are Hormones and Why Are They Important?

Hormones are chemical messengers that regulate virtually every function in your body, from hunger to growth to reproduction to mood stability and more. Needless to say, they're pretty important!

For people who have ovaries and are of reproductive age, hormones also regulate the menstrual cycle. Four key cycle hormones take the lead here, controlling the processes that prepare the body for menstruation or pregnancy each month: follicle stimulating hormone (FSH), estrogen, luteinizing hormone (LH), and progesterone.

**Error! Filename not specified.**

## All About Cycle Hormone Balance

When it comes to cycle hormones, it's all about balance. As the body's dynamic chemical messengers, hormones rarely exist in a steady state. Instead, it's normal for the 4 key cycle hormones to fluctuate throughout the menstrual cycle.

In fact, that's how they work! Surges and dips, and the shifting ratios between different complementary hormones are exactly what triggers your body to ovulate, prepare a thick uterine lining, and receive an embryo or have a period.

A "balanced cycle" means the 4 key cycle hormones are all present in expected levels, rising and dropping according to the typical patterns that are found during the fertile years. For people of reproductive age, an out-of-balance cycle can lead to symptoms like PMS, irregular or difficult periods, acne, and trouble getting pregnant. Sometimes, hormonal imbalance can be a symptom of underlying health problems.

For those of perimenopausal age, it's normal for the balance of cycle hormones to shift as the body slowly transitions from a monthly menstrual cycle to menopause. Even though this is a natural and healthy process, it often triggers unwanted symptoms. (The good news is, there are lots of steps you can take to understand these changes better and make the transition more comfortable!).

Error! Filename not specified.

# Hormones & Menopause

Perimenopause refers to the years leading up to menopause, or the end of monthly periods. The perimenopause transition gets underway when the body begins to run low on eggs, which throws off the routine hormone patterns that control the cycle throughout the reproductive years. This is a natural and inevitable process, since we're born with all the eggs we'll ever have, and this reserve diminishes over time as we ovulate each month.

The early signs of perimenopause usually appear in the mid 40s, although some people may experience the onset as early as the late 30s. The process is different for everybody, and can last anywhere from 2 to 10 years. On average, studies show menopause symptoms typically last around 4.5 years. You're considered "in menopause" (or postmenopausal) once you've gone without a period for a full 12 months.

Signs that you're entering perimenopause might include:

• Irregular periods
• Hot flashes or night sweats
• Loss of vaginal elasticity and vaginal dryness
• Problems sleeping
• Mood swings
• Low libido

# A Deep Dive
# On Hormonal Imbalance

Our bodies are pretty complicated! And unfortunately the fine points of hormone balance haven't always gotten the attention they deserve when it comes to healthcare and health education. This can make symptoms that are already unpleasant even more difficult to manage. But it doesn't have to be that way!

Just a little information about the menstrual cycle and typical hormone balance ratios can go a long way toward helping you understand your health and wellness. Specifically, we'll take a close look at the two most important hormone balance dynamics: the estrogen-progesterone ratio and the LH-FSH ratio.

# The Estrogen & Progesterone Balance

In a healthy cycle during the reproductive years, estrogen is the dominant hormone during the first half of the cycle, meaning levels should be high. Progesterone, on the other hand, is dominant during the second half of the cycle.

Ideally estrogen and progesterone should rise to similar levels at their respective points in the cycle. Think of it like a seesaw: when one side goes up, the other side should also go up to the

same height.

When estrogen and progesterone levels are out of balance, a whole bunch of unwelcome symptoms can result.

# The LH & FSH Balance

LH and FSH both rise the first half of the cycle, when the body is getting ready for ovulation. In a healthy cycle during the reproductive years, LH and FSH should be balanced, meaning they rise in equal proportion to each other.

Studies show that higher LH levels in comparison to FSH levels when measured at the same point in the cycle may indicate polycystic ovarian syndrome (PCOS). PCOS is a hormonal imbalance condition characterized by elevated androgen (male sex hormone) levels, polycystic ovaries, and insulin resistance. People with PCOS often have elevated LH levels for their entire cycle, which can lead to problems with ovulation that make it more difficult to get pregnant.

On the other hand, elevated FSH levels in comparison to LH levels may indicate low ovarian reserve, a sign that you've entered the perimenopausal transition.

While the root causes behind hormone imbalance symptoms can be complex, a few symptoms are fairly common:

- Vaginal dryness or discomfort
- Problems sleeping
- Loss of libido
- Premenstrual syndrome (PMS) or mood concerns
- Unexplained weight gain or loss
- Skin issues, including acne, wrinkles, dullness, etc.
- Hot flashes
- Night sweats

# Common Tests for Hormonal Imbalance

Getting a handle on the status of your hormones can be a big boost for your peace of mind — especially if you're grappling with unwanted symptoms! And whether you're in the reproductive years or experiencing the perimenopause transition, the path to understanding your hormones is the same: testing.

