# APPENDIX 1

| Proov Content | Action Care's Digital Properties | Reason Unprotectable |
|---|---|---|
| **Who This Test is For**<br><br>• Women who want to accurately predict ovulation<br>• Women who want to confirm successful ovulation<br><br>**Who Might Have a Problem with Ovulation**<br><br>• Women with PCOS or endometriosis<br>• Women over 35<br>• Women with a history of early miscarriage<br>• Women who are taking fertility medications<br>• Women who have been trying to conceive, but without success | Women that can benefit from PdG rapid urine tests: •-Any woman who is trying to get pregnant without success. •-Women with hormonal imbalance or irregular cycles •-Women with PCOS or endometriosis •-Women over 35 years old •-Women with a history of early miscarriage.<br><br>**WHO NEEDS AN OVUPROOF PDG (PROGESTERONE) TEST?** Any woman who is trying to get pregnant without success. PdG at-home tests or serum progesterone tests will help validate and confirm your ovulation. Reasons for not ovulating include:<br>• hormonal imbalance or irregular cycles<br>• PCOS or endometriosis<br>• Women over 35 years old<br>• Women with a history of early miscarriage | • Facts<br>• Concepts/principles<br>• Scenes a faire: factual information<br>• Originality (short phrases)<br>• Merger doctrine |
| DON'T JUST PREDICT OVULATION, CONFIRM OVULATION SUCCESS: Unlike traditional ovulation tests which measure LH, Proov Confirm measures PdG, a urine marker of progesterone. Understanding PdG levels provides insight into | CONFIRM OVULATION with OvuProof PdG rapid urine test strips at home! Unlike traditional ovulation tests which measure LH (luteinizing hormone) and attempt to predict ovulation, OvuProof actually confirms ovulation by measuring PdG, a metabolite of progesterone. | • Facts<br>• Concepts/principles<br>• Methods of operation<br>• Scenes a faire: factual information<br>• Scenes a faire: standard retail sales slogan<br>• Originality (short phrases) |

| | | |
|---|---|---|
| ovulation that can affect your chance at successful pregnancy — a key piece of the puzzle when you're trying to conceive. | | - Merger doctrine |
| - 5 FDA cleared PdG tests to confirm successful ovulation<br>- Proov Insight Companion app<br>- Proov app card<br>- Instructions for use<br>- Begin by taking 1 Confirm test early in your cycle (please refer to kit instructions for specific details). This is called your baseline and it will be negative — but is still super important!<br>- You'll save your other 4 tests to use during the key <u>implantation window</u>. The implantation window takes place days 7 through 10 after peak fertility, as indicated by an LH test, fertility tracking device, or cervical mucus | ✅ Easy to Use: Simply dip the test in your urine for 15 seconds and read results within 5 to 10 minutes.<br><br>✅ Accurate and Reliable: Two lines mean negative and one line means positive for ovulation.<br><br>✅ Highly Specific & Sensitive: Accuracy 96.4%<br><br>✅ We suggest testing three or four days in a row approximately 7 days after LH surge to confirm ovulation. | - Facts<br>- Concepts/principles<br>- Methods of operation<br>- Scenes a faire: factual information<br>- Originality (short phrases)<br>- Merger doctrine |

| | | |
|---|---|---|
| • Begin by taking 1 Confirm test early in your cycle (please refer to kit instructions for specific details). This is called your baseline and it will be negative — but is still super important!<br>• You'll save your other 4 tests to use during the key <u>implantation window</u>. The implantation window takes place days 7 through 10 after peak fertility, as indicated by an LH test, fertility tracking device, or cervical mucus. | Take a baseline PdG sample after your period ends (this test will be negative: 2 lines will show)<br>✔ Predict your fertile period and take a LH (luteinizing hormone) test approx. 4-6 days before the mid-point of your cycle. Example: for a 28 day cycle, mid-point is 14 days, so you would start taking an LH test around day 8-10.<br>✔ Once you have a positive LH test, we recommend taking an PdG test starting 7 days after the first positive LH test. We recommend testing for 3-4 days in a row, from that point. 3-4 days of positive PdG tests (one line) in a row will confirm ovulation! | • Facts<br>• Concepts/principles<br>• Methods of operation<br>• Scenes a faire: factual information<br>• Originality (short phrases)<br>• Merger doctrine |
| If PdG tests remain positive (one line) during the implantation window, this is a successful ovulation. Successful ovulation can also be indicated by a high Ovulation Score if you choose to use the Proov Insight app. Negative PdG test results during the implantation window or a low Ovulation Score means you are unable to confirm successful ovulation. | ✔ Remember that PdG tests are read differently than LH and HcG tests. For LH and HcG tests, 2 lines are positive. For PdG tests, 2 lines are negative (low progesterone) and one line is positive for adequate levels of PdG ( progesterone) that confirms ovulation! | • Facts<br>• Concepts/principles<br>• Methods of operation<br>• Procedures<br>• Scenes a faire: factual information<br>• Originality (short phrases)<br>• Merger doctrine |

