THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MFB Fertility, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Action Care Mobile Veterinary Clinic, LLC, <br><br> Defendant. | Case No. 1:23-cv-03854 <br><br> Dist. Judge Harry D. Leinenweber <br><br> Mag. Judge Gabriel A. Fuentes |

## DEFENDANT'S NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2, Defendant Action Care Mobile Veterinary Clinic, LLC ("Defendant"), by and through its attorneys, ZLATKIN CANN ENTERTAINMENT, states as follows:

The following individual owns one hundred percent (100%) of Plaintiff:

- Diane Krasznay, an individual residing in Maryland

Dated: September 15, 2023

Respectfully submitted,

**ZLATKIN CANN ENTERTAINMENT**

By: \_\_\_\_/s/ Ilya G. Zlatkin_____

Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zce.law

*Attorney for Defendant Action Care Mobile Veterinary Clinic, LLC*