## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MFB Fertility Inc.

                                            Plaintiff,

v.                                                                                Case No.: 1:23−cv−03854
                                                                               Honorable Harry D. Leinenweber

Action Care Mobile Veterinary Clinic, LLC

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2023:

       MINUTE entry before the Honorable Harry D. Leinenweber: Motion to dismiss [10] is entered and briefed as follows: response by 10/18/23, reply by 11/1/23. Telephonic status conference set for 9/26/23 is vacated. The Court will rule by mail. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.