# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

MFB Fertility Inc.

                        Plaintiff,

v.                                         Case No.: 1:23−cv−03854

                                         Honorable Harry D. Leinenweber

Action Care Mobile Veterinary Clinic, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 15, 2023:

       MINUTE entry before the Honorable Harry D. Leinenweber:Motion for extension of time to file response/reply is granted [18]. Motion to dismiss [10] is entered and briefed as follows: response by 11/27/23, reply by 12/11/23. The Court will rule by mail. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.