**EXHIBIT B**

**EXHIBIT B**



# OVUPROOF ™ PDG TEST STRIPS

~~$29.99~~ $21.95 Save $8.04

● In stock, ready to ship

Worldwide Shipping

**ADD TO CART**

DESCRIPTION

## WHERE'S THE OVUPROOF??

Urine PdG strips have been available on the market for a few years now. They have been clinically validated in a few small studies. These studies have shown PdG monitoring to have 100% specificity (meaning a positive result is 100% true positive). Sensitivity has been approximately 85-88% (meaning that false negatives would be 12-15%). Lower sensitivity may be attributed to an expected percentage of women that have ovulatory disorders, which accounts for approximately half of women with infertility. In a side-by-side comparison of OvuProof's PdG strips conducted in the lab of the biotech company where they are manufactured, relative sensitivity was 94.6% and relative specificity was 97.4%.

## WHO NEEDS AN OVUPROOF PDG (PROGESTERONE)TEST?

Any woman who is trying to get pregnant without success. PdG at-home tests or serum progesterone tests will help validate and confirm your ovulation. Reasons for not ovulating include:
• hormonal imbalance or irregular cycles
• PCOS or endometriosis

 

- Women over 35 years old
- Women with a history of early miscarriage

SHOP NOW



Since progesterone levels support implantation of an embryo,
low levels of progesterone after ovulation reduce the chance of implantation
and therefore, pregnancy. Your doctor may want to monitor your progesterone
levels, as well as do a complete work-up to include full bloodwork, ultrasound,
and other hormone tests.

Monitoring progesterone levels at home via OvuProof (PdG test) will provide an additional tool to help to track your cycle and offer important clues to help determine your cause of infertility. Common uses of progesterone blood testing (and PdG monitoring) include:

- Determining the reason for not conceiving
- Checking the time in your cycle that you ovulate or if you actually ovulate
- Monitoring a pregnancy after conception
- Diagnosing an ectopic pregnancy

## WHEN IS THE IDEAL TIME TO USE THE OVUPROOF PDG (PROGESTERONE) TEST?

Depending on the length of a woman's cycle, progesterone should be checked approximately 7 days after expected ovulation. For an average 28-day menstrual cycle, this would be approximately 7 days before the next expected period. However, women have different cycle lengths, so this will vary. Day 1 of the menstrual cycle is the 1st day of the period. A full cycle ends with the start of the next month's period. A woman's cycle may vary between 21-35 days and still be considered normal. At the end of the period, the pituitary gland in the brain triggers the release of follicle-stimulating hormone (FSH), which begins the development of an egg within a follicle. The first part of the cycle is thus called the follicular phase and this may last between 10-16 days. The longer the cycle length, the longer the follicular phase. The fertile window, which typically lasts for 6-7 days per cycle, begins shortly after a woman's period ends. It usually begins approximately 5 days prior to ovulation, the day of ovulation, and a day or so after ovulation. Around day 14 of the cycle (for an average 28-day cycle), a surge in luteinizing hormone (LH) triggers an egg to be released from an ovary, which is the process known as ovulation. The LH surge only lasts approximately 12-36 hours. If ovulation occurs, the egg is released and travels down a fallopian tube in order to be fertilized by sperm. The period after ovulation is the luteal phase or secretory phase. Progesterone is released during this phase and will rise after successful ovulation.

The best time to test for PdG in the urine is typically 7 days after peak fertility (measured by the first positive LH test, if one was taken). Other options to predict peak fertility include measuring basal body temperature and cervical mucus, but these methods may be less accurate. LH tests are highly accurate at predicting when ovulation will occur, but they do not confirm that ovulation occurred. A positive PdG test, however, confirms that ovulation did occur, since it is a noninvasive and indirect measurement of progesterone. PdG reflects blood progesterone levels from approximately the day before, since progesterone is metabolized by the liver and then breaks down into the urine. The PdG test will be positive when there is 5ug/ml of PdG in the urine. This is the equivalent of approximately 10ng/ml of progesterone in the blood.

Free period and ovulation tracking apps are available for download that are helpful for a woman to pinpoint her cycle length and ovulation. Some apps also allow for hormone tracking (FSH, Estrogen-Estradiol Metabolite (E3G), LH, HcG, and PdG) to be charted as well. These period and ovulation tracking apps are recommended to be used together with OvuProof's rapid PdG progesterone urine test to help chart your cycle and share with your health care provider if you've had trouble trying to conceive.

## RECOMMENDATIONS FOR URINE OVUPROOF PDG URINE TESTING

✔ Track your menstrual cycle with a free app

✔ Take a baseline PdG sample after your period ends (this test will be negative: 2 lines will show)

✔ Predict your fertile period and take a LH (luteinizing hormone) test approx. 4-6 days before the mid-point of your cycle. Example: for a 28 day cycle, mid-point is 14 days, so you would start taking an LH test around day 8-10. The LH surge can be short and therefore it can be missed. Some women like to LH test twice a day. It will help if the urine is concentrated (first morning urine) or limited fluids for 2 hours prior to testing.

✔ Once you have a positive LH test, we recommend taking an PdG test starting 7 days after the first positive LH test. We recommend testing for 3-4 days in a row, from that point. 3-4 days of positive PdG tests (one line) in a row will confirm ovulation!

✔ It is very important to use the first morning urine. When taking the test, follow all of the instructions as far as dipping the strip into the urine cup (included with test) and not to exceed the sample line. We recommend laying the strip on a white sheet of paper or toilet paper with good lighting and reading the test results at 5 minutes but no later than 10 minutes.

✔ Remember that PdG tests are read differently than LH and HcG tests. For LH and HcG tests, 2 lines are positive. For PdG tests, 2 lines are negative (low progesterone) and one line is positive for adequate levels of PdG ( progesterone) that confirms ovulation!

✔ If ovulation did occur and if conception was attempted, an HcG pregnancy test can be taken as soon as 10 days after conception! However, waiting until the first day of a missed period may be more accurate.

✔ PdG tests are also very helpful for monitoring progesterone levels at home during pregnancy as well



## BECAUSE WE CARE

SHOP NOW

## TESTIMONIALS

★★★★★

We are so happy to have found this product! After 2-3 months of trying this helped us conceive in the first month of use. I had actually been ovulating almost a week later than I thought/ is typical.
I liked having the data to track and compare with temperature and it was very helpful to see all of the information tracked on the app.

**Jhonny**

★★★★★

These tests are super easy to use and worth the money. I would recommend anyone who is trying to conceive to give these a shot.

**Alice**

★★★★★

This was our first cycle using these tests and we ended up conceiving. I am really grateful for these tests; they just made it so much more clear for us. Would definitely recommend.

**Emma**

## SIGN UP AND SAVE

Subscribe To Get Special Offers, Free Giveaways, And Once-In-A-Lifetime Deals.

Enter your email     SUBSCRIBE

| OUR POLICIES | MAIN MENU | SERVICE HOURS | |
|---|---|---|---|
| Privacy Policy | Home | Do not hesitate to contact us if you have questions about the product or your order We | Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals. |

| | | | |
|---|---|---|---|
| Refund Policy | Buy Now | Questions about your order? We are here to help! | Enter your email |
| Shipping Policy | Track Order | info@actioncarewellness.com | |
| Terms Of Services | FAQs | Monday - Friday 9am-5pm (GMT+2) | |
| | Contact Us | | |
| | About Us | | |

© 2023 OvuProof