# EXHIBIT C

EXHIBIT C

amazon prime
Deliver to Ilya Chicago 60641
Health, Household & Baby Care
Search Amazon
EN
Hello, Ilya Account & Lists
Returns & Orders
0 Cart
All
Back to School
Off to College
Medical Care
Music
Buy Again
Groceries
Amazon Business
Household, Health & Baby Care
Livestreams
Beauty & Personal Care
Amazon Basics
Home Improvement
School lunch essentials, delivered
Health & Personal Care
Household Supplies
Vitamins & Diet Supplements
Baby & Child Care
Health Care
Sports Nutrition
Sexual Wellness
Health & Wellness
Medical Supplies & Equipment
FSA Eligible Items
Sales & Special Offers
Subscribe & Save
Tonsil Stones and Fresh Breath Freshness
Oral Complete, Dental Probiotics, Bad Breath Treatment Halitosis Tonsil Stone Removal, 120 capsules
$35.10 $36.95 prime
Save 5% more with Subscribe & Save
Sponsored
Health & Household › Medical Supplies & Equipment › Home Tests › Family Planning Tests › Ovulation Tests
OvuProof
PDG TEST
•Confirm successful ovulation
•Easy & Rapid
•5 PdG tests+urine cups
•>96% accuracy
•FDA Registered
5 pack
OvuProof PdG Tests/Progesterone Metabolite/FDA Registered Rapid Test to Confirm Successful Ovulation/Monitor Pregnancy/ 5 Tests/1Cycle/ Works Well with Ovulation/LH Tests/ 5 PdG Test Strips per Box
Brand: OvuProof
4.1 24 ratings
$21.95 ($21.95 / Count)
FREE Returns
Save up to 9% with business pricing. Sign up for free Amazon Business account
Brand OvuProof
Number of Pieces 5
Special Feature PdG (Progesterone) test strips test for confirmed ovulation
Test type ["egnan"], ["ulati"]
Specific Uses For Product Detection of confirmed ovulation and monitoring progesterone levels during early pregnancy
About this item
CONFIRM OVULATION with OvuProof PdG rapid urine test strips at home! Unlike traditional ovulation tests which measure LH (luteinizing hormone) and attempt to predict ovulation, OvuProof actually confirms ovulation by measuring PdG, a metabolite of progesterone.
Progesterone rises after ovulation, and its elevated levels over 3-4 days confirm that you have ovulated. Seeing your (PdG) levels rise after an LH surge can give you peace of mind or let you know that it may be time to talk with a fertility specialist.
OvuProof is FDA registered, 96.4% accurate in the lab, fast, and convenient to use! 5 individually wrapped PdG strips are included in each box, along with 5 urine cups and easy-to-understand directions.
OvuProof is designed to work with LH tests, pregnancy tests, and other hormone tests to better understand a woman's ovulatory cycle and help confirm ovulation and a healthy pregnancy progesterone level. We recommend to download a free ovulation cycle tracking app to chart and input all your test results.
100% SATISFACTION GUARANTEED - Try OvuProof brand PdG rapid urine strips to help track your ovulation cycle and be 100% satisfied or we'll extend a full, prompt, friendly refund or replacement – whatever makes you happiest.
Delivery
Pickup
$21.95 ($21.95 / Count)
FREE Returns
FREE Prime delivery Tuesday, September 5
Deliver to Ilya - Chicago 60641
Qty: 1
Add to Cart
Buy Now
Payment Secure transaction
Ships from Amazon
Sold by Action Care Wellness
Returns Eligible for Return, Refund or Replacement within 30 days of receipt
Add a gift receipt for easy returns
Add to List
Buy it on Amazon Business
Save up to 9% on this product with business-only pricing.
Create a free account
Have one to sell? Sell on Amazon
more LABS
Natural Nootropic Liquid Focus Drink Supplement
More Labs Liquid Focus, Nootropic...
$26.99 $29.99 prime
Save 10% more with Subscribe & Save
Sponsored
Sponsored
Therapy Glass Stove Top Cleaner 16 fl oz. (2 Pack) - Safe for Ceramic, Electric, In... 69 $19.95 ($0.62/Fl Oz)
GOOF OFF Red Wine Stain Remover, 12 oz. Bottles, 2 Pack - Removes Fresh &... 95 $17.38 ($0.72/Fl Oz) prime
RJDJ Scratch Free Stove Top Scratch Remover, Cooktop Heavy Duty Cleaner And Polish,... 3 $16.99 ($481.30/Ounce)
Renuv Washing Machine Cleaner Descaler For Front Load, Top Load or HE, Slow Dissolv... 3,424 Amazon's Choice in Household Washing Machine Cleaners $14.99 ($2.50/Count) prime Climate Pledge Friendly
HOPE'S Cooktop Cleaning Cream, Fast Acting, No-Rinse Cooktop Cleaner for... 379 $11.95 ($0.04/Fl Oz) prime
Cerama Bryte Cooktop and Stove Top Cleaner for Glass-Ceramic Surfaces, 28 Ounces, 5... 893 $18.50 ($0.33/Ounce) prime
Weiman Leather Cleaner, Polish and Conditioner for Furniture, Car, Purses, Shoes, B... 2,505 $16.98 ($0.77/Fl Oz) prime
Product Description
OvuProof is an FDA registered at-home rapid test useful to track progesterone levels in women by detecting PdG (pregnanediol-3-glucuronide), the main metabolite of progesterone, in urine. PdG is highly correlated to the level of progesterone in the blood. It can monitor a woman's reproductive cycle and help to identify ovulation, pregnancy, and infertility. Urine test sampling is relatively convenient, simple, and non-invasive. Women that can benefit from PdG rapid urine tests: -Any woman who is trying to get pregnant without success. -Women with hormonal imbalance or irregular cycles -Women with PCOS or endometriosis -Women over 35 years old -Women with a history of early miscarriage. Common uses of progesterone blood testing (and/or urine PdG test monitoring) include: -Determining the reason for not conceiving -Checking the time in your cycle that you ovulate and if you actually ovulate -Monitoring a pregnancy after conception -Diagnosing an ectopic pregnancy. Since progesterone levels support implantation of an embryo, low levels of progesterone after ovulation reduce the chance of implantation and therefore, pregnancy. Monitoring progesterone levels at home via the rapid OvuProof (PdG test) will provide an additional tool to help to track your cycle and help determine if you are actually ovulating.
Product details
Product Dimensions : 4.7 x 2.36 x 0.98 inches; 2.89 Ounces
Date First Available : March 15, 2023
Manufacturer : Eugene
ASIN : B0BYKF95LN
Best Sellers Rank: #219,709 in Health & Household (See Top 100 in Health & Household)
#74 in Ovulation Tests
Customer Reviews:
4.1 24 ratings
Videos
Help others learn more about this product by uploading a video!
Upload your video
Important information
Legal Disclaimer
Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.
To report an issue with this product, click here.

