# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: MFB Fertility, Inc. v. Action Care Mobile Veterinary Clinic, LLC

Case Number: 1:23-cv-03854

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff MFB Fertility, Inc.

Attorney name (type or print): Nicholas D. Niro

Firm: Vitale, Vickrey, Niro, Solon & Gasey LLP

Street address: 311 S. Wacker Dr. Ste. 2470

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6345897
(See item 3 in instructions)

Telephone Number: (312) 236-0733

Email Address: nniro@vvnlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 1, 2024

Attorney signature: S/ *Nicholas D. Niro*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023