IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MFB FERTILITY INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTION CARE MOBILE VETERINARY CLINIC, LLC, <br><br> Defendant. | Case No. 1:23-cv-03854 <br><br> Judge Harry D. Leinenweber <br> Magistrate-Judge Gabriel A. Fuentes |

## PLAINTIFF MFB FERTILITY INC.'S MOTION TO DISMISS DEFENDANT ACTION CARE MOBILE VETERINARY CLINIC LLC'S COUNTERCLAIMS

Plaintiff MFB Fertility Inc. ("MFB"), pursuant to P. 12(b)(6), respectfully requests this Court enter an Order dismissing Defendant Action Care Mobile Veterinary Clinic, LLC's ("Action Care") Counterclaims because the counterclaims fail to state a claim upon which relief may be granted. MFB submits the accompanying Memorandum in Support of its Motion to Dismiss.

WHEREFORE, MFB respectfully requests entry of an Order dismissing Action Care's Counterclaims pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

/s/ *Dean D. Niro*
Dean D. Niro (ARDC # 6208064)
Arthur A. Gasey (ARDC # 6210605)
Nicholas D. Niro (ARDC # 6345897)
VITALE, VICKREY, NIRO, SOLON & GASEY LLP
311 S. Wacker Dr., Suite 2470
Chicago, IL 60606
Tel.: (312) 236-0733
Fax: (312) 236-3137
dniro@vvnlaw.com
gasey@vvnlaw.com

Gary I. Blackman (ARDC # 6187914)
Erin M. Mayer (ARDC # 6313447)

LEVENFELD PEARLSTEIN, LLC
130 N. Riverside Plaza, Suite 1800
Chicago, IL 60606
Tel.: (312) 346-8380
Fax: (312) 346-8434
gblackman@lplegal.com
emayer@lplegal.com

*Attorneys for Plaintiff,
MFB Fertility, Inc.*