THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MFB Fertility, Inc.,<br><br>                        Plaintiff,<br><br>      v.<br>Action Care Mobile Veterinary Clinic, LLC,<br><br>                        Defendant. | Case No. 1:23-cv-03854<br><br>Dist. Judge Harry D. Leinenweber<br><br>Mag. Judge Gabriel A. Fuentes |

## **DECLARATION OF ILYA G. ZLATKIN**

I, Ilya G. Zlatkin, of the Town of Munster, in the State of Indiana, declare as follows:

      1.      I am an attorney and represent Defendant Action Care Mobile Veterinary Clinic, LLC ("Action Care" or "Defendant") in connection with the above-captioned lawsuit. I am admitted to practice before all Illinois state courts, all Indiana state courts, the U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Northern District of Indiana. I am in good standing with all of those courts and have never been subject to professional disciplinary proceedings of any kind.

      2.      This Declaration is submitted to supplement Action Care's response to the motion to dismiss counterclaims ("Motion") filed by Plaintiff MFB Fertility, Inc. ("Plaintiff" or "MFB"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the assertions contained in this Declaration.

      3.      Attached hereto as **Exhibit 1** is a true and correct copy of an email string between counsel for the parties on December 18, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

1

Executed on February 23, 2024, at Munster, Indiana.

        Respectfully submitted,

        /s/ Ilya G. Zlatkin
        Ilya G. Zlatkin
        Zlatkin Cann Entertainment
        4245 N Knox Ave
        Chicago, IL 60641
        (312) 809-8022
        ilya@zce.law

        *Counsel for Defendant Action Care Mobile Veterinary Clinic, LLC*