# EXHIBIT A

**From:**      Gary I. Blackman
**Sent:**      12/18/2023 2:24:01 PM
**To:**      Ilya Zlatkin
**Cc:**      Dean Niro; Art Gasey; Gary I. Blackman
**Subject:**      Re: Action/MFB [LP-ACTIVE.44919.44919-137461.FID1364752]

==Agreed. We're working on the answer/response this week and next.== It's not our intention to delay that. Just don't want you looking for a response today. Thanks and have a good holiday. Gary

Gary Blackman
Cell 312-371-8961



**Gary I. Blackman**      Levenfeld Pearlstein, LLC
T 312 476 7536      120 S Riverside Plaza
M 312 371 8961      Suite 1800
     Chicago, IL 60606 USA
     lplegal.com

  

**Are you prepared for the Corporate Transparency Act that goes into effect January 1, 2024?**
**Click here to learn more.**

**Sign up** for LP's weekly newsletter, *LP3*

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

On Dec 18, 2023, at 2:20 PM, Ilya Zlatkin <ilya@zce.law> wrote:

Hi Gary,

I'm certainly not trying to put you guys into any sort of "jackpot" with response deadlines. There hasn't been any minute entry relating to deadlines for the counterclaims, so it's all just Federal Rules of Civil Procedure with respect to those right now.

==My primary concern is not having any further delay due to pre-discovery motions being filed at a later date regarding the counterclaims.== So, if you're just planning to file an answer to the counterclaims, then I'm happy enough to wait for the court to set a deadline for that. ==If, on the other hand, you're planning to file any motions, then I would like for you to do so sooner than later, because if you're going to file (for example) a motion to dismiss the claims months down the line, then that'll further delay the adjudication of the case, which I think will prejudice my client.==

Best,
Ilya

--
**ILYA G. ZLATKIN**
*Managing Partner*
**ZLATKIN CANN ENTERTAINMENT**
4245 N. Knox Ave.
Chicago, IL 60641
**Phone:** 312.809.8022
**Email:** ilya@zce.law

**From:** Gary I. Blackman <gblackman@lplegal.com>
**Sent:** Monday, December 18, 2023 1:55 PM
**To:** Ilya Zlatkin <ilya@zce.law>
**Cc:** Dean Niro <dniro@vvnlaw.com>; Art Gasey <gasey@vvnlaw.com>
**Subject:** Action/MFB [LP-ACTIVE.44919.44919-137461.FID1364752]

Hi Ilya, I see we are still waiting for the judge to rule on Art's motion to amend. With all the back and forth I may have lost the thread on the counterclaim response date. If you were expecting it today we won't be able to meet that deadline. I'm leaving for Fla. tomorrow to see my (elderly) in-laws and will be back on Friday. Can you let us know your position on the CC response date, i.e., whether you still expect the CC to stay the same even if an amended complaint is filed. Thanks



**Gary I. Blackman**                Levenfeld Pearlstein, LLC
T 312 476 7536                      120 S Riverside Plaza
M 312 371 8961                      Suite 1800

Chicago, IL 60606 USA
lplegal.com

  

**Are you prepared for the Corporate Transparency Act that goes into effect January 1, 2024?**
**Click here to learn more.**

**Sign up** **for LP's weekly newsletter,** ***LP3***

This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.