**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

MFB Fertility Inc.
                                          Plaintiff,

v.                                                         Case No.: 1:23−cv−03854
                                                              Honorable Harry D. Leinenweber

Action Care Mobile Veterinary Clinic, LLC
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 25, 2024:

      MINUTE entry before the Honorable Harry D. Leinenweber: Defendant and Counter Claimant Action Care Mobile Veterinary Clinic, LLC's Motion to Clarify [36] is DENIED because it is premature. Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure requires that motions for attorneys' fees be filed after entry of a final judgment unless the Court orders otherwise. The Court has not entered a final judgment Count II of Plaintiff's Complaint remains and so the Court DENIES Defendant's Motion. Additionally, Defendant's motion "to clarify" is the improper vehicle to move for attorneys' fees and it also fails to comply with Local Rule 54.3(b), which similarly mandates that Defendant wait until the Court has entered a final judgment unless otherwise ordered. Mailed notice (maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.