# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MFB Fertility Inc.

                          Plaintiff,

v.                                           Case No.: 1:23−cv−03854

                                                            Honorable Harry D. Leinenweber

Action Care Mobile Veterinary Clinic, LLC

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2024:

      MINUTE entry before the Honorable Harry D. Leinenweber: The Court's 5/15/24 order is amended as follows: MOTION by Counter Claimant Action Care Mobile Veterinary Clinic, LLC for reconsideration regarding memorandum opinion and order [35] solely as to dismissal of trademark cancellation counterclaim [39] is entered and briefed as follows: response by 5/29/24, reply (if needed) by 6/6/24. Telephonic status/ruling set for 6/18/24 is re−set to 6/26/24 at 9:15 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.