UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ORDER OF THE EXECUTIVE COMMITTEE

The following list of civil cases were assigned to the Honorable Harry D. Leinenweber and require further judicial action; therefore

It is hereby ordered that the civil cases listed below be reassigned to the judges of this Court as assigned below, pursuant to Local Rule 40.1(f).

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 13th day of June, 2024

1

**Civil Cases Reassigned from Judge Leinenweber to Judge Alonso**

| | |
|---|---|
| 1:19-cv-05931 | Bryant v. United Collection Bureau, Inc. |
| 1:19-cv-07131 | Clark v. Barksdale et al |
| 1:21-cv-03093 | Clark v. Cook County Sheriff's Office et al |
| 1:23-cv-03707 | Clauser v. Sunrise ABA, LLC |

**Civil Cases Reassigned from Judge Leinenweber to Judge Blakey**

| | |
|---|---|
| 1:20-cv-04356 | WEC 98C-3 LLC v. Saks Incorporated |
| 1:24-cv-03924 | 4 Stratford Square Mall Holdings, LLC v. Saks Incorporated |
| 1:23-cv-14871 | Watkins Tyler v. Protective Life Insurance Company et al |
| 1:23-cv-15646 | BFG Corporation d/b/a Byline Financial Group v. J&E Business Consulting LLC d/b/a J&E Media Corp et al |

**Civil Cases Reassigned from Judge Leinenweber to Judge Bucklo**

| | |
|---|---|
| 1:22-cv-05108 | REM Properties v. Exxon Mobil Corp et al |
| 1:23-cv-02630 | Woodard v. Health Insurance Alliance, LLC |

**Civil Cases Reassigned from Judge Leinenweber to Judge Chang**

| | |
|---|---|
| 1:18-cv-05517 | Garcia v. Aerovias de Mexico, S.A. de C.V. |
| 1:18-cv-05526 | Estrada v. Aerovias de Mexico, S.A. de C.V. et al |
| 1:18-cv-05535 | Jaquez v. Aerovias de Mexico, S.A. de C.V., d/b/a Aeromexico et al |
| 1:18-cv-05540 | Estrada et al v. Aerovias de Mexico, S.A. de C.V. |
| 1:18-cv-06051 | Diaz v. Aerovias de Mexico, S.A. de C.V. |
| 1:18-cv-06303 | Rivera v. Aerovias de Mexico, S.A. de C.V. et al |
| 1:18-cv-06852 | Rivera v. Aerovias de Mexico, S.A. de C.V.  et al |
| 1:19-cv-02504 | Moore v. Club Exploria, LLC et al |
| 1:19-cv-04483 | Bonilla v. Aerovias de Mexico, S.A. de C.V.et al |
| 1:20-cv-06920 | Schumann v. O'Malley |
| 1:23-cv-02977 | Gadson v. Stelle Corporation |

**Civil Cases Reassigned from Judge Leinenweber to Judge Coleman**

| | |
|---|---|
| 1:18-cv-05142 | Clark v. Tremmell et al |
| 1:22-cv-06132 | Renfro v. Rotary International |

**Civil Cases Reassigned from Judge Leinenweber to Judge Cummings**

| | |
|---|---|
| 1:22-cv-04293 | Logsdon Tug Service, Inc. |
| 1:23-cv-03504 | Swaro v. Fred Moeller et al |
| 1:23-cv-04248 | Evans et al v. County of Lake et al |

**Civil Cases Reassigned from Judge Leinenweber to Judge Daniel**

| | |
|---|---|
| 1:22-cv-01151 | Rodriguez v. Corelle Brands, LLC |
| 1:23-cv-03837 | Perez v. Gale Healthcare Solutions, LLC |

**Civil Cases Reassigned from Judge Leinenweber to Judge Durkin**

| | |
|---|---|
| 1:22-cv-05354 | Westfield Premier Insurance Company v. Kandu Construction, Inc. et al |
| 1:23-cv-01573 | Williams et al v. Tophat Logistical Solutions, LLC et al |

