## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MFB Fertility Inc.

                Plaintiff,

v.                                    Case No.: 1:23–cv–03854
                                    Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 19, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr: By 9/3/2024, the parties shall file a joint reassignment status report in accordance with the case procedures listed on Judge Tharp's web page. Counter Claimant's motion for reconsideration remains under advisement. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.