**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

MFB Fertility Inc.

                                        Plaintiff,

v.                                                    Case No.: 1:23–cv–03854
                                                   Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held. Parties have conferred and jointly request case be referred to Magistrate Judge Funtes for a settlement conference and any further discovery scheduling and supervision. Defendant granted leave to file motion regarding incontestability. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.