# EXHIBIT B

proof

in 3 ⌄  Synonyms  Example Sentences  Word History  Phrases Containing  Rhymes

# proof  1 of 3  noun

ˈprüf 🔊

Synonyms of *proof* >

1  **a** : the cogency of evidence that compels acceptance by the mind of a truth or a fact

   **b** : the process or an instance of establishing the validity of a statement especially by derivation from other statements in accordance with principles of reasoning

2  *obsolete* : EXPERIENCE

3  : something that induces certainty or establishes validity

4  *archaic* : the quality or state of having been tested or tried

   *especially* : unyielding hardness

5  : evidence operating to determine the finding or judgment of a tribunal

6  **a**  *plural* **proofs** *or* **proof** : a copy (as of typeset text) made for examination or correction

   **b** : a test impression of an engraving, etching, or lithograph



Can you solve 4 words at once?

Play



n 3 ⌄    Synonyms    Example Sentences    Word History    Phrases Containing    Rhymes

for circulation, and sometimes differs in metallic content from coins of identical design struck for circulation

   **d** **:** a test photographic print made from a negative

**7** **:** a test applied to articles or substances to determine whether they are of standard or satisfactory quality

**8**  **a** **:** the minimum alcoholic strength of proof spirit

   **b** **:** strength with reference to the standard for proof spirit

    *specifically* **:** alcoholic strength indicated by a number that is twice the percent by volume of alcohol present

      whiskey of 90 *proof* is 45 percent alcohol



**WORD OF THE DAY**

## plethora 🔊

See Definitions and Examples »

Get Word of the Day daily email!



Your email add    SUBSCRIBE

# proof  2 of 3  *adjective*

**1** **:** able to resist or repel

   boots that were ... *proof* against cold and wet
   – Robertson Davies

  → often used in combination

   wind*proof*

**2** **:** used in proving or testing or as a standard of comparison



n 3 ⌄ | Synonyms | Example Sentences | Word History | Phrases Containing | Rhymes

# proof  3 of 3  verb

**proofed; proofing; proofs**

*transitive verb*

**1  a :** to make or take a proof or test of

  **b : PROOFREAD**

**2   :** to give a resistant quality to

**3   :** to activate (yeast) by mixing with water and sometimes sugar or milk

noun

## Noun

| | | |
|---|---|---|
| attestation | confirmation | corroboration |
| documentation | evidence | substantiation |
| testament | testimonial | testimony |
| validation | voucher | witness |

**See All Synonyms & Antonyms in Thesaurus**



n 3 ⌄ | Synonyms | Example Sentences | Word History | Phrases Containing | Rhymes

## Noun

The document was *proof* that her story was true.

He claims that he was home when the murder was committed, but he has no *proof*.

The *proof* shows that the theorem is true.

## Verb

She *proofed* the story carefully.

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Read More

**Noun**

Legitimate buyers should be able to provide *proof* of funds, business acquisition history, and a clear intent to purchase.
— Lien De Pau, *Forbes.com*, 23 Apr. 2025

International students must meet several requirements to obtain an F-1 visa, including school admission, a U.S. embassy interview, and *proof* of financial support.
— Billal Rahman, *MSNBC Newsweek*, 22 Apr. 2025



in 3 ⌄    Synonyms    Example Sentences    Word History    Phrases Containing    Rhymes

carrots.
– Kimberly Holland, *Southern Living*, 14 Mar. 2025

And if water**proof** eye makeup has left you rubbing and regretting in the past, don't worry—we've found long-wear options that deliver a comfortable, smudge-proof definition without the teary-eyed struggle.
– Christa Joanna Lee, *Allure*, 17 Feb. 2025

**Verb**

If the account is flagged, the person will be asked to complete an in-person identity ***proofing*** to continue processing their claim.
– Amaris Encinas, *USA Today*, 16 Apr. 2025

Too many of Europe's domestic leagues are closed shops or thereabouts but Leverkusen are ***proof*** the ceiling can be broken.
– Phil Hay, *The Athletic*, 31 Dec. 2024

