# EXHIBIT C



prove

efinition  | Synonyms | Example Sentences | Word History | Phrases Containing | Rhymes | Entries Near | Sh

# prove *verb*

ˈprüv

**proved; proved** *or* **proven** ˈprü-vən *British also* ˈprō- **; proving**

ˈprü-viŋ

Synonyms of *prove* >

*transitive verb*

**1 a** : to establish the existence, truth, or validity of (as by evidence or logic)

  *prove* a theorem

  the charges were never *proved* in court

**b** : to demonstrate as having a particular quality or worth

  *proved* herself a great actress

  the vaccine has been *proven* effective after years of tests

**2** : to show (oneself) to be worthy or capable

  eager to *prove* myself in the new job

**3 a** : to test the truth, validity, or genuineness of

  the exception *proves* the rule

  *prove* a will at probate

**b** : to test the worth or quality of

  *specifically* : to compare against a standard — sometimes used with *up* or *out*

**c** : to check the correctness of (something, such as an arithmetic result)

**4** *archaic* : to learn or find out by experience

*intransitive verb*



Can you solve 4 words at once?

Play

**WORD OF THE DAY**

Case: 1:23-cv-03854 Document #: 53-3 Filed: 05/07/25 Page 3 of 9 PageID #:642




ˈprü-vər 🔊  noun

## *proved* or *proven*?: Usage Guide

The past participle *proven*, originally the past participle of *preve*, a Middle English variant of *prove* that survived in Scotland, has gradually worked its way into standard English over the past three and a half centuries. It seems to have first become established in legal use and to have come only slowly into literary use. Tennyson was one of its earliest frequent users, probably for metrical reasons. It was disapproved by 19th century grammarians, one of whom included it in a list of "words that are not words." Surveys made some 50 or 60 years ago indicated that *proved* was about four times as frequent as *proven.* But our evidence from the last 30 or 35 years shows this no longer to be the case. As a past participle *proven* is now about as frequent as *proved* in all contexts. As an attributive adjective

*proved* or *proven* gas reserves

*proven* is much more common than *proved.*

demonstrate    document    establish
substantiate   validate

See All Synonyms & Antonyms in Thesaurus

The charges against him were never **proved** in court.

The government failed to **prove** its case.

It could not be **proven** that the suspect stole the money.

Get Word of the Day daily email!

Your email add    SUBSCRIBE

Synonyms  Example Sentences  Word History  Phrases Containing  Rhymes  Entries Near




efinition  Synonyms  Example Sentences  Word History  Phrases Containing  Rhymes  Entries Near  Sh

See More

## Recent Examples on the Web

**Examples are automatically compiled from online sources to show current usage.**
Read More

At minimum, you will be required to show documents **proving** your full legal name, date of birth, Social Security number, two proofs of address and lawful status.
— Mary Walrath-Holdridge, *USA Today*, 30 Apr. 2025

Trump's proposal for peace in Gaza — floated and then largely dropped in recent weeks — was a U.S. government takeover of the strip, which has **proved** a security and diplomatic nightmare for Israel to manage, within and from afar, for decades.
— Michael Wilner, *Los Angeles Times*, 29 Apr. 2025

But translating that into law **proved** much harder, especially in a divided, contentious Congress.
— Andrew R. Chow, *Time*, 29 Apr. 2025

That's exactly what happened in 2022, a time when many consumers and economists were similarly sounding the recession alarm – only to be **proven** wrong.
— Matt Egan, *CNN Money*, 29 Apr. 2025

See All Example Sentences for *prove*

## Etymology

Middle English, from Anglo-French *prover, pruver*, from Latin *probare* to test, prove, from *probus* good, honest, from *pro-* for, in favor + *-bus* (akin to Old English *bēon* to be) — more at PRO-, BE

## First Known Use



Definition   Synonyms   Example Sentences   Word History   Phrases Containing   Rhymes   Entries Near   Sh

## Time Traveler

**The first known use of *prove* was in the 13th century**

See more words from the same century

go to show/prove         have (got) nothing left to prove

prove a point            prove oneself

prove one's manhood      prove one's mettle

prove out                prove (to be) useful

what are you trying to prove

groove                   move

approve                  disprove

improve                  remove

reprove                  disapprove

See All Rhymes for *prove*

provascular              **prove**              prove a point

See All Nearby Words





efinition | Synonyms | Example Sentences | Word History | Phrases Containing | Rhymes | Entries Near | Sh

**Style** MLA

"Prove." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/prove. Accessed 7 May. 2025.

Copy Citation



# prove *verb*

ˈprüv ◄))

**proved; proved** *or* **proven** ˈprü-vən ◄)) ; **proving**

**1** : to test by an experiment or a standard
 *prove* gold

**2 a** : to show the truth of by evidence
 *prove* the charges
 *proved* she could handle the job

 **b** : to check the correctness of (as an arithmetic solution)

**3** : to show the genuineness of
 *prove* a will

**4** : to turn out especially after trial or test
 the new automobile engine *proved* to be impractical



efinition    Synonyms   Example Sentences   Word History   Phrases Containing   Rhymes   Entries Near   Sh

## prove *transitive verb*

ˈprüv 

**proved; proved** *or* **proven**  ˈprü-vən  ; **proving**

**1** **:** to test the truth, validity, or genuineness of

*prove* a will at probate

**2  a :** to establish the existence, truth, or validity of

the charges were never *proved* in court

**b :** to provide sufficient proof of or that

*proved* the defendant guilty beyond a reasonable doubt

ˈprü-və-bəl  **adjective**

**noun**

ˈprü-və-blē  **adverb**

Nglish: Translation of *prove* for Spanish Speakers

Last Updated: 2 May 2025 - Updated example sentences

### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED




efinition | Synonyms | Example Sentences | Word History | Phrases Containing | Rhymes | Entries Near | Sh

'Affect' vs. 'Effect'

Words You Always Have to Look Up

How to Use Em Dashes (—), En Dashes (–) , and Hyphens (-)

Why is '-ed' sometimes pronounced at the end of a word?

Democracy or Republic: What's the difference?

See More

Flower Etymologies For Your Spring Garden

Great Big List of Beautiful and Useless Words, Vol. 1

Rare and Amusing Insults, Volume 3

'Za' and 9 Other Words to Help You Win at SCRABBLE

More Words with Remarkable Origins

See All



efinition | Synonyms | Example Sentences | Word History | Phrases Containing | Rhymes | Entries Near | Sh



### Quordle
Can you solve 4 words at once?
Play

### Blossom Word Game
Pick the best words!
Play

### Missing Letter
A daily crossword with a twist
Play

### Fastest Quiz Ever: Missing Link
Five seconds to figure out the word that fits bot...
Take the quiz

**Learn a new word every day. Delivered to your inbox!**

Your email address

SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Diversity | Privacy Policy | Terms of Use

© 2025 Merriam-Webster, Incorporated