# EXHIBIT D

Dictionary | Thesaurus

# test 1 of 5 noun (1)

ˈtest 🔊

Synonyms of *test* >

**1** **a** : a means of testing : such as

    **(1)** : something (such as a series of questions or exercises) for measuring the skill, knowledge, intelligence, capacities, or aptitudes of an individual or group

    **(2)** : a procedure, reaction, or reagent used to identify or characterize a substance or constituent

   **b** : a positive result in such a test

**2** **a** **(1)** : a critical examination, observation, or evaluation : **TRIAL**

     *specifically* : the procedure of submitting a statement to such conditions or operations as will lead to its proof or disproof or to its acceptance or rejection

     a *test* of a statistical hypothesis

   **(2)** : a basis for evaluation : **CRITERION**

  **b** : an ordeal or oath required as proof of conformity with a set of beliefs

  **c** *chiefly British* : **CUPEL**



Can you solve 4 words at once?

Play

Dictionary | Thesaurus

# test  2 of 5  verb

**tested; testing; tests**

*transitive verb*

1 : to put to test or proof : TRY → often used with *out*

2 : to require a doctrinal oath of

*intransitive verb*

1  a : to undergo a test

  b : to be assigned a standing or evaluation on the basis of tests

    *tested* positive for cocaine

    the cake *tested* done

2 : to apply a test as a means of analysis or diagnosis → used with *for*

    *test* for mechanical aptitude

ˌte-stə-ˈbi-lə-tē  noun

ˈte-stə-bəl  adjective



**WORD OF THE DAY**

## plethora

See Definitions and Examples »

Get Word of the Day daily email!



# test  3 of 5  adjective

1 : of, relating to, or constituting a test

| Dictionary | Thesaurus |
|---|---|

# test  4 of 5  noun (2)

**:** an external hard or firm covering (such as a shell) of many invertebrates (such as a foraminifer or a mollusk)

# Test  5 of 5  abbreviation

Testament

## Phrases

**test the waters** *or less commonly* **test the water**

**:** to make a preliminary test or survey (as of reaction or interest) before embarking on a course of action

### Noun (1)

essay

experiment

experimentation

trial

Dictionary | Thesaurus

## Noun (1)

will need to run some **tests** on the blood sample to rule out blood poisoning

applicants for the cashier's position must first take a simple math **test**

## Verb

See More ⌄

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Read More

**Verb**

His efforts to **test** and strengthen software code recovered hundreds of thousands of dollars stolen by hackers, tracked illicit funds to prevent money laundering from working effectively, and helped law enforcement reduce cybercrime.
— Matt Emma, *USA Today*, 26 Apr. 2025

| Dictionary | Thesaurus |

25 Apr. 2025

## Adjective

The average fifth-grade teacher in Montgomery County spends one out of five days in the school year dealing with **test** prep, testing and post-test data collection.
– Nicole Asbury, *Washington Post*, 6 July 2022

Our testers evaluated and recorded their pre-**test** teeth color using the VITA Guide, brushed with the toothpastes as directed for several weeks, and then reevaluated teeth color.
– Danielle Zoellner, *Verywell Health*, 31 Jan. 2023

## Noun

It is called the ABC **test** because companies must meet three specific requirements: CEO: C-suite news, analysis, and advice for top decision makers right to your inbox.
– Dr. Diane Hamilton, *Forbes.com*, 27 Apr. 2025

The average rating for these bread and butter pickle chips was almost an entire point higher than every other pickle in the **test**.
– Jenna Sims, *Southern Living*, 27 Apr. 2025

See All Example Sentences for *test*

Dictionary | Thesaurus

### Noun (1)

Middle English, vessel in which metals were assayed, potsherd, from Anglo-French *test, tees* pot, Latin *testum* earthen vessel; akin to Latin *testa* earthen pot, shell

### Noun (2)

Latin *testa* shell

## First Known Use

### Noun (1)

14th century, in the meaning defined at sense 2c

### Verb

1748, in the meaning defined at transitive sense 1

### Adjective

1687, in the meaning defined at sense 1

### Noun (2)

1842, in the meaning defined above

## Time Traveler

**The first known use of *test* was in the 14th century**

Dictionary | Thesaurus

acid test | alpha test

Ames test | aptitude test

Bechdel test | Bechdel-Wallace test

beta test | blood test

breath test | crash test dummy

Dick test | DNA test

See More ⌄

blessed | blest

breast | chest

crest | dressed

fest | gest

geste | guessed

jest | lest

Dictionary | Thesaurus

tessitura | **test** | **Test**

See All Nearby Words

Style  MLA

"Test." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/test. Accessed 5 May. 2025.

Copy Citation

Dictionary | Thesaurus

or value of something

    put the new car to the *test*

**2** : a procedure or method for identifying something

    a *test* for starch

    allergy *tests*

**3** : a set of questions or problems designed to find out a person's knowledge, skills, or intelligence

**4** : a result of or rating based on a test

    uses 80-pound *test* fishing line

## test  2 of 3  verb

**1** : to put to test or proof : **TRY**

    *test* out your strength

**2 a** : to take part in a test

    actors *testing* for roles in the play

  **b** : to achieve or be assigned a rating on the basis of tests

    the class *tested* high in math

**3** : to use tests as a way to analyze or identify

    *test* for copper

<　

| Dictionary | Thesaurus |

: a firm or rigid covering (as a shell) of many invertebrates

# test  1 of 3  noun

ˈtest 🔊

1  : a critical examination, observation, evaluation, or trial

  *specifically* : the procedure of submitting a statement to such conditions or operations as will lead to its proof or disproof or to its acceptance or rejection

  a *test* of a statistical hypothesis

2  : a means of testing: as

  **a** (1) : a procedure or reaction used to identify or characterize a substance or constituent

     a *test* for starch using iodine

     (2) : a reagent used in such a test

  **b** : a diagnostic procedure for determining the presence or nature of a condition or disease or for revealing a change in function

‹

| Dictionary | Thesaurus |
|---|---|

**3** : a result or value determined by testing

## test 2 of 3 transitive verb

: to subject to a test

*intransitive verb*

**1** : to undergo a test

**2** : to apply a test as a means of analysis or diagnosis → used with *for*

> *test* for the presence of starch

## test 3 of 3 adjective

**1** : of, relating to, or constituting a test

> the *test* environment affected the scores

**2** : subjected to, used for, or revealed by testing

> *test* substances

Nglish: Translation of *test* for Spanish Speakers

Dictionary

Thesaurus

# Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

See More

'Affect' vs. 'Effect'

Words You Always Have to Look Up

How to Use Em Dashes (—), En Dashes (–), and Hyphens (-)

Why is '-ed' sometimes pronounced at the end of a word?

Democracy or Republic: What's the difference?

See More

Dictionary | Thesaurus

Flower Etymologies For Your Spring Garden

Great Big List of Beautiful and Useless Words, Vol. 1

Rare and Amusing Insults, Volume 3

'Za' and 9 Other Words to Help You Win at SCRABBLE

More Words with Remarkable Origins

See All

**Quordle**
Can you solve 4 words at once?
Play

**Blossom Word Game**
Pick the best words!
Play

**Missing Letter**
A daily crossword with a twist
Play

**Fastest Quiz Ever: Missing Link**
Five seconds to figure out the word that fits bot...
Take the quiz

Learn a new word every day. Delivered to your inbox!

Your email address

SUBSCRIBE

Dictionary | Thesaurus

© 2025 Merriam-Webster, Incorporated