## THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MFB Fertility Inc., <br><br> Plaintiff, <br><br> v. <br><br> Action Care Mobile Veterinary Clinic, LLC, <br><br> Defendant. | Case No. 1:23-cv-03854 <br><br> Dist. Judge John J. Tharp Jr. <br><br> Mag. Judge Gabriel A. Fuentes |

## JOINT PROPOSED BRIEFING SCHEDULE

On May 7, 2025, Defendant/Counter-plaintiff Action Care Mobile Veterinary Clinic, LLC ("Action Care") filed a motion ("Motion") seeking leave to file a First Amended Answer, Affirmative Defenses, and Counterclaims. [ECF No. 53]. After consultation between the parties' respective counsel, Action Care and Plaintiff/Counter-defendant MFB Fertility Inc. ("MFB") have agreed on the following briefing schedule with respect to the Motion:

- MFB's response brief due by June 4, 2025
- Action Care's reply brief due by June 18, 2025

The parties jointly request that the Court set the above briefing schedule with respect to the Motion.

- 2 -

Dated: May 8, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ *Ilya G. Zlatkin* <br> Ilya G. Zlatkin <br> ZLATKIN CANN ENTERTAINMENT <br> 4245 North Knox Avenue <br> Chicago, IL 60641 <br> Tel.: (312) 809-8022 <br> Fax: (312) 809-6918 <br> ilya@zce.law <br><br> *Attorneys for Defendant/Counter-plaintiff, Action Care Mobile Veterinary Clinic, LLC* | /s/ *Nicholas D. Niro* (*with permission*) <br> Nicholas D. Niro <br> Dean D. Niro <br> Arthur A. Gasey <br> VITALE, VICKREY, NIRO, SOLON & GASEY LLP <br> 311 S. Wacker Dr., Suite 2200 <br> Chicago, IL 60606 <br> Tel.: (312) 236-0733 <br> Fax: (312) 236-3137 <br> nniro@vvnlaw.com <br> dniro@vvnlaw.com <br> gasey@vvnlaw.com <br><br> *Attorneys for Plaintiff/Counter-defendant, MFB Fertility Inc.* |