# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

MFB Fertility Inc.

                                              Plaintiff,

v.                                                                         Case No.: 1:23−cv−03854
                                                                        Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant/counterclaimant's motion to amend its counterclaims [53] is taken under advisement. The parties' joint motion to set a briefing schedule [54] is granted. The plaintiff/counter−defendant's response to the motion is due 6/4/2025; the defendant/counter−claimant's reply is due 6/18/2025. This case is hereby referred to magistrate judge Fuentes for discovery scheduling and any settlement conference the parties may request. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.