# EXHIBIT B

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

MFB Fertility Inc.
                        Plaintiff,

v.                                               Case No.: 1:23−cv−17000
                                                          Honorable Robert W. Gettleman

Wondfo USA Co., Ltd.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 30, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: On Stipulation [36] and pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is dismissed with prejudice, with each party to bear their own costs and attorneys' fees. Telephonic hearing set for 10/21/2025 is stricken. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.