# EXHIBIT C

# EXHIBIT C



HORMONE life Home    Products ⌄    News & Blogs    Support

# HORMONE life PdG Urine Test Strip

The HORMONE life PdG Urine Test Strip measures PdG (pregnanediol glucuronide), a major progesterone metabolite, confirming whether ovulation has occurred. The strips are ideal for those tracking fertility, providing easy and reliable, at-home confirmation of ovulation.

## Features and Benefits

- **Rapid Results**: Get results in just 5 minutes.
- **Easy to Use**: 10 second procedure with a simple urine dip test.
- **Integrative Technology**: Track results with the HORMONE life App.



 



### Explore
Home
Resources
Blog Posts
Support

### Address
Business Center: 890 Remington Blvd., Bollingbrook, IL 60440, USA

Research & Manufacturing Center: 6720 Cobra Way, San Diego, CA 92121, USA

### Contact
+1 (630) 468-2199

info@wondfousa.com

### Social Media

wondfousa.com

HORMONE life is a trusted brand under Wondfo USA Co. Ltd., headquartered in Bollingbrook, IL. Wondfo USA is a leading manufacturer of point-of-care tests, providing rapid diagnostic and chronic disease management solutions to support the health and well-being of people everywhere. HORMONE life offers a simple and accurate way to interpret pregnancy and fertility test results, with pregnancy and ovulation tests available at different levels of analytical sensitivity.

Copyright © Wondfo 2025    Privacy Policy    Terms & Conditions