# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

MFB Fertility Inc.

                Plaintiff,

v.                                              Case No.: 1:23−cv−03854
                                              Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: for discovery scheduling and any settlement conference the parties may request..(air, )Mailed notice.

Dated: June 13, 2025

                                                                    /s/ John J. Tharp Jr.

                                                                 United States District Judge