## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

MFB Fertility Inc.

                                                                Plaintiff,

v.                                                                              Case No.: 1:23−cv−03854

                                                                                       Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: This matter having been referred to the magistrate judge for discovery and settlement (doc. #[60]), and with the parties having reached out to the courtroom deputy to confirm their mutual interest in a settlement conference, a pre−settlement telephonic conference is set for 9:15 a.m. on 6/20/25 to discuss format and scheduling of the settlement conference, with the parties to contact the magistrate judge jointly at the number the courtroom deputy will provide them. The parties are directed to review the Court's Standing Order for Settlement Conferences and the Top Ten Ways to Defeat Settlement, all available on the Court's website. Discovery scheduling is deferred for now. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.