# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

MFB Fertility Inc.
                                              Plaintiff,

v.                                                                           Case No.: 1:23−cv−03854
                                                                             Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Pre−settlement telephonic conference held. The parties discussed the state of their preparedness for a settlement conference. The magistrate judge determined that further ex parte settlement conferences by phone with counsel separately would aid in that determination. No settlement conference was set, but both parties consented to ex parte settlement conferences with the mediator and respective counsel by phone. A further order will be entered after those conferences occur. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.