# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

MFB Fertility Inc.

                                          Plaintiff,

v.                                                                       Case No.: 1:23–cv–03854

                                                                                 Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Settlement negotiations concluded with no agreement by the parties to settle the matter. The dalliance with settlement cost the case schedule about three months, but now discovery will resume apace. A joint written status report with a contested or agreed discovery schedule is due at noon on 9/5/25. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.