# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

MFB Fertility Inc.

           Plaintiff,

v.                                                  Case No.: 1:23–cv–03854

                                                                Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The Court has reviewed the parties' status report (doc. # 68), and the Court construes the report as a joint motion to set only initial discovery dates pending the district court's ruling on Defendant's fully briefed motion to file an amended complaint. That motion is granted in part and denied in part. The Court grants the parties' motion to set Rule 26(a)(1) disclosures to be issued on or before 9/19/25 and initial written discovery to be issued by 10/3/25, but the Court denies the parties request to push the next discovery related hearing until later in November. Instead, the Court sets a status hearing for 10 a.m. status call on 10/8/25 in Courtroom 1342 of the Dirksen U.S. Courthouse. The parties should be prepared to set dates for further discovery, including the close of fact discovery, at that time. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.