IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MFB FERTILITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACTION CARE MOBILE VETERINARY CLINIC, LLC, <br><br> Defendant. | Case No. 1:23-cv-03854 <br><br> Judge John J. Tharp, Jr. <br> Magistrate-Judge Gabriel A. Fuentes |

**MOTION TO WITHDRAW AS COUNSEL**

The law firm of Vitale, Vickrey, Niro, Solon & Gasey LLP, and specifically, Arthur A. Gasey, Dean D. Niro and Nicholas D. Niro, now, pursuant to Local Rule 83.51.16(b)(1)(F), respectfully move this Court to withdraw from the representation of Plaintiff, MFB Fertility, Inc. ("MFB").

The above-mentioned counsel represents that there is good cause for the attorneys' request to withdraw. The above-mentioned counsel has communicated the good cause for the request with MFB and MFB does not oppose the request. The grant of the motion to withdraw will not prejudice MFB as discovery is in its initial phase, and MFB will be represented by attorney Gary I. Blackman, who filed an appearance on behalf of MFB on August 25, 2025. (Doc. No. 66).

For the reasons set forth above, attorneys Arthur A. Gasey, Dean D. Niro and Nicholas D. Niro respectively request the Court grant the motion for leave to withdraw as counsel for MFB.

Respectfully submitted,

/s/ *Arthur A. Gasey*

Dean D. Niro (ARDC # 6208064)
Arthur A. Gasey (ARDC # 6210605)
Nicholas D. Niro (ARDC # 6345897)
**VITALE, VICKREY, NIRO, SOLON & GASEY LLP**
311 S. Wacker Dr., Suite 2200
Chicago, IL 60606
Tel.: (312) 236-0733
Fax: (312) 236-3137
dniro@vvnlaw.com
gasey@vvnlaw.com
nniro@vvnlaw.com

*Attorneys for Plaintiff, MFB Fertility, Inc.*