## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

MFB Fertility Inc.

                                   Plaintiff,

v.                                                 Case No.: 1:23–cv–03854
                                                          Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's agreed motion for entry of a protective order (doc. #[75]) consistent with the Court's model order is granted. Plaintiff is directed to review the Court's advisory appendix to its Standing Order for Civil Cases Before Magistrate Judge Fuentes, available on the Court's website, before submitting its proposed order to the Court's proposed order email box. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.