## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

MFB Fertility Inc.
                        Plaintiff,

v.                                                             Case No.: 1:23–cv–03854
                                                                      Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 4, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Defendant's motion to withdraw and amend admissions for plaintiff's requests for admission (doc. #[77]) is denied without prejudice. The motion presents as a conscientious effort to front the fact that defendant's service of Rule 36 responses was untimely, to avoid having the requests deemed admitted, and to allow the defendant's untimely served answers to stand. The Court is denying the motion because nothing in the record indicates any motion to have the requests deemed admitted in the first place, so they are not deemed admitted at this time, and there is no current need to amend or withdraw them. The Court would consider the motion's arguments in the event a motino to deem the requests admitted is filed, as should plaintiff in deciding whether to file such a motion. In the meantime, discovery ought to proceed, and the 1218/25 joint status report date stands. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.