# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

MFB Fertility Inc.

                                                              Plaintiff,

v.                                                                       Case No.: 1:23−cv−03854
                                                                       Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the parties' joint status report (doc. #[79]), indicating that the parties are meeting and conferring to resolve their discovery disputes, the Court orders a noon 1/16/26 deadline for the filing of any such motions to compel after conferral, rather than the staggered schedule the report suggests. Alternatively, if conferral results in agreement, the parties may so indicate in a joint discovery and settlement status report that is due at noon on 1/20/26. The Court kindly advises the parties that the magistrate judge's new courtroom deputy is Jannette Nunez, 312−818−6514, jannette_nunez@ilnd.uscourts.gov. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.