IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MFB FERTILITY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:23-CV-03854 |
| v. ) | |
| ) | Honorable John T. Tharp, Jr. |
| ACTION CARE MOBILE VETERINARY ) | Magistrate Judge Fuentes |
| CLINIC, LLC ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' UNOPPOSED MOTION
TO EXTEND THE DISCOVERY MOTION DEADLINES**

Plaintiff/Counter-Defendant, MFB Fertility, Inc. ("MFB"), through its attorneys, Rock Fusco & Connelly, LLC, submits this unopposed motion for an extension of time to file discovery motions, and in support thereof, states the following:

1. The undersigned was recently engaged by Plaintiff's insurer to represent Plaintiff in the Counterclaim. Plaintiff's current attorney is remaining in the case.

2. Over the last 24 hours, the parties have exchanged settlement positions and the undersigned needs additional time to confer with the client and insurer about the demand and get familiar with the facts surrounding the Counterclaim and Defendant's demand.

3. Accordingly, Plaintiff is requesting a one-week extension of the Court's deadline to file any discovery motions (Dkt. 84), and to extend the deadlines to file responses and replies by one week.

4. The undersigned conferred with counsel for Defendant about this motion and there is no objection.

1

WHEREFORE, MFB Fertility, Inc. respectfully requests that the Court grant this motion and enter an order extending the deadline to file discovery motions by one week, or until February 13, 2026, and to extend all subsequent deadlines to file responses and replies, and for any further and additional relief the Court deems just and appropriate.

Dated: February 6, 2026

Respectfully submitted,

MFB FERTILITY, INC.

  /s/ Patrick R. Moran
Attorneys for Defendant

Patrick R. Moran, ARDC #6272747
Avai D. Beck, ARDC #6332442
Rock Fusco & Connelly, LLC
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
(312) 494-1000
pmoran@rfclaw.com
abeck@rfclaw.com