THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MFB Fertility Inc., <br><br> Plaintiff, <br><br> v. <br><br> Action Care Mobile Veterinary Clinic, LLC, <br><br> Defendant. | Case No. 1:23-cv-03854 <br><br> Dist. Judge John J. Tharp Jr. <br><br> Mag. Judge Gabriel A. Fuentes |

**DECLARATION OF ILYA G. ZLATKIN**

I, Ilya G. Zlatkin, of Lake County, Indiana, declare as follows:

1. I am an attorney and represent Defendant/Counter-plaintiff Action Care Mobile Veterinary Clinic, LLC ("Defendant" or "Action Care") in connection with the above-captioned lawsuit. I am admitted to practice before all Illinois state courts, all Indiana state courts, the U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Northern District of Indiana. I am in good standing with all of those courts and have never been subject to professional disciplinary proceedings of any kind.

2. This Declaration is submitted to supplement Action Care's Motion to Compel Discovery Responses ("Discovery Motion") filed against Plaintiff/Counter-defendant MFB Fertility Inc. ("Plaintiff" or "MFB") and to convey Action Care's compliance with Local Rule 37.2. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the assertions contained in this Declaration.

3. Via electronic communications, I received (i) MFB's responses and objections to Action Care's First Set of Requests for Admission on November 3, 2025; (ii) MFB's responses and objections to Action Care's First Set of Interrogatories on November 3, 2025; (iii) MFB's

1

responses and objections to Action Care's First Set of Requests for Production of Documents on November 5, 2025, with the actual document production being provided to me via file-sharing software on December 4, 2025. True and correct copies of MFB's responses and objections to Action Care's requests for admission, interrogatories, and requests for production of documents are attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C**, respectively.

4. On December 22, 2025, I emailed MFB's counsel Gary Blackman regarding the aspects of MFB's discovery responses that Action Care viewed as deficient. As part of the correspondence, I proposed to Mr. Blackman to narrow production of financials specifically to a particular product line offered by MFB that is most comparable to the products that Action Care had offered at the time that Action Care had been able to operate in the marketplace. Mr. Blackman responded to my email the same day rejecting my proposals, and we exchanged several emails regarding the matter until December 23, 2025.

5. Without having clarity as to MFB's position, I then proceeded to email Mr. Blackman again on January 2, 2026, asking whether MFB ultimately intended to produce requested information. Mr. Blackman responded in the negative on January 5, 2026, and we then proceeded to exchange several emails regarding the discovery dispute that same day. We ultimately determined that we should connect via telephone.

6. Mr. Blackman and I then discussed outstanding points of contention with respect to discovery matters via telephone on January 8, 2026. No resolution was reached during the call, and both sides determined that the financial information sought by Action Care would not be produced by MFB without Action Care seeking to compel such production.

7. I subsequently followed up with Mr. Blackman via email on January 20, 2026, mentioning additional arguments that Action Care intended to make regarding the matter.

8. Mr. Blackman responded via email on January 20, 2026, that Action Care's additional arguments would not sway MFB's position with respect to the discovery dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 13, 2026, at Chicago, Illinois.

/s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N Knox Ave
Chicago, IL 60641
(312) 809-8022
ilya@zce.law

*Counsel for Defendant/Counter-plaintiff Action Care Mobile Veterinary Clinic, LLC*