# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MFB Fertility Inc., a Colorado Corporation, | ) |
| Plaintiff, | ) Case No. 2023-cv-03854 |
| v. | ) Dist. Judge John J. Tharp Jr. |
| Action Care Mobile Veterinary Clinic, LLC, a Maryland limited liability company, | ) Mag. Judge Gabriel A. Fuentes |
| Defendant. | ) |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUESTS FOR ADMISSION**

Plaintiff, MFB Fertility Inc. ("Plaintiff"), by its undersigned attorney, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby responds to Action Care Mobile Veterinary Clinic, LLC's ("Defendant") First Requests for Admission as follows:

**RESPONSES TO REQUESTS FOR ADMISSION**

**1. Admit that Action Care is the owner of U.S. Trademark Registration No. 7,382,374 for the OVUPROOF Mark.**

RESPONSE: MFB has insufficient knowledge to admit or deny this request and therefore it is denied.

**2. Admit that Beckley submitted the Takedown Notice to Amazon on behalf of MFB.**

RESPONSE: Admits.

**3. Admit that representative(s) of MFB submitted at least one other takedown notification prior to submitting the Takedown Notice.**

RESPONSE: Admits.

**4. Admit that the word "PROOV" – as used within MFB's Mark – is a homophone of the English-language word "PROVE."**

RESPONSE: Objection. MFB objects to this Request as calling for a legal and linguistic

conclusion rather than a statement of fact within MFB's knowledge. A "homophone" depends on subjective pronunciation, which varies among consumers. Without waiving and subject to these objections, MFB denies the Request. The term "PROOV," as used in MFB's Mark, is a coined and distinctive term with its own unique spelling and commercial impression.

   5. **Admit that MFB has continued selling MFB's At-Home PdG Products during the pendency of this litigation.**

RESPONSE: Admits.

   6. **Admit that the PROOV word mark consists of a single syllable.**

RESPONSE: Objection. MFB objects to this Request as calling for speculation because it presupposes a single "correct" pronunciation of a coined mark that has no dictionary definition. The Request also calls for a linguistic conclusion outside MFB's personal knowledge. Without waiving and subject to these objections, MFB denies the Request. "PROOV" is a coined term with no fixed or universally recognized pronunciation.

   7. **Admit that the OVUPROOF Mark consists of three syllables.**

RESPONSE: Objection. MFB objects to this Request as calling for speculation and a linguistic conclusion. The pronunciation of "OVUPROOF" depends on individual perception and usage. This Request also seeks information outside MFB's personal knowledge, as MFB is not the owner or user of the "OVUPROOF" mark. Without waiving and subject to these objections, MFB states that it lacks sufficient information to admit or deny the Request.

   8. **Admit that, prior to this litigation and during the pendency of this litigation, some of the products sold by MFB consisted of in-home ovulation test strips measuring PdG that did not require the purchase of any device in addition to the ovulation test strips.**

RESPONSE: MFB admits that at various points in time its products have included various configurations and testing formats. Some products are designed for use with the PROOV app and related devices, while others are designed for independent use.

9. **Admit that, prior to this litigation, the products sold by Action Care consisted of in-home ovulation test strips measuring PdG that did not require the purchase of any device in addition to the ovulation test strips.**

RESPONSE: MFB lacks sufficient information to admit or deny this Request and therefore denies it.

10. **Admit that MFB's At-Home PdG Products are the most popular (in terms of number of units sold) of MFB's Products.**

RESPONSE: Objection. MFB objects to this Request as vague, ambiguous, and overly broad, including as to the meaning of "At-Home PdG Products," "popular," and "MFB's Products." The term "most popular" is subjective and calls for a marketing or consumer-perception conclusion rather than a simple factual admission.

11. **Admit that Beckley co-wrote the article "Complete Cycle Mapping Using a Quantitative At-Home Hormone Monitoring System in Prediction of Fertile Days, Confirmation of Ovulation, and Screening for Ovulation Issues Preventing Conception," which was published in 2022 in Medicina.**

RESPONSE: Admits.

12. **Admit that Beckley's email is listed as the primary point of correspondence for the article "Complete Cycle Mapping Using a Quantitative At-Home Hormone Monitoring System in Prediction of Fertile Days, Confirmation of Ovulation, and Screening for Ovulation Issues Preventing Conception," which was published in 2022 in *Medicina*.**

RESPONSE: Admits.

13. **Admit that MFB has not ever paid any money to Action Care.**

RESPONSE: Denied. MFB bought one of Action Care's products.

14. **Admit that in a video interview published on or around July 24, 2025 at the URL https://www.entrepreneur.com/living/dr-drew-and-kim-perell-advise-a-founder-on-how-to-fixher/494439, Beckley states that MFB does "60 percent of our revenue on Amazon."**

RESPONSE: MFB admits that whatever statements made by Dr. Beckley in the referenced video were made by Dr. Beckley.

Dated: November 3, 2025  **MFB FERTILITY INC., A COLORADO CORPORATION**

By: */s/ Gary I. Blackman*
      One of Its Attorneys

Gary I. Blackman (ARDC # 6187914)
LEVENFELD PEARLSTEIN, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
(312) 346-8380
(312) 346-8434 (Fax)
gblackman@lplegal.com

*Attorney for Plaintiff*

4

## CERTIFICATE OF SERVICE

I, Gary I. Blackman, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Plaintiff's Responses to Defendant's First Requests for Admission** to be served upon the parties below via email on November 3, 2025.

**Ilya Zlatkin**
Zlatkin Cann Entertainment
4245 N Knox Ave
Chicago, IL 60641
312-809-8022
Fax: 312-809-6918
Email: ilya@zce.law

*Attorney for Defendant*

                                                        /s/ Gary I. Blackman