THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MFB Fertility Inc., <br><br> Plaintiff, <br><br> v. <br><br> Action Care Mobile Veterinary Clinic, LLC, <br><br> Defendant. | Case No. 1:23-cv-03854 <br><br> Dist. Judge John J. Tharp Jr. <br><br> Mag. Judge Gabriel A. Fuentes |

### DECLARATION OF ILYA G. ZLATKIN

I, Ilya G. Zlatkin, of Lake County, Indiana, declare as follows:

1. I am an attorney and represent Defendant/Counter-plaintiff Action Care Mobile Veterinary Clinic, LLC ("Defendant" or "Action Care") in connection with the above-captioned lawsuit. I am admitted to practice before all Illinois state courts, all Indiana state courts, the U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Northern District of Indiana. I am in good standing with all of those courts and have never been subject to professional disciplinary proceedings of any kind.

2. This Declaration is submitted to supplement Action Care's Motion to Compel Complete Affiliate Disclosures ("Affiliates Disclosure Motion") filed against Plaintiff/Counter-defendant MFB Fertility Inc. ("Plaintiff" or "MFB") and to convey Action Care's compliance with Local Rule 37.2. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the assertions contained in this Declaration.

3. I first informed MFB via email to MFB's counsel at the time, Dean Niro, of the likely deficiencies with MFB's Notification of Affiliates on September 2, 2025. During such

1

communication, I further informed MFB's counsel that the information contained in the Notification of Affiliates would impact the discovery sought by Action Care.

4. Mr. Niro did not respond regarding the matter before withdrawing from the case.

5. After MFB's attorney Gary Blackman again filed an appearance in the case, I informed Mr. Blackman regarding the same deficiency with respect to the notification of affiliates via email on September 5, 2025.

6. Not having received any response regarding the matter, I again requested an answer on the issue via email on September 25, 2025. Though Mr. Blackman responded to the email, I did not receive any response regarding specifically the notification of affiliates issue.

7. Still not having received any response regarding the matter, I again requested an answer on the issue via email on December 22, 2025. Though Mr. Blackman responded to the email, I did not receive any response regarding specifically the notification of affiliates issue.

8. In addition to the email correspondences referenced above, I brought up the matter during a meet-and-confer phone call with Mr. Blackman on January 8, 2026. At the time, Mr. Blackman told me that no motion to compel would have to be filed for MFB to disclose the requested information with respect to MFB's affiliates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 13, 2026, at Chicago, Illinois.

/s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N Knox Ave
Chicago, IL 60641
(312) 809-8022
ilya@zce.law

*Counsel for Defendant/Counter-plaintiff Action Care Mobile Veterinary Clinic, LLC*