# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

MFB Fertility Inc.

                                      Plaintiff,

v.                                                                        Case No.: 1:23–cv–03854
                                                                       Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 17, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: Defendant/Counter−plaintiff Action Care's Motion to Compel Complete Affiliate Disclosures [91] is referred to Magistrate Judge Fuentes. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.