# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MFB Fertility Inc., a Colorado Corporation, | |
| Plaintiff, | Case No. 2023-cv-03854 |
| v. | Dist. Judge John J. Tharp Jr. |
| Action Care Mobile Veterinary Clinic, LLC, a Maryland limited liability company, | Mag. Judge Gabriel A. Fuentes |
| Defendant. | |

## PLAINTIFF'S LOCAL RULE 3.2 STATEMENT OF AFFILIATES

Plaintiff, MFB Fertility Inc. ("Plaintiff"), by and through its attorneys Gary I Blackman with Levenfeld Pearlstein, LLC, pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, states as follows:

1. Plaintiff is a Colorado corporation with a principal place of business in Boulder, Colorado.

2. Plaintiff discloses the following Affiliates, as defined therein:

   a. Dr. Amy Beckley, an individual domiciled in Boulder, Colorado.

   b. Hambrecht Ducera Healthcare Growth Venture Fund II, LP.

   c. Jeffrey Schell and Ellen Hildebrand Schell Revocable Living Trust.

Dated: February 17, 2026

MFB FERTILITY INC., A COLORADO CORPORATION

By: */s/ Gary I. Blackman*
      One of Its Attorneys

LP 25576449.1 \ 44919.137461

Gary I. Blackman (ARDC # 6187914)
LEVENFELD PEARLSTEIN, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
(312) 346-8380
(312) 346-8434 (Fax)
gblackman@lplegal.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Gary I. Blackman, an attorney, hereby certify that on February 17, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

                                                                     */s/ Gary I. Blackman*