IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MFB Fertility Inc., a Colorado Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2023-cv-03854 |
| | ) | |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| Action Care Mobile Veterinary Clinic, LLC, a Maryland limited liability company, | ) | Mag. Judge Gabriel A. Fuentes |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF GARY I. BLACKMAN

I, Gary I. Blackman, of Chicago, Illinois, declare as follows:

1. I am an attorney and represent Plaintiff/Counter-Defendant MFB Fertility Inc. ("Plaintiff" or "MFB") in connection with the above-captioned lawsuit. I am admitted to practice before all Illinois state courts, the U.S. District Court for the Northern District of Illinois, and the Seventh Circuit. I am in good standing with all of those courts and have never been subject to professional disciplinary proceedings of any kind.

2. This Declaration is submitted to supplement MFB's Motion to Compel Discovery Responses ("Discovery Motion") filed against Defendant/Counter-Plaintiff Action Care Mobile Veterinary Clinic, LLC ("Defendant" or "Action Care") and to convey MFB's compliance with Local Rule 37.2. Except as otherwise expressly stated, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the assertions contained in this Declaration.

3. October 13, 2025 – 4:51 p.m. Ilya Zlatkin, counsel for Action Care sent Action Care's responses to MFB's First Set of Interrogatories and Requests for Production. After review,

MFB concluded that multiple responses were incomplete or objectionable, leading to subsequent meet-and-confer efforts. Copies of Action Care's responses to Interrogatories and Requests for Production are attached as Group Ex. 1 to Plaintiff's Discovery Motion.

4. November 24, 2025 – 3:47 p.m. the undersigned, Gary Blackman, emailed Ilya Zlatkin identifying several discovery deficiencies with respect to Interrogatories No. 20, 22, and 34, and RFP Nos. 8, 24, 26, 30, 34, 35, and 36. The principal disputes included MFB's requests for Action Care's revenues, expenses, and profits/losses from 2022 to present. Action Care objected, asserting that financial records related to anything other than the product line in question (OVUPROOF) were irrelevant to its damages claims. MFB responded, *inter alia*, that: a) Action Care itself is claiming business losses caused by MFB and that full financial information is necessary to evaluate causation, damages, and alternative explanations for any decline, especially given that the alleged wrongful act occurred in June 2023 and was not ongoing; b) Action Care stopped selling the product almost 3 years ago and has possession of the information requested; and c) a damages interrogatory is not premature simply because a party prefers not to quantify damages yet.

5. December 11, 2025 – 10:59 a.m. Ilya Zlatkin responded by email, maintaining all of Action Care's objections. Counsel continued to dispute that such materials were relevant to damages at this juncture.

6. January 8, 2026 – earlier that day (telephone conference) Gary Blackman and Ilya Zlatkin held a telephone conference addressing the ongoing discovery disputes and timing of a motion to compel. The parties also discussed potential settlement discussions and scheduling issues affecting motion practice.

7. January 8, 2026 – 2:22 p.m. Gary Blackman emailed Ilya Zlatkin confirming their call and advising that MFB wished to continue settlement discussions and intended to request an extension of the motion-to-compel deadline while negotiations proceeded.

8. Despite multiple written exchanges and a telephone meet-and-confer addressing deficiencies, the parties were unable to resolve the disputes, requiring MFB to seek court intervention.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

**Executed on February 17, 2026, at Chicago, Illinois.**

                                                  */s/ Gary I. Blackman*
                                                  Gary I. Blackman
                                                  Attorney for MFB Fertility Inc.

4

**CERTIFICATE OF SERVICE**

      I, Gary I. Blackman, an attorney, hereby certify that on February 17, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

                                                       */s/ Gary I. Blackman*