UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

MFB Fertility Inc.
                                                    Plaintiff,
v.                                                  Case No.: 1:23‑cv‑03854
                                                    Honorable John J. Tharp Jr.
Action Care Mobile Veterinary Clinic, LLC
                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 17, 2026:

    MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's initial motion to compel (doc. #[88]) is denied as moot in view of plaintiff's filing of a corrected motion (doc. #[89]) shortly thereafter. On the corrected motion (doc. #[89]), and on defendant's motions to compel discovery responses (doc. #[90]) and to compel affiliate disclosure (doc. #[91]) (which is now before the magistrate judge on referral (doc. #[92]), a motion hearing is set for 9 a.m. on 2/19/26 in Courtroom 1342 of the Dirksen U.S. Courthouse for oral argument. Also, at that hearing, the parties should be prepared to propose an agreed or contested fact cutoff and expert discovery schedule (if any), so that discovery in this matter concludes promptly. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.