# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

MFB Fertility Inc.

                        Plaintiff,

v.                                     Case No.: 1:23−cv−03854
                                                    Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on plaintiff's motion to compel (doc. #[89]) and defendant/counter−claimant's motion to compel (doc. #[90]). For the reasons stated on the record, and within the magistrate judge's broad discretion to manage discovery and promote the just, speedy, and inexpensive determination of the case, see Jones v. City of Elkhart, 737 F.3d 1107, 1115 (7th Cir. 2013), Fed. R. Civ. P. 1: (1) Plaintiff's motion (doc. #[89]) is granted in part (as to all of the motion's cited discovery requests except for Document Request 34) and denied in part (as to Document Request No. 34), and (2) Defendant/counterclaimant's motion (doc. #[90]) is granted in part (as to Interrogatory Nos. 13 and 14, and Document Request No. 20 (as stated in open court)), and denied in part (without prejudice as to Interrogatory No. 15, and as to the scope of Request No. 20 beyond the scope discussed in open court). Supplemental production and supplementation by all parties due by 3 p.m. on 3/6/26. The Court sua sponte sets the fact discovery closure at 4/24/26, with the next status report on anticipated fact discovery closure, any proposed expert discovery schedule, and settlement status due at noon on 4/23/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.