**THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MFB Fertility Inc., | |
| Plaintiff, | Case No. 1:23-cv-03854 |
| v. | |
| Action Care Mobile Veterinary Clinic, LLC, | Dist. Judge John J. Tharp Jr. |
| Defendant. | Mag. Judge Gabriel A. Fuentes |

**JOINT MOTION TO EXTEND DEADLINE FOR FACT DISCOVERY**

Plaintiff/Counter-Defendant MFB Fertility Inc. ("MFB" or "Plaintiff") and Defendant/Counter-Plaintiff Action Care Mobile Veterinary Clinic, LLC ("Action Care" or "Defendant"), by their respective counsel, respectfully submit this joint motion to extend the deadline for the parties to complete fact discovery.

1. On February 19, 2026, the Court sua sponte set the fact discovery closure deadline as of April 24, 2026. [Dkt. 97].

**2. The parties jointly request an extension of the fact discovery deadline (and the associated joint status report) by sixty (60) days.**

3. Since the Court's setting of the deadline, the parties have both provided supplemental discovery responses that were ordered as a result of the parties' respective motions to compel.

4. The parties' counsel have been in constant communication with each other regarding next steps relating to discovery.

5. Both parties still intend to conduct depositions and wish to be accommodating to each other's respective availabilities to a practical extent. As a result of such mutual scheduling

1

deference, the parties have not yet conducted depositions but intend to do so promptly within the period of the requested extension.

6. In addition, the parties still anticipate requesting the Court's help in resolving certain lingering written discovery disputes that arose after the Court's hearing of the parties' respective motions to compel.

7. Though the parties had previously requested an extension to the deadline to file motions to compel, this is the first request for an extension of the fact discovery deadline by either party.

8. No party will be prejudiced by the requested extension.

9. The requested extension is made in the interests of justice and not for the purposes of delay.

Dated: April 23, 2026

Respectfully submitted,

MFB FERTILITY INC.

By: /s/ *Gary I Blackman (with permission)*
Gary I. Blackman
Levenfeld Pearlstein, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Tel: (312) 346-8380
gblackman@lplegal.com

By: /s/ *Patrick R. Moran (with permission)*
Patrick R. Moran
Rock Fusco & Connelly, LLC
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
Tel: (312) 494-1000
pmoran@rfclaw.com

*Attorneys for Plaintiff/Counter-Defendant MFB Fertility Inc.*

Respectfully submitted,

ACTION CARE MOBILE VETERINARY CLINIC, LLC

By: /s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zce.law

*Attorney for Defendant/Counter-Plaintiff Action Care Mobile Veterinary Clinic, LLC*