**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

MFB Fertility Inc.

　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:23–cv–03854
　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

　　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 24, 2026:

　　　　MINUTE entry before the Honorable Gabriel A. Fuentes: Defendant's agreed motion to extend the fact deadline to 6/24/26 (doc. #[98]) is granted for good cause shown, and that is declared firm. The next joint status report on discovery progress and settlement status is due at noon on 6/18/26 and should set forth any expert schedule, if contemplated. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.