**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

MFB Fertility Inc.

 Plaintiff,

v.                                                                                                  Case No.: 1:23–cv–03854
                                                                                                     Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

 Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, June 16, 2026:


 MINUTE entry before the Honorable Gabriel A. Fuentes: Defendant's motion for leave to use an AI platform to record deposition testimony in lieu of a court reporter (doc. #[100]) is denied without prejudice for the reasons stated in the accompanying order. As for the confirmation of deposition dates for witnesses, the parties are ordered to confer to attempt to reach agreement, and if they do not agree, to file a Local Rule 37.2–complaint motion no later than 6/26/26. Mailed notice. (jn,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.