# Exhibit C

| | |
|---|---|
| **From:** | Sofia Lavelli |
| **Sent:** | 6/11/2026 4:35:27 PM |
| **To:** | Ilya Zlatkin; gblackman@lplegal.com |
| **Cc:** | Avai Beck; Matthew Patterson; Linda White; Patrick R. Moran |
| **Subject:** | RE: RE: MFB Fertility Inc. v. Action Care Mobile Veterinary Clinic, LLC; 1:23-cv-03854 |

Good afternoon Counsel,

Please see Zoom link and information for the deposition on June 15, 2026 at 10:00 a.m.

https://www.remotecounsel.com/meetings ███████████████

**MEETING ID:**

████████████

**TELEPHONE DIAL IN:**

███████████

Thank you,

Sofia Garcia Lavelli

General Litigation Paralegal

**Rock Fusco & Connelly, LLC**

333 W. Wacker Drive, 19th Floor

Chicago, Illinois 60606

312.494.1000 ext. 477 (p) I 312.494.1001 (f)

slavelli@rfclaw.com I http://www.rfclaw.com

---

**From:** Sofia Lavelli
**Sent:** Tuesday, June 2, 2026 3:36 PM
**To:** Ilya Zlatkin <ilya@zce.law>; gblackman@lplegal.com
**Cc:** Avai Beck <abeck@rfclaw.com>; Matthew Patterson <mpatterson@rfclaw.com>; Linda White <LWhite@rfclaw.com>; Patrick R. Moran <pmoran@rfclaw.com>
**Subject:** Re: RE: MFB Fertility Inc. v. Action Care Mobile Veterinary Clinic, LLC; 1:23-cv-03854

Good afternoon Counsel,

Please see attached Amended Notice of Deposition for June 15, 2026 at 10:00 a.m. CST. I will provide the zoom information upon confirmation.

Kindest regards,


Sofia Garcia Lavelli

General Litigation Paralegal

**Rock Fusco & Connelly, LLC**

333 W. Wacker Drive, 19th Floor

Chicago, Illinois 60606

312.494.1000 ext. 477 (p) I 312.494.1001 (f)

slavelli@rfclaw.com I http://www.rfclaw.com

---

**From:** Sofia Lavelli
**Sent:** Wednesday, May 27, 2026 12:21 PM
**To:** Ilya Zlatkin; gblackman@lplegal.com
**Cc:** Patrick R. Moran; Avai Beck
**Subject:** Re: RE: MFB Fertility Inc. v. Action Care Mobile Veterinary Clinic, LLC; 1:23-cv-03854


Good afternoon Counsels,


Please see attached Notice of Video Deposition for Diane Krasznay for June 3, 2026 starting at 10:00 a.m. CDT. I will provide the zoom information upon receipt.


Kindest regards,


Sofia Garcia Lavelli

General Litigation Paralegal

**Rock Fusco & Connelly, LLC**

333 W. Wacker Drive, 19 <sup>th</sup> Floor

Chicago, Illinois 60606

312.494.1000 ext. 477 (p) I 312.494.1001 (f)

slavelli @rfclaw.com I http://www.rfclaw.com

---

**From:** Sofia Lavelli
**Sent:** Tuesday, May 19, 2026 4:23 PM
**To:** Ilya Zlatkin <ilya@zce.law >; gblackman@lplegal.com
**Cc:** Patrick R. Moran <pmoran@rfclaw.com >; Avai Beck <abeck@rfclaw.com >
**Subject:** MFB Fertility Inc. v. Action Care Mobile Veterinary Clinic, LLC; 1:23-cv-03854

Good afternoon Counsel,

Please see attached MFB's Answers to Action Care's Second set of Interrogatories and Requests for Production.

Kind regards,

Sofia Garcia Lavelli

General Litigation Paralegal

**Rock Fusco & Connelly, LLC**

333 W. Wacker Drive, 19 <sup>th</sup> Floor

Chicago, Illinois 60606

312.494.1000 ext. 477 (p) I 312.494.1001 (f)

slavelli @rfclaw.com I http://www.rfclaw.com

**From:**       Ilya Zlatkin
**Sent:**       6/2/2026 3:18:51 PM
**To:**         Patrick R. Moran
**Cc:**         Gary I. Blackman
**Subject:**    Re: Action Care's Redaction Log -- 23cv3854

Hi Patrick,

Yes, the 15th will work.

Best,
Ilya

On Tue, Jun 2, 2026 at 3:14 PM Patrick R. Moran <pmoran@rfclaw.com> wrote:
  Ilya,
  We can do the 15th.  Please let me know this works.


        On Jun 1, 2026, at 20:48, Patrick R. Moran <pmoran@rfclaw.com> wrote:


         Ilya,
        I need to move the deposition of your client due to unexpected conflicts.   Can
        you let me know her availability over the next two weeks.  Thanks.