### THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MFB Fertility Inc., <br><br> Plaintiff, <br><br> v. <br> Action Care Mobile Veterinary Clinic, LLC, <br><br> Defendant. | Case No. 1:23-cv-03854 <br><br> Dist. Judge John J. Tharp Jr. <br><br> Mag. Judge Gabriel A. Fuentes |

### ACTION CARE'S MOTION TO EXTEND DEADLINE FOR FACT DISCOVERY

Defendant/Counter-Plaintiff Action Care Mobile Veterinary Clinic, LLC ("Action Care" or "Defendant"), by its counsel, respectfully submits this motion to extend the deadline for the parties to complete fact discovery.

1.      On February 19, 2026, the Court sua sponte set the fact discovery closure deadline as of April 24, 2026. [Dkt. 97].

2.      After the parties filed a joint motion to extend fact discovery by sixty (60) days, [Dkt. 98], the Court extended the fact discovery deadline until June 24, 2026, declaring this deadline "firm." [Dkt. 99].

3.      Since the Court's initial setting of the fact discovery deadline, the parties have both provided supplemental discovery responses that were ordered as a result of the parties' respective motions to compel from February 2026. [Dkt. 97]. As part of such compliance with the Court's order, Plaintiff/Counter-defendant MFB Fertility Inc. ("MFB") produced two spreadsheets, each providing various financial information for the periods covered by Action Care's interrogatories 13 and 14. Based on the Court's denial without prejudice of Action Care's motion to compel with respect to interrogatory 15, on February 23, 2026, Action Care issued a second written discovery request, remedying the deficiencies of interrogatory 15 identified by the Court. MFB did not

1

provide responses to Action Care's second written discovery request until May 19, 2026. Within MFB's responses, despite objecting, MFB nevertheless agreed "to produce a spreadsheet similar to what it produced following the Court's ruling on the motion to compel." As of the date of the instant motion, however, MFB has not produced the referenced spreadsheet(s), despite multiple follow-ups from Action Care's counsel regarding the matter.

4. The last time the referenced documentation was discussed between the parties was on June 11, 2026, during a call between Action Care's counsel Ilya Zlatkin ("Zlatkin") and MFB's counsel Patrick Moran ("Moran"). During the call, Moran indicated to Zlatkin that Moran would speak with MFB regarding provision of the spreadsheet(s). Such documentation has not yet been produced, and Action Care has forgone filing a motion to compel the production of the spreadsheet(s) with the understanding that the spreadsheet(s) would be produced. Action Care reserves the right to file a motion to compel regarding the same.

5. After rescheduling the deposition of Action Care's principal Diane Krasznay ("Krasznay Deposition") on less than 38 hours' notice, MFB conducted the Krasznay Deposition on June 15, 2026.

6. Action Care still intends to conduct the deposition of MFB's principal, Dr. Amy Beckley ("Beckley Deposition"). The parties had agreed to schedule the Beckley Deposition for June 22, 2026, but MFB proceeded to object, via email, to Action Care's preferred method of conducting the Beckley Deposition. This necessitated Action Care's filing of a motion regarding the issue on June 13, 2026 [Dkt. 100], which the Court denied without prejudice on June 16, 2026. [Dkt. 102]. On June 18, 2026, Action Care then proceeded to file a second motion to compel the Beckley Deposition ("Second Motion") [Dkt. 103]. Action Care's Second Motion is currently pending, and the Court had previously indicated that it would provide MFB with an opportunity

to respond to the Second Motion. [*See* Dkt. 102 at 4]. It seems unlikely that the Second Motion will be fully adjudicated before June 22, 2026 (i.e., the currently scheduled date of the Beckley Deposition).

7.      On June 18, 2026, Zlatkin reached out via phone to both Moran and MFB's other counsel of record, Gary Blackman ("Blackman"), regarding the various scheduling issues, including the fact that there is a status report due as of the date hereof. This was not the first time that Zlatkin brought up the status report deadline to MFB's counsel. In response to Zlatkin's voicemail, Blackman emailed Zlatkin, noting that Moran may be unreachable, as he is out of town. Blackman stated that he is "not agreeing to reschedule [Beckley] so I expect her to be presented Monday. But I will defer to [Moran]. In the interim [Zlatkin] should prepare to take her."

8.      Action Care seeks an extension to the fact discovery deadline that would provide sufficient time for the Court to adjudicate the Second Motion and for the parties to coordinate potential rescheduling of the Beckley Deposition, and to conduct the Beckley Deposition. Such extension would also presumably account for MFB's production of the information it has promised to produce, and to enable Action Care to review the same prior to the Beckley Deposition.

9.      Action Care understands that the June 24, 2026, fact discovery deadline had been "declared firm" by the Court, but Action Care believes that good cause exists to extend the deadline further. Action Care does not request a specific number of days for the extension, as the sole purpose of the extension would be to enable Action Care to conduct the Beckley Deposition in a compliant manner, and with the benefit of all of the documentation that MFB promised to produce. Action Care requests, however, that the deadline be extended until after July 4, 2026, due to various travel commitments.

10.     Action Care does not believe that MFB will be prejudiced by the requested extension, especially given that MFB had deemed it appropriate to postpone the Krasznay Deposition on less than 38 hours' notice. On the other hand, Action Care will be prejudiced if it is prevented from conducting the Beckley Deposition in a cost-efficient, ethically compliant manner, and without the benefit of being able to review the documents MFB had agreed to produce but has not produced to date.

11.     Due to these various outstanding issues relating to fact discovery, the parties have not yet substantively discussed an expert discovery schedule.

12.     The requested extension is made in the interests of justice and not for the purposes of delay.

Dated: June 18, 2026

Respectfully submitted,

ACTION CARE MOBILE VETERINARY
CLINIC, LLC

By: /s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zce.law

*Attorney for Defendant/Counter-Plaintiff*
*Action Care Mobile Veterinary Clinic, LLC*

4