**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

MFB Fertility Inc.

                                        Plaintiff,

v.                                                      Case No.: 1:23–cv–03854
                                                        Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 22, 2026:

        MINUTE entry before the Honorable Gabriel A. Fuentes: After the close of business on 6/18/26, the day before the 6/19/26 federal holiday, the Court communicated the following to the parties by email: "Plaintiff's discovery extension motion (doc. #[104]) arrived this afternoon, on 6/18/26, shortly before a pre–holiday court closing, so to the extent anyone is contemplating presenting any deponent on Monday 6/22/26 and then triggering a dispute over that, with the second court reporting motion still pending, please just be advised there will be no action on this extension motion before 6/22/26, as tomorrow 6/19/26 is the Juneteenth court holiday. Parties generally are expected to work out all the issues they can, including issues about depositions whose conduct will depend on an unresolved pending motion. Counsel also are expected to confer reasonably and not only by sending emails or not returning emails or calls. The telephone was invented in 1876 and remains available, if only to say, 'come here, I want to see you.'" Accordingly, plaintiff's discovery extension motion (doc. #[104]) is granted in part out of necessity, given the pendency of the second court reporting motion (doc. #[103]), and the Beckley deposition, by Court order, shall not proceed on 6/22/26, nor shall any other deposition affected by that motion's resolution. A further order on discovery scheduling will be upon entered upon resolution of the second court reporter motion or on receipt of a status report from the parties on agreement, but in the meantime, all discovery than can be conducted without resolution of that motion should continue apace. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.