# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

MFB Fertility Inc.

Plaintiff,

v.

Case No.: 1:23−cv−03854

Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2026:

     MINUTE entry before the Honorable Gabriel A. Fuentes: On plaintiff's second motion (doc. #[103]) for leave to use an artificial intelligence platform in lieu of a court reporter to conduct depositions in this case, defendant's response is due at noon on 6/29/26, and plaintiff's reply is due at noon on 7/8/26. Further, the Court hereby solicits amicus briefing from interested persons and organizations, including professional court reporters or court−reporting firms, and providers of services related to the creation of a deposition record without the use of a court reporter. The Court calls the attention of such amici to the motion and its related court−ordered briefing yet to be filed, and to the Court's initial order (doc. #[102]) on this issue. Amicus briefs are due for filing with the Court at noon on 8/10/26, following appearances by counsel no later than 7/15/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.