**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

MFB Fertility Inc.

                            Plaintiff,

v.                                   Case No.: 1:23–cv–03854
                                   Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: This order corrects the Court's orders of earlier today (doc. #[105], [106]). The discovery extension motion (doc. #[104] ) and the second court reporting motion (doc. #[103]) were filed by defendant, not plaintiff, meaning that plaintiff's response to the second court reporting motion is due on 6/29/26, and defendant's reply is due at noon on 7/8/26. The remainder of the orders stand. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.