## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **MFB FERTILITY INC., a Colorado Corporation,** | |
| Plaintiff/Counter-Defendant, | Case No. 1:23-cv-03854 |
| v. | Honorable John J. Tharp, Jr. |
| **ACTION CARE MOBILE VETERINARY CLINIC, LLC, a Maryland limited liability company,** | Magistrate Judge Gabriel A. Fuentes |
| Defendant/Counter-Plaintiff. | |

### SUPPLEMENTAL DECLARATION OF THOMAS J. IRBY OF SKRIBE, INC.

I, Thomas J. Irby, declare as follows:

1. I am the Chief Executive Officer of Skribe, Inc. ("Skribe"). I submit this supplemental declaration to my prior declaration to address questions raised in Plaintiff's response concerning Skribe's optional AI analytical features and Skribe's handling of data. I have personal knowledge of the facts stated here and, if called as a witness, could and would testify competently to them.

2. Skribe offers certain optional AI tools, including search and analytical features. Those features are separate and apart from the creation and certification of the official deposition record.

3. The official deposition transcript is prepared through a process that includes human review and is certified by the notary digital reporter as a true and accurate record of the testimony, along with the non-stenographic audiovisual recording.

179490149.1

4. Skribe's optional analytical features do not create, certify, or alter the official deposition record.

5. Skribe maintains administrative, technical, and physical safeguards consistent with industry standards to protect the confidentiality, integrity, and availability of the recorded testimony, recording, transcript, exhibits, and related deposition materials uploaded to or recorded by Skribe.

6. Skribe preserves the official deposition record, meaning the certified audiovisual recording and the transcript, as part of the record of the proceeding and consistent with any and all civil rules of procedure, court order, or record-retention requirements.

7. By contrast, materials an individual attorney or law firm uploads to use the optional AI tools, including search and analytical features, are retained only as needed and deleted upon request. Accordingly, and under this optional feature only, Skribe retains said material only as long as necessary to provide the requested services and same are deleted upon written request.

8. Skribe does not use any data provided by users of its platform to train any AI models.

9. Skribe will handle any materials designated confidential under the Agreed Confidentiality Order entered in this action on December 19, 2025 [ECF No. 82], as qualified by the Court's minute entry of even date therewith [ECF No. 81] (collectively, "Protective Order"), consistent with its terms.

179490149.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on July 8, 2026, in Austin, Texas.

*Thomas J Irby*

Thomas J. Irby
Chief Executive Officer, Skribe, Inc.

179490149.1