Hormone testing used to be done primarily in a doctor's office, but today we have a variety of at-home DIY hormone test and menopause test options, too. Often, people find at-home testing to be the best first step, following up with a doctor later on if needed.

(We are huge champions of at-home testing! But please note that we always recommend discussing serious concerns with your doctor, and checking with a doctor before initiating any type of supplement treatment to balance your hormones.)

If you choose to go the at-home route, understanding a little bit about the different hormones is key to knowing which test is right for you. Here's a quick rundown on common tests for hormone imbalance and menopause.

# FSH Testing

FSH is the least expensive, quickest menopause test — all you need is an at-home, urine-based test kit. FSH patterns vary depending on how many eggs you have left on-hand, so measuring FSH levels with Proov FSH tests can give insight into what your ovarian reserve looks like. This is an important indicator of how close you are to menopause.

# Estrogen and Progesterone Testing

Estrogen and progesterone interact in a complex balance during the reproductive years, and this balance changes during perimenopause. The Proov multihormone strip (found only in Proov Complete) assesses both estrogen and progesterone by measuring E1G and PdG — markers of the two hormones that are detectable in urine.

Error! Filename not specified.

# Steps You Can Take to Balance Your Hormones

Depending on your stage of life, there are all kinds of great reasons to explore natural hormone balancers like seed cycling, supplements and dietary adjustments.

If you're trying to conceive, maintaining a healthy cycle can go a long way toward helping you reach your goal quickly. If you're struggling with symptoms of hormone imbalance like mood swings or difficult periods, natural hormone balancers can help shift the dynamics in your favor. And if you're in perimenopause, the hormone balancers mentioned below can

help provide gentle, safe relief for many of the symptoms that are common during these transitional years.

# Seed cycling

Common seeds like pumpkin, flax, sesame, and sunflower have more to offer than just a delicious crunch! These tasty wonders are high in plant compounds that naturally support cycle hormones. "Seed cycling" is the practice of eating certain seeds during specific phases of your cycle to promote overall hormone balance.

During the first half of your cycle (or the first 2 weeks of the month if you're in perimenopause or menopause and no longer cycle regularly), you'll eat 2 tablespoons each of pumpkin and flax seeds every day. These seeds promote healthy estrogen production.

During the second half of your cycle — or the last 2 weeks of the month — you'll transition to 2 tablespoons of sesame and sunflower seeds daily. These promote healthy progesterone production.

While there isn't yet much scientific evidence supporting a seed

cycle, the anecdotal evidence shows that it can improve some of the symptoms of hormone imbalance.

# Herbal supplements

Several types of natural, plant-based supplements that can help support healthy hormone levels. Many of these have been used for hundreds of years! To support progesterone production, you can try vitex, maca, and ashwagandha. Bonus: you can find all 3 of these herbs in Proov's Pro herbal supplement!

Herbals like black cohosh, dong quai, red clover, and evening primrose oil have been shown to support estrogen production, all of which can be found in Proov's Boost herbal supplement. Remember to always chat with your doctor before adding any new supplement to your regimen.

# Diet changes

While foods do not directly contain hormones like estrogen and progesterone, some foods can impact the production of these hormones, or mimic their effects. For instance, spinach, kale, pumpkin, nuts, and beans can help support natural progesterone production. If you're concerned about excess estrogen, it may be smart to avoid soy products and tofu, as these contain plant compounds similar to estrogen (known as "phytoestrogens").

# Talk to your doctor

Above all, we always recommend consulting your doctor to develop the best approach for your hormone health. Testing, supplements and diet or lifestyle changes are all great steps toward working with your hormones — not fighting against them — to reach your life and health goals.

What are hormones?

**Hormones are chemical messengers that regulate virtually every function of the body. Reproductive hormones or "cycle hormones" help control every aspect of the menstrual cycle including ovulation, the thickening of the uterine lining, and conception or menstruation.**

What is cycle hormone balance?

Four key hormones regulate the menstrual cycle. For a healthy cycle during the reproductive years, these hormones should rise and fall in particular patterns and ratios over the course of the month. We call this "hormone balance," or a "balanced cycle." When hormone levels don't match these expected patterns and ratios, that's "hormone imbalance." During the perimenopause transition, hormone imbalance is common. While hormone imbalance does not indicate any kind of disorder at this stage of life, it can produce unwanted symptoms like hot flashes, night sweats and more. Luckily, these can often be relieved with a variety of natural hormone balancers.

How can I test my hormones?

At-home hormone tests from Proov offer an easy, inexpensive, and non-invasive way to step into the world of hormone testing. They offer a great way to explore and understand your hormone balance before going to your doctor.

How can I prevent hot flashes?

Hot flashes during menopause are usually caused by overall hormone imbalance. Testing your hormones with a menopause test, then incorporating changes like herbal supplements, can help balance your hormones and keep hot flashes at bay.

What is a seed cycle?