| | | |
|---|---|---|
| During the implantation window, PdG levels should be elevated. We like to see a level of at least 5 ug/ml across all 4 days during the implantation window, which is the level at which Proov Confirm tests turn positive. | The PdG test will be positive when there is 5ug/ml of PdG in the urine. This is the equivalent of approximately 10ng/ml of progesterone in the blood. | Facts<br>Concepts/principles<br>Methods of operation<br>Scenes a faire: factual information<br>Originality (short phrases)<br>Merger doctrine |
| Do I need to use first morning urine for Proov Confirm?<br>Yes, Proov Confirm is most accurate with first morning urine. Using anything other than first morning urine can cause inaccurate results. | It is very important to use the first morning urine. When taking the test, follow all of the instructions as far as dipping the strip into the urine cup (included with test) and not to exceed the sample line. We recommend laying the strip on a white sheet of paper or toilet paper with good lighting and reading the test results at 5 minutes but no later than 10 minutes. | • Facts<br>• Concepts/principles<br>• Methods of operation<br>• Procedures<br>• Scenes a faire: factual information<br>• Originality (short phrases)<br>• Merger doctrine |
| Add Confirm to your favorite fertility tracking method to confirm ovulation, increase your chances of getting pregnant, and reach your fertility goals faster!<br><br>WORKS ALONGSIDE OVULATION TESTS (OPKs) AND PREGNANCY TESTS: Use OPKs to understand your fertile window (the best time to "try), and a | OvuProof is designed to work with LH tests, pregnancy tests, and other hormone tests to better understand a woman's ovulatory cycle and help confirm ovulation and a healthy pregnancy progesterone level. We recommend to download a free ovulation cycle tracking app to chart and input all your test results. | • Facts<br>• Concepts/principles<br>• Methods of operation<br>• Scenes a faire: factual information<br>• Originality (short phrases)<br>• Merger doctrine |

| | | |
|---|---|---|
| pregnancy test at the end of your cycle to check for pregnancy. Proov Confirm fills the gap between the two, confirming if your ovulation quality was high enough for an optimum chance at success. | | |
| Proov Confirm measures a hormone marker released after ovulation, called PdG, that supports implantation. Sustained, elevated PdG levels during the implantation window — days 7-10 after peak fertility — indicate a successful ovulation. | Progesterone rises after ovulation, and its elevated levels over 3-4 days confirm that you have ovulated. Seeing your (PdG) levels rise after an LH surge can give you peace of mind or let you know that it may be time to talk with a fertility specialist. | • Facts<br>• Concepts/principles<br>• Methods of operation<br>• Scenes a faire: factual information<br>• Originality (short phrases)<br>• Merger doctrine |
| Check for successful ovulation | Confirm successful ovulation | • Unprotectable marketing idea<br>• Merger doctrine<br>• Scenes a faire: standard retail sales slogan<br>• Originality (slogan)<br>• Originality (short phrase) |
| When do I use Proov Confirm?<br>We strongly recommend using the free Proov Insight app to guide your testing. Once you upload some basic cycle information, it will give you specific daily instructions on when to test and just makes life easier!<br><br>Here's an overview to help you know what to expect: | **Q: When should I test after testing positive for LH surge?**<br>A: We recommend starting to test 5-7 days after the LH surge. For some women, it may be shorter and for some longer. We recommend, in general, to PdG test for at least 3-4 days in a row. | • Facts<br>• Concepts/principles<br>• Methods of operation<br>• Scenes a faire: factual information<br>• Originality (short phrases)<br>• Merger doctrine |

| | | |
|---|---|---|
| You'll use Proov Confirm once at the beginning of your cycle to establish a baseline (see more about baselines below). Then, you'll track peak fertility using the method of your choice — we recommend LH tests like Proov Predict. Once you detect peak fertility, the patented Proov PdG testing protocol recommends testing PdG levels on days 7, 8, 9, and 10 past peak fertility (DPP) to confirm successful ovulation. | | |
| What is successful ovulation and why should I care? Contrary to popular belief, there is more than one way to ovulate. A "successful" ovulation occurs when an egg is released and PdG levels remain adequately elevated throughout the implantation window — long enough to allow for the best possible chance at conception. Checking for successful ovulation provides a key piece of the fertility puzzle that is not fully revealed by BBT and blood tests. You can get your unique ovulation | **WHEN IS THE IDEAL TIME TO USE THE OVUPROOF PDG (PROGESTERONE) TEST?** Depending on the length of a woman's cycle, progesterone should be checked approximately 7 days after expected ovulation. For an average 28-day menstrual cycle, this would be approximately 7 days before the next expected period. However, women have different cycle lengths, so this will vary. Day 1 of the menstrual cycle is the 1st day of the period. A full cycle ends with the start of the next month's period. A woman's cycle may vary between 21-35 days and still be considered normal. At the end of the | • Facts<br>• Concepts/principles<br>• Methods of operation<br>• Procedures<br>• Scenes a faire: factual information<br>• Originality (short phrases)<br>• Merger doctrine |