Amazon.com: OvuProof PdG Test

amazon.com/dp/B0BYKF95LN?ref=myi_title_dp

Delivering to Crete 60417
Sign in to update your location

Health, Household & Baby Care | Search Amazon

EN

Hello, sign in
Account & Lists

Returns & Orders

0 Cart

All | Back to School | Off to College | Medical Care | Best Sellers | Customer Service | Amazon Basics | Music | Prime | New Releases | Today's Deals | Books | Registry | Fashion | Amazon Home | Pharmacy | Gift Cards | Shop Black Business Month

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness | Medical Supplies & Equipment | FSA Eligible Items | Sales & Special Offers | Subscribe & Save

more LABS Natural Nootropic Liquid Focus Drink Supplement $26.99 $29.99 prime Save 10% more with Subscribe & Save

Sponsored

Health & Household › Medical Supplies & Equipment › Home Tests › Family Planning Tests › Ovulation Tests

Roll over image to zoom in

# OvuProof PdG Tests/Progesterone Metabolite/FDA Registered Rapid Test to Confirm Successful Ovulation/Monitor Pregnancy/ 5 Tests/1Cycle/ Works Well with Ovulation/LH Tests/ 5 PdG Test Strips per Box

Brand: OvuProof

4.1 ★★★★☆ 24 ratings

$21.95 ($21.95 / Count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get $50 off instantly: Pay $0.00 ~~$21.95~~ upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| **Brand** | OvuProof |
| **Number of Pieces** | 5 |
| **Special Feature** | PdG (Progesterone) test strips test for confirmed ovulation |
| **Test type** | ["egnan"], ["ulati"] |
| **Specific Uses For Product** | Detection of confirmed ovulation and monitoring progesterone levels during early pregnancy |

## About this item

- CONFIRM OVULATION with OvuProof PdG rapid urine test strips at home! Unlike traditional ovulation tests which measure LH (luteinizing hormone) and attempt to predict ovulation, OvuProof actually confirms ovulation by measuring PdG, a metabolite of progesterone.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

$21.95 ($21.95 / Count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **September 4 - 7** on orders shipped by Amazon over $35

Or fastest delivery **September 2 - 4**

Sign in to update your location

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Action Care Wellness |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add a gift receipt for easy returns

80°F Sunny

Search

11:29 AM
8/8/2023

Amazon.com: OvuProof PdG Test
amazon.com/dp/B0BYKF95LN?ref=myi_title_dp
Incognito

Roll over image to zoom in

## About this item

- CONFIRM OVULATION with OvuProof PdG rapid urine test strips at home! Unlike traditional ovulation tests which measure LH (luteinizing hormone) and attempt to predict ovulation, OvuProof actually confirms ovulation by measuring PdG, a metabolite of progesterone.
- Progesterone rises after ovulation, and its elevated levels over 3-4 days confirm that you have ovulated. Seeing your (PdG) levels rise after an LH surge can give you peace of mind or let you know that it may be time to talk with a fertility specialist.
- OvuProof is FDA registered, 96.4% accurate in the lab, fast, and convenient to use! 5 individually wrapped PdG strips are included in each box, along with 5 urine cups and easy-to-understand directions.
- OvuProof is designed to work with LH tests, pregnancy tests, and other hormone tests to better understand a woman's ovulatory cycle and help confirm ovulation and a healthy pregnancy progesterone level. We recommend to download a free ovulation cycle tracking app to chart and input all your test results.
- 100% SATISFACTION GUARANTEED - Try OvuProof brand PdG rapid urine strips to help track your ovulation cycle and be 100% satisfied or we'll extend a full, prompt, friendly refund or replacement – whatever makes you happiest.