1:23-cv-09913          Meacham v. Kiani et al

**Civil Cases Reassigned from Judge Leinenweber to Judge Ellis**

1:20-cv-07616          Halperin v. Drawn to Discover, LLC et al
1:22-cv-05393          Hickory Hills Foodmart, Inc. v. Equilon Enterprises, LLC
1:23-cv-14029          WFRBS 2013-C18 North Wabash Avenue, LLC v. Employers Insurance Company of Wausau

**Civil Cases Reassigned from Judge Leinenweber to Judge Gettleman**

1:22-cv-02882          Drawn to Discover et al v. Halperin et al
1:23-cv-02772          Aragon v. Loyola University Chicago
1:23-cv-13103          National Union Fire Insurance Company of Pittsburgh, PA v. Lovekamp et al

**Civil Cases Reassigned from Judge Leinenweber to Judge Gottschall**

1:23-cv-04690          U.S. Bank National Association v. Millan's Stone, Corp. et al

**Civil Cases Reassigned from Judge Leinenweber to Judge Harjani**

1:20-cv-04363          WEC 98C-4 LLC v. Saks Incorporated
1:23-cv-14422          Worthem v. Medical Cost Management Corporation
1:23-cv-16439          Taylor v. Dave's Killer Bread, Inc. et al
     1:24-cv-02189          Smothers et al v. Dave's Killer Bread, Inc. et al

**Civil Cases Reassigned from Judge Leinenweber to Judge Hunt**

1:21-cv-02567           Sadowski v. Menard, Inc. et al
1:22-cv-05790          Claybon v. City of Chicago et al

**Civil Cases Reassigned from Judge Leinenweber to Judge Jenkins**

1:20-cv-04798          Polley v. Northwestern University
     1:20-cv-04892          Veeravalli v. Northwestern University
     1:20-cv-05095          Greenwald v. Northwestern University
1:22-cv-05891          Hartley v. University of Chicago Medical Center et al
1:23-cv-15223          Wali v. Walmart, Inc.

**Civil Cases Reassigned from Judge Leinenweber to Judge Kendall**

1:15-cv-02980          Bakov v. Consolidated World Travel
     1:15-cv-04030          Herrera v. Consolidated World Travel, Inc
     1:17-cv-00973          Hewlett, et al v. Consolidated World Travel, Inc.
1:22-cv-07043          Goodwin v. City of Chicago et al

**Civil Cases Reassigned from Judge Leinenweber to Judge Kennelly**

1:14-cv-04651          Wisconsin Masons' Health Care Fund v. Endo Health Solutions, Inc. et al
     1:14-cv-05416           Value Drug Company v. Endo Health Solutions, Inc. et al
     1:14-cv-06171           Pennsylvania Employees Benefit Trust Fund v. Endo Health Solutions, Inc. et al
     1:14-cv-07320           Meijer, Inc. et al v. Endo Health Solutions, Inc. et al
     1:14-cv-07742           International Union of Operating Engineers et al v. Endo Health Solutions, Inc. et al

| | |
|---|---|
| 1:14-cv-09412 | United States of America, et al. v. Takeda Pharmaceuticals America, Inc., et al. |
| 1:14-cv-10151 | Rochester Drug Co-Operative, Inc. v. Endo Health Solutions, Inc. et al |
| 1:14-cv-10153 | Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund v. Endo Health Solutions, Inc. et al |
| 1:14-cv-10154 | Massachusetts Bricklayers & Masons Health and Welfare Fund v. Endo Health Solutions, Inc. et al |
| 1:14-cv-10289 | Louisiana Health Service and Indemnity Company v. Endo Health Solutions, Inc. et al |
| 1:15-cv-00269 | Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Endo Health Solutions, Inc. et al |
| 1:15-cv-01473 | Mahaffay v. Endo Health Solutions Inc. et al |
| 1:15-cv-02563 | Walgreen Co. et al v. Endo Health Solutions, Inc. et al |
| 1:15-cv-03579 | Rite Aid Corporation et al v. Endo Health Solutions Inc. et al |
| 1:16-cv-01832 | CVS Pharmacy, Inc. v. Endo Health Solutions INC. et al |
| 1:22-cv-05170 | Sandoval Samudio v. Morris |
| 1:23-cv-01848 | Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare Fund et al v. Clearstory Glass, Inc. |
| 1:23-cv-10351 | Burdette v. fuboTV, Inc. |