[ See All Example Sentences for *proof* ]

# Etymology

**Noun**



n 3 ⌄     Synonyms     Example Sentences     Word History     Phrases Containing     Rhymes

## First Known Use

### Noun

13th century, in the meaning defined at sense 1a

### Adjective

1583, in the meaning defined at sense 1

### Verb

circa 1699, in the meaning defined at sense 1a

## Time Traveler

**The first known use of *proof* was in the 13th century**

See more words from the same century

burden of proof            living proof

proof of concept           proof of purchase

proof positive             proof spirit

reproduction proof         the proof is in the pudding

the proof of the           veto-proof



n 3  Synonyms  Example Sentences  Word History  Phrases Containing  Rhymes

goof            hoof

kloof           poof

roof            spoof

woof            aloof

behoof          disproof

flameproof      foolproof

See All Rhymes for *proof*

prooemium                   **proof**

proof before letter

See All Nearby Words



un 3 ⌄    Synonyms    Example Sentences    Word History    Phrases Containing    Rhymes

**The Scoop on 'The Proof Is in the…**

No evidence is in there, but it was a…

Style   MLA

"Proof." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/proof. Accessed 5 May. 2025.

Copy Citation





ˈprüf 🔊

1  **a :** evidence of truth or correctness

    gave *proof* of her statement

  **b :** an act or process of showing or finding out that something is true especially by reasoning or by experiment

    a *proof* that the theorem is true

    put a theory to the *proof*

2  **a :** a copy (as of something set in type) taken for study and correction

  **b :** a test print made from a photographic negative

## proof   2 of 3   *adjective*

**:** designed or made to prevent or keep out something that could be harmful

  this lock is *proof* against tampering

→ often used in compounds

  water*proof*

## proof   3 of 3   *verb*

**:** to activate (yeast) by mixing with water



n 3 ⌄    Synonyms    Example Sentences    Word History    Phrases Containing    Rhymes

**1** : the effect of evidence sufficient to persuade a reasonable person that a particular fact exists

→ see also EVIDENCE

**2** : the establishment or persuasion by evidence that a particular fact exists

→ see also BURDEN OF PROOF

**3** : something (as evidence) that proves or tends to prove the existence of a particular fact

→ see also CLEAR AND CONVINCING, PREPONDERANCE OF THE EVIDENCE, REASONABLE DOUBT, STANDARD OF PROOF

→ compare ALLEGATION, ARGUMENT

**4** : PROBATE sense 1a

## Etymology

**Noun**

alteration of Middle English *preove*, from Old French *preuve*, from Late Latin *proba*, from Latin *probare* to prove



n 3 	Synonyms 	Example Sentences 	Word History 	Phrases Containing 	Rhymes

Britannica.com: Encyclopedia article about *proof*

Last Updated: 26 Apr 2025 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

See More

Words You Always Have to Look Up

How to Use Em Dashes (—), En Dashes (–) , and Hyphens (-)

Words in Disguise: Do these seem familiar?

Why is '-ed' sometimes pronounced at the end of a word?

Democracy or Republic: What's the difference?



n 3  Synonyms  Example Sentences  Word History  Phrases Containing  Rhymes

8 Words with Fascinating Histories

Great Big List of Beautiful and Useless Words, Vol. 1

Rare and Amusing Insults, Volume 3

'Za' and 9 Other Words to Help You Win at SCRABBLE

More Words with Remarkable Origins

See All



**Quordle**
Can you solve 4 words at once?
Play



**Blossom Word Game**
Pick the best words!
Play



**Missing Letter**
A daily crossword with a twist
Play



**Fastest Quiz Ever: Missing Link**
Five seconds to figure out the word that fits bot...
Take the quiz

Learn a new word every day. Delivered to your inbox!

Your email address  SUBSCRIBE



n 3  Synonyms   Example Sentences   Word History   Phrases Containing   Rhymes

© 2025 Merriam-Webster, Incorporated