Common seeds like pumpkin, flax, sesame and sunflower are high in compounds that naturally support cycle hormones. Seed cycling is the practice of eating specific seeds during particular phases of your cycle to promote overall hormone balance.

What is a menopause test?

**"Menopause test" usually refers to a urine test measuring FSH — the hormone that provides an indication of how many eggs you have on hand (also called "ovarian reserve"). A low ovarian reserve is an indication that you've entered the perimenopause transition, and begun the journey to actual menopause. A woman is considered "in menopause" when she does not menstruate for 12 consecutive months.**

# Increase your chance of pregnancy more than 75%*

At home, medical quality fertility diagnostics and support.

## Go Beyond Knowing When You're Fertile

Apps, ovulation tests, and devices can be helpful for tracking your fertile days, but they can miss fertility red flags. Add Proov to your favorite ovulation tracking method for actionable information on things that impact your fertility the most.

COMPLETE TESTING SYSTEM
HERS & HIS KIT
PREDICT + CONFIRM
RESERVE



# Predict + Confirm

Get the full story on ovulation.
Predict ovulation to increase chances sperm meets egg

Measure the hormone marker that supports implantation to confirm successful ovulation with the first and only FDA cleared test.

# Easy as 1–2–3



## Test

Take your Proov Test - simply pee, dip and scan.



# Learn

Get your unique hormone patterns and Ovulation score.



# Support

Choose the best next step for you - from talking with a doctor to herbal supplements.

**TAKE QUIZ**



# Founded with love & science

When Proov founder and PhD Scientist, Amy, was trying to get pregnant, she suffered miscarriage after miscarriage — and no test or doctor could explain why. She ultimately turned to IVF to have her son.

It was only after she uncovered the source of her troubles — a problem with ovulation — that she successfully conceived, this time

only needing a simple, inexpensive supplement. She then set out to create an accurate, effective diagnostic to empower women to test at home.

# How Proov can help



# Fertility Tests

Find out what's happening with your hormones



# Cycle Support

Support your reproductive health

# Talk to a doc

Get medical help based on your Proov results



# The Science behind Proov's Ovulation Score

Did you know that a positive ovulation test doesn't always mean you are ovulating?

Ovulation is more than a "yes/no". In fact, it's possible to release an egg but still not have enough progesterone - the hormone released after ovulation - to support implantation. Proov measures a hormone marker released after ovulation, called PdG, that supports implantation and tracks it during the implantation window. A clinical study showed that sustained elevated PdG levels during the implantation window - which yields a high ovulation score - was associated with a 75% increase in pregnancy rates.

If you uncover a potential issue with Proov, the fix can be simple. And we'll be there to support you with further resources from science-backed supplements to connections with fertility doctors.

# Proov medical advisors

Meet the doctors and scientists helping women conceive with Proov

**LEARN MORE**



**Dr. Aimee Eyvazzadeh**

MD, MPH

Leading fertility expert with credentials from UCLA, Harvard, and the University of Michigan in obstetrics & gynecology, reproductive endocrinology, and infertility.



# Dr. Joshua Dr. Klein

MD

Board-certified reproductive endocrinologist and assistant professor of Obstetrics, Gynecology, and Reproductive Medicine at the Ichan School of Medicine at Mount Sinai.



# Dr. Cindy Duke

MD, PhD, FACOG

Founding Physician and Medical Director of the Nevada Fertility Institute, with several years of experience in reproductive endocrinology and infertility.



# Dr. John Park

MD, MSc

Board-certified in Obstetrics and Gynecology, and Reproductive Endocrinology and Infertility, and a member of ACOG and ASRM.



# Proov Power, In your Pocket

### Unlock next level hormone info
Know when to test

See actual hormone values

Get your Proov-exclusive Ovulation Score and personalized action plan

**LEARN MORE**

## True stories



"Proov confirmed I wasn't ovulating successfully, which helped me advocate for the right treatment and now I have 2 living children."

Arden C.
**ARDEN'S STORY**



"I found Proov after suffering a miscarriage and within one cycle I got pregnant!"

Grace M.
**GRACE'S STORY**



"Thanks to Proov, I got the right treatment from my doctor and now I'm 8 weeks pregnant."

**Molly S.**
MOLLY'S STORY

# Who uses Proov?



Trying but not
conceiving



Fertility after
miscarriage



Endometriosis or unexplained infertility



PCOS or hormonal imbalances

# Real support right now

## Strength in numbers

Proov Facebook group



## Talk to us

We're available & we care



# The Blog

All there is to know about fertility



# Talk to a doc

Let's discuss your Proov test results



# Frequently Asked Questions

Get the information you need to get pregnant

Is Proov really accurate?

How do I know which test is right for me?

How can this save me time and cost on fertility treatments?

I have my results, how can I get help?

Can I use Proov if I am not trying to conceive?

# We care about moving you forward

Getting you actionable answers is what we're all about.

If Proov doesn't work for you, we will give you your money back.

Our fertility educated customer care team is available 7 days a week to answer questions, offer support, and be by your side every step of the way.