| | | |
|---|---|---|
| analysis directly from the Proov Insight app. | period, the pituitary gland in the brain triggers the release of follicle-stimulating hormone (FSH), which begins the development of an egg within a follicle. The first part of the cycle is thus called the follicular phase and this may last between 10-16 days. The longer the cycle length, the longer the follicular phase.  The fertile window, which typically lasts for 6-7 days per cycle, begins shortly after a woman's period ends.  It usually begins approximately 5 days prior to ovulation, the day of ovulation, and a day or so after ovulation. Around day 14 of the cycle (for an average 28-day cycle), a surge in luteinizing hormone (LH) triggers an egg to be released from an ovary, which is the process known as ovulation.  The LH surge only lasts approximately 12-36 hours. If ovulation occurs, the egg is released and travels down a fallopian tube in order to be fertilized by sperm. The period after ovulation is the luteal phase or secretory phase. Progesterone is released during this phase and will rise after successful ovulation. | |
| When do I use Proov Confirm? We strongly recommend using the free Proov Insight app to guide your testing. Once you upload some basic cycle information, it will give you specific daily instructions on when to test | **WHEN IS THE IDEAL TIME TO USE THE OVUPROOF PDG (PROGESTERONE) TEST?** Depending on the length of a woman's cycle, progesterone should be checked approximately 7 days after expected ovulation.  For an average 28-day menstrual cycle, this would be approximately 7 | • Facts<br>• Concepts/principles<br>• Methods of operation<br>• Procedures<br>• Scenes a faire: factual information<br>• Originality (short phrases)<br>• Merger doctrine |

| | | |
|---|---|---|
| and just makes life easier!<br><br>Here's an overview to help you know what to expect: You'll use Proov Confirm once at the beginning of your cycle to establish a baseline (see more about baselines below).<br><br>Then, you'll track peak fertility using the method of your choice — we recommend LH tests like Proov Predict. Once you detect peak fertility, the patented Proov PdG testing protocol recommends testing PdG levels on days 7, 8, 9, and 10 past peak fertility (DPP) to confirm successful ovulation. | days before the next expected period. However, women have different cycle lengths, so this will vary. Day 1 of the menstrual cycle is the 1st day of the period. A full cycle ends with the start of the next month's period. A woman's cycle may vary between 21-35 days and still be considered normal. At the end of the period, the pituitary gland in the brain triggers the release of follicle-stimulating hormone (FSH), which begins the development of an egg within a follicle. The first part of the cycle is thus called the follicular phase and this may last between 10-16 days. The longer the cycle length, the longer the follicular phase. The fertile window, which typically lasts for 6-7 days per cycle, begins shortly after a woman's period ends. It usually begins approximately 5 days prior to ovulation, the day of ovulation, and a day or so after ovulation. Around day 14 of the cycle (for an average 28-day cycle), a surge in luteinizing hormone (LH) triggers an egg to be released from an ovary, which is the process known as ovulation. The LH surge only lasts approximately 12-36 hours. If ovulation occurs, the egg is released and travels down a fallopian tube in order to be fertilized by sperm. The period after ovulation is the luteal phase or secretory phase. Progesterone is released during this phase and will rise after successful ovulation. | |

| | The best time to test for PdG in the urine is typically 7 days after peak fertility (measured by the first positive LH test, if one was taken). Other options to predict peak fertility include measuring basal body temperature and cervical mucus, but these methods may be less accurate. LH tests are highly accurate at predicting when ovulation will occur, but they do not confirm that ovulation occurred. A positive PdG test, however, confirms that ovulation did occur, since it is a noninvasive and indirect measurement of progesterone. PdG reflects blood progesterone levels from approximately the day before, since progesterone is metabolized by the liver and then breaks down into the urine. The PdG test will be positive when there is 5ug/ml of PdG in the urine. This is the equivalent of approximately 10ng/ml of progesterone in the blood.<br><br>Free period and ovulation tracking apps are available for download that are helpful for a woman to pinpoint her cycle length and ovulation. Some apps also allow for hormone tracking (FSH, Estrogen-Estradiol Metabolite (E3G), LH, HcG, and PdG) to be charted as well. These period and ovulation tracking apps are recommended to be used together with OvuProof's rapid PdG progesterone urine test to help chart your cycle and share with your health care provider if | |

|  | you've had trouble trying to conceive. |  |
|---|---|---|