LUANERL Manual Blood Pressure Cuff Adult 9"-21" Inches (22-53CM) (Large/XL)- Aneroid...
$35.99 prime

Sponsored

Ships from Amazon
Sold by Action Care Wellness
Returns Eligible for Return, Refund or Replacement within 30 days of receipt

Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon

Tonsil Stones and Fresh Breath Freshness

Oral Complete, Dental Probiotics, Bad Breat...
$35.10 $36.95 prime
Save 5% more with Subscribe & Save

Sponsored

## Frequently bought together

+

Total price: $37.24
Add both to Cart

Some of these items ship sooner than the others.
Show details

**This item:** OvuProof PdG Tests/Progesterone Metabolite/FDA Registered Rapi

Easy@Home Ovulation Test Predictor Kit : Accurate Fertility Test for Women (Width of 5mm)

80°F
Sunny

Search

11:29 AM
8/8/2023

Amazon.com: OvuProof PdG Test
Case: 1:23-cv-03854 Document #: 23-3 Filed: 11/27/23 Page 5 of 25 PageID #:326
amazon.com/dp/B0BYKF95LN?ref=myi_title_dp

## 4 stars and above

Page 1 of 3

Sponsored

Proov PdG - Progesterone Metabolite – Test | Only FDA-Cleared Test to... 2,093 $26.99 ($26.99/Count) prime

Clearblue Advanced Ovulation Test Combination Pack, Predictor Kit, Featuring... 44,512 $26.23 ($1.54/Count) prime

Inito Fertility Monitor & Hormone Tracker for Women | Estrogen, LH, Progesterone Me... 355 $149.00 ($9.93/Count) prime

Premom Ovulation & Pregnancy Test Kit: 50 Quantitative Ovulation Strips & 20 Early ... 1,172 $22.99 ($22.99/Count) prime

Easy@Home Ovulation Test Predictor Kit : Accurate Fertility Test for Women (Width o... 6,078 Limited time deal $15.29 ($0.31/Count) prime List: ~~$16.99~~ (10% off)

MomMed Ovulation Test Strips, Ovulation and Pregnancy Tests (LH50-HCG20), Includes ... 8,656 $13.59 ($0.19/Count) prime

Proov PredictTM I Ovulation Test Strips to Predict The Fertile Window I 30 LH Tests 100 $19.99 ($19.99/Count) prime

### Product Description

OvuProof is an FDA registered at-home rapid test useful to track progesterone levels in women by detecting PdG (pregnanediol-3-glucuronide), the main metabolite of progesterone, in urine. PdG is highly correlated to the level of progesterone in the blood. It can monitor a woman's reproductive cycle and help to identify ovulation, pregnancy, and infertility. Urine test sampling is relatively convenient, simple, and non-invasive. Women that can benefit from PdG rapid urine tests: -Any woman who is trying to get pregnant without success. -Women with hormonal imbalance or irregular cycles -Women with PCOS or endometriosis -Women over 35 years old -Women with a history of early miscarriage. Common uses of progesterone blood testing (and/or urine PdG test monitoring) include: -Determining the reason for not conceiving -Checking the time in your cycle that you ovulate and if you actually ovulate -Monitoring a pregnancy after conception -Diagnosing an ectopic pregnancy. Since progesterone levels support implantation of an embryo, low levels of progesterone after ovulation reduce the chance of implantation and therefore, pregnancy. Monitoring progesterone levels at home via the rapid OvuProof (PdG test) will provide an additional tool to help to track your cycle and help determine if you are actually ovulating.

## Product details

**Product Dimensions** : 4.7 x 2.36 x 0.98 inches; 2.89 Ounces

**Date First Available** : March 15, 2023

**Manufacturer** : Eugene

**ASIN** : B0BYKF95LN

**Best Sellers Rank:** #219,709 in Health & Household (See Top 100 in Health & Household)
#74 in Ovulation Tests

**Customer Reviews:**
4.1 24 ratings

## Videos

80°F Sunny

Search

11:30 AM 8/8/2023

Amazon.com: OvuProof PdG Test
amazon.com/dp/B0BYKF95LN?ref=myi_title_dp

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Important information

### Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

To report an issue with this product, click here.

## Products related to this item

Page 1 of 8

Sponsored

Clearblue Advanced Ovulation Test Combination Pack, Predictor Kit, Featuring...
44,512
$26.23 ($1.54/Count)
prime

Proov PdG - Progesterone Metabolite – Test | Only FDA-Cleared Test to...
2,093
$26.99 ($26.99/Count)
prime

Proov PredictTM I Ovulation Test Strips to Predict The Fertile Window I 30 LH Tests
100
$19.99 ($19.99/Count)
prime

Pregable Combo Kit of 50 Ovulation Tests and 20 Pregnancy Tests, OPKs, HPTs (50LH +...
3,556
$15.99 ($15.99/Count)
prime

Inito Fertility Monitor & Hormone Tracker for Women | Estrogen, LH, Progesterone Me...
355
$149.00 ($9.93/Count)
prime

Ovulation Test Strips, HEAL-CHECK Ovulation Kits for Women, Bulk Ovulation Tests wi...
155
$9.99 ($0.40/Count)
prime

Easy@Home 100 Ovulation (LH) and 20 Pregnancy (HCG) Test Strips Kit, FSA Eligible, ...
83,449
#1 Best Seller
Limited time deal
$25.20 ($0.21/Count)
prime
List: ~~$28.00~~ (10% off)