**Civil Cases Reassigned from Judge Leinenweber to Judge Kness**

| | |
|---|---|
| 1:21-cv-06004 | Kallemeyn Collision Center, Inc. et al v. The Standard Fire Insurance Company et al |
| 1:22-cv-01810 | United States of America v. 1987 Bombardier CL-600 Twin Jet (Serial Number 5003 and Tail Number XA-UFF) and It's Inventory (Log Book and Maintenance Book) |

**Civil Cases Reassigned from Judge Leinenweber to Judge Lefkow**

| | |
|---|---|
| 1:22-cv-00488 | Creative Financial Staffing LLC v. Kubacki |

**Civil Cases Reassigned from Judge Leinenweber to Judge Pacold**

| | |
|---|---|
| 1:23-cv-02899 | Guardino v. Garcia |
| 1:23-cv-04230 | Chestnut v. Chicago Public Schools |

**Civil Cases Reassigned from Judge Leinenweber to Judge Pallmeyer**

| | |
|---|---|
| 1:22-cv-01458 | Acosta et al v. Board of Trustees of UNITE HERE Health et al |

**Civil Cases Reassigned from Judge Leinenweber to Judge Rowland**

| | |
|---|---|
| 1:17-cv-09284 | Fitzgerald et al v. Roberts et al |
| 1:23-cv-15177 | Bradley v. National Railroad Passenger Corporation d/b/a Amtrak |
| 1:24-cv-04304 | Board of Trustees of Unite Here Health v. Unite Here Local 11 |

**Civil Cases Reassigned from Judge Leinenweber to Judge Seeger**

| | |
|---|---|
| 1:23-cv-00459 | Woodall v. Evergreen Packaging LLC et al |
| 1:23-cv-03016 | Zydek et al v. Aziyo Biologics, Inc. et al |

**Civil Cases Reassigned from Judge Leinenweber to Judge Shah**

| | |
|---|---|
| 1:18-cv-00839 | National Fair Housing Alliance et al v. Deutsche Bank National Trust et al |
| 1:23-cv-00164 | Church Mutual Insurance Company v. Frontier Management, LLC et al |
| 1:23-cv-03606 | Coleman v. Remprex, LLC |

**Civil Cases Reassigned from Judge Leinenweber to Judge Tharp**

| | |
|---|---|
| 1:21-cv-03169 | B.H., a minor by and through his legal guardian, Angela Hogan v. Amazon.com, Inc. |
| 1:22-cv-05430 | James et al v. Department of Children and Family Services |
| 1:23-cv-03854 | MFB Fertility Inc. v. Action Care Mobile Veterinary Clinic, LLC |

**Civil Cases Reassigned from Judge Leinenweber to Judge Valderrama**

| | |
|---|---|
| 1:21-cv-04543 | DeKasha k v. Shemsiu, et al |
| 1:22-cv-05444 | Western National Mutual Insurance Company v. Bestview International Company et al |
| 1:22-cv-06659 | Leggette v. Dr Pepper/Seven Up, Inc. et al |

**Civil Cases Reassigned from Judge Leinenweber to Judge Wood**

| | |
|---|---|
| 1:21-cv-05772 | Dotson v. Menard, Inc. |
| 1:22-cv-05799 | Reeves, 15223III v. Scott et al |
| 1:22-cv-07008 | Collins v. Board of Education Thornton Fractional District 215 |