80°F
Sunny

Search

11:30 AM
8/8/2023





OvuProof PDG TEST

HOME BUY NOW TRACK ORDER FAQS CONTACT US ABOUT US

**HASSLE-FREE RETURNS** 30-day postage paid returns

# WELCOME TO OVUPROOF

Shop Now

## OVUPROOF ™ PDG TEST STRIPS

~~$29.99~~ $21.95 Save $8.04

- In stock, ready to ship
- Worldwide Shipping

ADD TO CART

DESCRIPTION

## WHERE'S THE OVUPROOF??

Urine PdG strips have been available on the market for a few years now. They have been clinically validated in a few small studies. These studies have shown PdG monitoring to have 100% specificity (meaning a positive result is 100% true positive). Sensitivity has been approximately 85-88% (meaning that false negatives would be 12-15%). Lower sensitivity may be attributed to an expected percentage of women that have ovulatory disorders, which accounts for approximately half of women with infertility. In a side-by-side comparison of OvuProof's PdG strips conducted in the lab of the biotech company where they are manufactured, relative sensitivity was 94.6% and relative specificity was 97.4%.

## WHO NEEDS AN OVUPROOF PDG (PROGESTERONE)TEST?

Any woman who is trying to get pregnant without success. PdG at-home tests or serum progesterone tests will help validate and confirm your ovulation. Reasons for not ovulating include:
- hormonal imbalance or irregular cycles
- PCOS or endometriosis
- Women over 35 years old
- Women with a history of early miscarriage

SHOP NOW

Since progesterone levels support implantation of an embryo, low levels of progesterone after ovulation reduce the chance of implantation and therefore, pregnancy. Your doctor may want to monitor your progesterone levels, as well as do a complete work-up to include full bloodwork, ultrasound, and other hormone tests.

Monitoringprogesterone levels at home via OvuProof (PdG test) will provide an additionaltool to help to track your cycle and offer important clues to help determineyour cause of infertility. Common uses of progesterone blood testing (and PdGmonitoring) include:

- Determining the reason for not conceiving
- Checking the time in your cycle that you ovulate or if you actually ovulate
- Monitoring a pregnancy after conception
- Diagnosing an ectopic pregnancy

## WHEN IS THE IDEAL TIME TO USE THE OVUPROOF PDG (PROGESTERONE) TEST?

Depending on the length of a woman's cycle, progesterone should be checked approximately 7 days after expected ovulation. For an average 28-day menstrual cycle, this would be approximately 7 days before the next expected period. However, women have different cycle lengths, so this will vary. Day 1 of the menstrual cycle is the 1st day of the period. A full cycle ends with the start of the next month's period. A woman's cycle may vary between 21-35 days and still be considered normal. At the end of the period, the pituitary gland in the brain triggers the release of follicle-stimulating hormone (FSH), which begins the development of an egg within a follicle. The first part of the cycle is thus called the follicular phase and this may last between 10-16 days. The longer the cycle length, the longer the follicular phase. The fertile window, which typically lasts for 6-7 days per cycle, begins shortly after a woman's period ends. It usually begins approximately 5 days prior to ovulation, the day of ovulation, and a day or so after ovulation. Around day 14 of the cycle (for an average 28-day cycle), a surge in luteinizing hormone (LH) triggers an egg to be released from an ovary, which is the process known as ovulation. The LH surge only lasts approximately 12-36 hours. If ovulation occurs, the egg is released and travels down a fallopian tube in order to be fertilized by sperm. The period after ovulation is the luteal phase or secretory phase. Progesterone is released during this phase and will rise after successful ovulation.

The best time to test for PdG in the urine is typically 7 days after peak fertility (measured by the first positive LH test, if one was taken). Other options to predict peak fertility include measuring basal body temperature and cervical mucus, but these methods may be less accurate. LH tests are highly accurate at predicting when ovulation will occur, but they do not confirm that ovulation occurred. A positive PdG test, however, confirms that ovulation did occur, since it is a noninvasive and indirect measurement of progesterone. PdG reflects blood progesterone levels from approximately the day before, since progesterone is metabolized by the liver and then breaks down into the urine. The PdG test will be positive when there is 5ug/ml of PdG in the urine. This is the equivalent of approximately 10ng/ml of progesterone in the blood.

Free period and ovulation tracking apps are available for download that are helpful for a woman to pinpoint her cycle length and ovulation. Some apps also allow for hormone tracking (FSH, Estrogen-Estradiol Metabolite (E3G), LH, HcG, and PdG) to be charted as well. These period and ovulation tracking apps are recommended to be used together with OvuProof's rapid PdG progesterone urine test to help chart your cycle and share with your health care provider if you've had trouble trying to conceive.

## RECOMMENDATIONS FOR URINE OVUPROOF PDG URINE TESTING

✔ Track your menstrual cycle with a free app

✔ Take a baseline PdG sample after your period ends (this test will be negative: 2 lines will show)

✔ Predict your fertile period and take a LH (luteinizing hormone) test approx. 4-6 days before the mid-point of your cycle. Example: for a 28 day cycle, mid-point is 14 days, so you would start taking an LH test around day 8-10. The LH surge can be short and therefore it can be missed. Some women like to LH test twice a day. It will help if the urine is concentrated (first morning urine) or limited fluids for 2 hours prior to testing.

✔ Once you have a positive LH test, we recommend taking an PdG test starting 7 days after the first positive LH test. We recommend testing for 3-4 days in a row, from that point. 3-4 days of positive PdG tests (one line) in a row will confirm ovulation!

✔ It is very important to use the first morning urine. When taking the test, follow all of the instructions as far as dipping the strip into the urine cup (included with test) and not to exceed the sample line. We recommend laying the strip on a white sheet of paper or toilet paper with good lighting and reading the test results at 5 minutes but no later than 10 minutes.

✔ Remember that PdG tests are read differently than LH and HcG tests. For LH and HcG tests, 2 lines are positive. For PdG tests, 2 lines are negative (low progesterone) and one line is positive for adequate levels of PdG ( progesterone) that confirms ovulation!

✔ If ovulation did occur and if conception was attempted, an HcG pregnancy test can be taken as soon as 10 days after conception! However, waiting until the first day of a missed period may be more accurate.

✔ PdG tests are also very helpful for monitoring progesterone levels at home during pregnancy as well

## TESTIMONIALS

★★★★★
These tests are super easy to use and worth the money. I would recommend anyone who is trying to conceive to give these a shot.

Alice

★★★★★
This was our first cycle using these tests and we ended up conceiving. I am really grateful for these tests; they just made it so much more clear for us. Would definitely recommend.

Emma

★★★★★
I found out my ovulation day was later than expected. It was super easy to take pics of the test and have your results all logged on a free app.

Angelina

## SIGN UP AND SAVE

Subscribe To Get Special Offers, Free Giveaways, And Once-In-A-Lifetime Deals.

Enter your email SUBSCRIBE

OUR POLICIES
- Privacy Policy
- Refund Policy
- Shipping Policy
- Terms Of Services

MAIN MENU
- Home
- Buy Now
- Track Order
- FAQs
- Contact Us
- About Us

SERVICE HOURS

Do not hesitate to contact us if you have questions about the product or your order.We are here to help!

info@actioncarewellness.com

Monday - Friday 9am-5pm (GMT+2)

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email

© 2023 OvuProof



OvuProof PDG TEST

HOME BUY NOW TRACK ORDER FAQS CONTACT US ABOUT US

HASSLE-FREE RETURNS 30-day postage paid returns

OvuProof
PDG TEST
•Confirm successful ovulation
•Easy & Rapid
•5 PdG tests+urine cups
•>96% accuracy
•FDA Registered
For in vitro diagnostic use only

# OVUPROOF ™ PDG TEST STRIPS

~~$29.99~~ $21.95 Save $8.04

Worldwide Shipping

In stock, ready to ship

ADD TO CART

- ✅ Easy to Use: Simply dip the test in your urine for 15 seconds and read results within 5 to 10 minutes.
- ✅ Accurate and Reliable: Two lines mean negative and one line means positive for ovulation.
- ✅ Highly Specific & Sensitive: Accuracy 96.4%
- ✅ We suggest testing three or four days in a row approximately 7 days after LH surge to confirm ovulation.

SHIPPING INFORMATION

ASK A QUESTION

Share Tweet Pin it

OUR POLICIES

Privacy Policy
Refund Policy
Shipping Policy
Terms Of Services

MAIN MENU

Home
Buy Now
Track Order
FAQs
Contact Us
About Us

SERVICE HOURS

Do not hesitate to contact us if you have questions about the product or your order.We are here to help!

info@actioncarewellness.com

Monday - Friday 9am-5pm (GMT+2)

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email

© 2023 OvuProof



OvuProof
PDG TEST

HOME BUY NOW TRACK ORDER FAQS CONTACT US ABOUT US

**HASSLE-FREE RETURNS** 30-day postage paid returns

# OVUPROOF'S Q&A

**Q: What level of progesterone (sensitivity/reliability) does this check?**
A: OvuProof turns positive when urine PDG levels are > 5 ug/ml. This level of PDG in the urine correlates to a serum progesterone level of about 10 ng/ml.

**Q: My strip is showing no test line at all, so does that mean my test strips are defective? I put the strip in to the max line and waited until it went up, then set a timer for 5 mins.**
A: Keep the strip dipped in your urine sample until you can see the urine begin to flow into the window on the other side of the max line. If you dip for 15 seconds and lay flat and the test strip still doesn't show any lines, pls contact us!

**Q: I am on CD 7, and my control test had a very faint line. Is it still negative?**
A: Yes, if you see two lines, even if one is faint, your test is negative.

**Q: Can I use 2nd morning urine? I keep forgetting to test first morning urine.**
A: We only recommend you test first morning urine, for the most accuracy.

**Q: Does this measure how much progesterone (actual quantity) there is?**
A: At this time, the PdG strips are qualitative. You will need to get blood testing done to get quantitative results. However, monitoring of urine PdG levels at home helps to give a better idea of actual progesterone levels because a single serum progesterone level can spike and fall many-fold in a single 24-hour period.

**Q: I started taking progesterone oil. Could this effect my results?**
A: Oral or injected progesterone could affect your OvuProof test results. If taken transdermal or vaginally, most likely it will not.

**Q: When should I test after testing positive for LH surge?**
A: We recommend starting to test 5-7 days after the LH surge. For some women, it may be shorter and for some longer. We recommend, in general, to PdG test for at least 3-4 days in a row.

**Q: Can these PdG strips be used to test a dog's progesterone for breeding purposes?**
A: We are currently doing some research on dogs and will let you know!

OUR POLICIES

Privacy Policy
Refund Policy
Shipping Policy
Terms Of Services

MAIN MENU

Home
Buy Now
Track Order
FAQs
Contact Us
About Us

SERVICE HOURS

Do not hesitate to contact us if you have questions about the product or your order.We are here to help!

info@actioncarewellness.com

Monday - Friday 9am-5pm (GMT+2)

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email

© 2023 OvuProof

OvuProof PDG TEST

HOME BUY NOW TRACK ORDER FAQS CONTACT US ABOUT US

**HASSLE-FREE RETURNS** 30-day postage paid returns

# ABOUT US

Welcome to Action Care Wellness! We are a trusted online retailer specializing in the sale of OvuProof PdG (Pregnanediol-3-Glucuronide) test strips. Our team is dedicated to providing top-quality products and exceptional customer service to our clients.

We understand that PdG testing is an important diagnostic tool for confirming ovulation, and we strive to make these test strips readily available to healthcare providers, expectant mothers, and women trying to conceive

Our PDG test strips are sourced from reputable manufacturers and are designed to be reliable, accurate, and easy to use. We offer competitive pricing, fast shipping, and a hassle-free return policy to ensure that our customers are completely satisfied with their purchases.

Thank you for considering us for your PdG test strip needs. If you have any questions or concerns, please do not hesitate to contact our friendly and knowledgeable customer support team.

OUR POLICIES

Privacy Policy
Refund Policy
Shipping Policy
Terms Of Services

MAIN MENU

Home
Buy Now
Track Order
FAQs
Contact Us
About Us

SERVICE HOURS

Do not hesitate to contact us if you have questions about the product or your order.We are here to help!

info@actioncarewellness.com

Monday - Friday 9am-5pm (GMT+2)

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email

© 2023 OvuProof

Ctrl+M

Health & Household › Medical Supplies & Equipment › Home Tests › Family Planning Tests › Ovulation Tests

Sponsored

# OvuProof PdG Tests/Progesterone Metabolite/FDA Registered Rapid Test to Confirm Successful Ovulation/Monitor Pregnancy/ 5 Tests/1Cycle/ Works Well with Ovulation/LH Tests/ 5 PdG Test Strips per Box

Brand: OvuProof

4.1 ★★★★☆ 24 ratings

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

$21.95 ($21.95 / Count)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **September 4 - 7** on orders shipped by Amazon over $35

Or fastest delivery **September 2 - 4**

Sign in to update your location

Qty: 1

Add to Cart

Case: 1:23-cv-03854 Document #: 23-3 Filed: 11/27/23 Page 12 of 25 PageID #:333

$21.95 ($21.95 / Count)

Shipping with

FREE Returns

Get $50 off instantly: Pay $0.00 ~~$21.95~~ upon approval for Amazon Visa. No annual fee.

roof

Progesterone)
rips test for
ned ovulation

n"], ["ulati"]

tion of
ned ovulation
onitoring
sterone levels
early
ancy

em

VULATION with OvuProof PdG rapid urine test strips at home! Unlike traditional ovulation tests which measure LH (luteinizing hormone) and attempt to predict ovulation, OvuProof actually confirms

Buy Now

Payment Secure transaction
Ships from Amazon
Sold by Action Care Wellness
Returns Eligible for Return, Refund or Replacement within 30 days of receipt

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

Tonsil Stones and Fresh Breath Freshness

Oral Complete, Dental Probiotics, Bad Breat...
$35.10 ~~$36.95~~ prime
Save 5% more with Subscribe & Save

Sponsored

Case: 1:23-cv-03854 Document #: 23-3 Filed: 11/27/23 Page 13 of 25 PageID #:334

ovulation by measuring PdG, a metabolite of progesterone.

- Progesterone rises after ovulation, and its elevated levels over 3-4 days confirm that you have ovulated. Seeing your (PdG) levels rise after an LH surge can give you peace of mind or let you know that it may be time to talk with a fertility specialist.
- OvuProof is FDA registered, 96.4% accurate in the lab, fast, and convenient to use! 5 individually wrapped PdG strips are included in each box, along with 5 urine cups and easy-to-understand directions.
- OvuProof is designed to work with LH tests, pregnancy tests, and other hormone tests to better understand a woman's ovulatory cycle and help confirm ovulation and a healthy pregnancy progesterone level. We recommend to download a free ovulation cycle tracking app to chart and input all your test results.
- 100% SATISFACTION GUARANTEED - Try

OvuProof brand PdG rapid urine strips to help track your ovulation cycle and be 100% satisfied or we'll extend a full, prompt, friendly refund or replacement – whatever makes you happiest.

LUANERL Ma
Inches (22-53
$35.99 prime

Sponsored

## Frequently bought together

+

**This item:** OvuProof PdG Tests/Progesterone Metabolite/FDA Registered Rapi…
$21.95 ($21.95/Count)

Easy@Home Ovulation Test Predictor Kit : Accurate Fertility Test for Women (Width of 5mm),…
$15.29 ($0.31/Count)

Total price: $37.24

Add both to Cart

Some of these items ship sooner than the others.
Show details

## 4 stars and above

Page 1 of 3

Sponsored

Proov PdG - Progesterone Metabolite – Test | Only FDA-Cleared Test to…
2,093
$26.99 ($26.99/Count)
prime

Clearblue Advanced Ovulation Test Combination Pack, Predictor Kit, Featuring…
44,512
$26.23 ($1.54/Count)
prime

Inito Fertility Monitor & Hormone Tracker for Women | Estrogen, LH, Progesterone Me...
355
$149.00 ($9.93/Count)
prime

Premom Ovulation & Pregnancy Test Kit: 50 Quantitative Ovulation Strips & 20 Early ...
1,172
$22.99 ($22.99/Count)
prime

Easy@Home Test Predicto Accurate Fer Women (Wid
Limited time
$15.29 ($0
prime
List: ~~$16.99~~ (1

## Product Description

OvuProof is an FDA registered at-home rapid test useful to track progesterone levels in women by detecting PdG (pregnanediol-3-glucuronide), the main metabolite of progesterone, in urine. PdG is highly correlated to the level of progesterone in the blood. It can monitor a woman's reproductive cycle and help to identify ovulation, pregnancy, and infertility. Urine test sampling is relatively convenient, simple, and non-invasive. Women that can benefit from PdG rapid urine tests: -Any woman who is trying to get pregnant without success. -Women with hormonal imbalance or irregular cycles -Women with PCOS or endometriosis -Women over 35 years old -Women with a history of early miscarriage. Common uses of progesterone blood testing (and/or urine PdG test monitoring) include: -Determining the reason for not conceiving -Checking the time in your cycle that you ovulate and if you actually ovulate -Monitoring a pregnancy after conception -Diagnosing an ectopic pregnancy. Since progesterone levels support implantation of an embryo, low levels of progesterone after ovulation reduce the chance of implantation and therefore, pregnancy. Monitoring progesterone levels at home via the rapid OvuProof (PdG test) will provide an additional tool to help to track your cycle and help determine if you are actually ovulating.

# Product details

**Product Dimensions** : 4.7 x 2.36 x 0.98 inches; 2.89 Ounces

**Date First Available** : March 15, 2023

**Manufacturer** : Eugene

**ASIN** : B0BYKF95LN

Case: 1:23-cv-03854 Document #: 23-3 Filed: 11/27/23 Page 16 of 25 PageID #:337

**Best Sellers Rank:** #219,709 in Health & Household (See Top 100 in Health & Household)
#74 in Ovulation Tests

**Customer Reviews:**
4.1 24 ratings

# Videos

Help others learn more about this product by uploading a video!

Upload your video

# Important information

## Legal Disclaimer

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

To report an issue with this product, click here.

# Products related to this item

Page 1 of 8

Sponsored

Clearblue Advanced Ovulation Test Combination Pack, Predictor Kit, Featuring…
44,512
$26.23 ($1.54/Count)
prime

Proov PdG - Progesterone Metabolite – Test | Only FDA-Cleared Test to…
2,093
$26.99 ($26.99/Count)
prime

Proov PredictTM I Ovulation Test Strips to Predict The Fertile Window I 30 LH Tests
100
$19.99 ($19.99/Count)
prime

Pregable Combo Kit of 50 Ovulation Tests and 20 Pregnancy Tests, OPKs, HPTs (50LH +...
3,556
$15.99 ($15.99/Count)
prime

Inito Fertility Hormone Tra Women | Est Progesterone
$149.00 (
prime

**LUANERL Manual Blood Pressure Cuff Adult 9”-21” Inches (22-53CM) (Large/XL)- Aneroid...**

$35.99 prime

Sponsored

## Looking for specific info?

Search in reviews, Q&A...

## Customer reviews

4.1 out of 5

24 global ratings

| | |
|---|---|
| 5 star | 49% |
| 4 star | 29% |
| 3 star | 12% |
| 2 star | 0% |
| 1 star | 11% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Reviews with images

See all customer images

## Read reviews that mention

easy to use | trying to conceive | used in conjunction | conjunction with other tests | confirm ovulation | tests were easy | ovulation tests | instructions | strips | test | results | positive

Top reviews

## Top reviews from the United States

Amazon Customer

**Convenient, easy to use! Would buy again**

Reviewed in the United States on May 16, 2023

**Verified Purchase**

I received my OvuProof strips a couple of days ago. I tried them this morning with my first morning urine and found the directions were simple and easy to use. My baseline test was neg, which is 2 lines, as expected for my CD. So far I'm happy with my purchase and plan to use them with LH tests to better track my ovulation.



Sponsored

Helpful | Report

Gerald

**Would recommend!**

Reviewed in the United States on May 14, 2023

**Verified Purchase**

My wife has used PdG strips before so we wanted to test this brand out, since they are actually priced better than other PdG tests on the market we have tried. She used the first morning urine and got a negative test (2 lines) which she expected. The strips, packaging and instructions seem well made and instructions were easy to follow.

Helpful | Report

katrina

**Great product and price**

Reviewed in the United States on May 18, 2023

**Verified Purchase**

I received the OvuProof strips the other day and tried them. They worked well and they even worked with an app I found that could log the results for PdG. The price was lower so far than any other PdG strips I've found.

Helpful | Report

Sharon Z

**Good value for PdG!**

Reviewed in the United States on May 20, 2023

**Verified Purchase**

I ordered these as they were a better value than other brands for urine progesterone testing at home. They worked well and easy to use with clear instructions. Start using a few days after LH surge for ovulation confirmation.

Helpful | Report

Chenoa

★★★★★ **Small, easy, convenient.**

Reviewed in the United States on May 14, 2023

**Verified Purchase**

I'm menopausal; will pass this product along to a younger woman who can use it. Reasonably priced and easy to use.

Helpful | Report

TTC Queen

★☆☆☆☆ **Low quality junk, don't buy**

Reviewed in the United States on June 1, 2023

**Verified Purchase**

I was so hopeful to have a cheaper PdG test, but these are total junk. They are way smaller and they DO NOT scan into the Proov app. The instructions are so hard to follow and make no sense at all. So if you want a PdG value and to know if your progesterone is high enough I would spend the extra $4 and get the Proov brand tests.

Helpful | Report

JenSue VINE VOICE

Case: 1:23-cv-03854 Document #: 23-3 Filed: 11/27/23 Page 21 of 25 PageID #:342

**only time will tell**

Reviewed in the United States on May 26, 2023

**Vine Customer Review of Free Product** ( What's this? )

found these easy enough to use though the results were a little confusing since a positive result on these is the opposite a positive result on the lh strips and when i used in conjunction with them i got a positive for this test while my LH tests were negative so i dont exactly know what that means and i liked how easy these were to use and easy to read results theres not much to them and simple to follow the instructions precisely so theres not much left to tell! great product but only time will tell whether they are truly the appropriate and reliable tool that i hoped they would be . i hoped that using both tests strips would up my chances and im not sure that it didnt make me more confused or have the opposite effect but i think that i used them correctly regardless and continue to learn more about them so that i will be more informed if i will need to use them again next time around. i hope that i wont need to but great at home tool for the average mom trying to moniter her ovulation cycle. the results are available in 5 minutes no later than 10. hang around and find out lol

Helpful | Report

 Nicole Simonds VINE VOICE

**They work as intended, very small strips**

Reviewed in the United States on May 17, 2023

**Vine Customer Review of Free Product** ( What's this? )

I love the convince of urine strips. I did not get my baseline with these, but cycle day 20 I received a positive (one line is + two is -) these strips are very very thin and small. But they have good structure. Each strip is well packaged, and the box comes with very detailed instructions, I already knew how these worked from using before. But to those who are new to testing progesterone or confirming ovulation may need some additional resources to fully understand these. Overall, I like them. But I do like the Proov brand better (these are a great budget option though).

Pretty much these work to confirm ovulation by the rise of progesterone in the luteal phase of cycle (after a positive LH surge or predicted day of ovulation) progesterone hits its peak around a week after ovulation (where if an egg is fertilized, the corpus lutem continues to produce progesterone) and aids in implantation. If an egg is not fertilized, or possibility of hormonal issue’s progesterone will drop and period will begin. These show if a person has an adequate amount of progesterone, or not.

8/8/23, 11:41 AM Amazon.com: Ovulation PdG Tests/Progesterone Metabolite/FDA Registered Rapid Test to Confirm Successful Ovulation/Monitor Pregnancy/5 Tests/1Cycle/ Works Well with Ovulat…

Helpful | Report

See more reviews ›

## Products related to this item

Page 1 of 15

Sponsored

proov
confirm
Check for Successful Ovulation
Ovulation Score
Successful
About your results

Proov PdG - Progesterone Metabolite – Test | Only FDA-Cleared Test to…
2,093
$26.99 ($26.99/Count)
prime

Clearblue
Over 99% Accurate
get pregnant faster
15 + 2

Clearblue Advanced Ovulation Test Combination Pack, Predictor Kit, Featuring…
44,512
$26.23 ($1.54/Count)
prime

LH Ovulation Test
HCG Pregnancy Test
50 | 20
LH Ovulation Test
HCG Pregnancy Test

Femometer 50 Ovulation Test Strips and 20 Pregnancy Test Strips, Over 99% Accurate ...
1,160
$14.99 ($0.21/Count)
prime

easy@Home
www.premom.com

Easy@Home Ovulation Test Kit: 50 Ovulation Strips & 20 Early Pregnancy Tests &…
7,434
$26.99 ($26.99/Count)
prime

Hormone Chart

Inito Fertility Hormone Tra Women | Est Progesterone
$149.00 (
prime

AT&T
Learn how to get a new Samsung Galaxy Z Flip5 FREE with a Galaxy phone trade-in.

Learn more
Offer details ›
Sponsored

https://www.amazon.com/dp/B0BYKF95LN?ref=myi_title_dp 12/15

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Recommended based on your shopping trends

Sponsored

Proov PredictTM I Ovulation Test Strips to Predict The Fertile Window I 30 LH Tests
100
$19.99 prime

Easy@Home Ovulation & Pregnancy Test Strips Kit: 40 Ovulation Strips and 10 Pregnancy Tests– Accurate Fertility Tracker
513
$15.95 prime

MomMed Ovulation Test Strips, Ovulation and Pregnancy Tests (LH50-HCG20), Includes 50 Ovulation Tests and 20
8,660
$13.59 prime

MomMed Ovulation Test Strips, 50 LH Ovulation Predictor Kit with 50 Collection Cups, Accurately Track
4,165
$12.49 prime

Predict Ovulation and Pregnancy Test Combo Kit | Ovulation Test LH Strips to Predict The Fertile Window | Early
$24.99 prime

*After viewing product detail pages, look here to find an easy way to navigate back to pages you are interested in.*

› **View or edit your browsing history**

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English

United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates