**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: MFB Fertility Inc. v. Action Care Mobile Veterinary Clinic. LLC

Case Number: 23-cv-03854

An appearance is hereby filed by the undersigned as attorney for:

U.S. Legal Support, Inc., Esquire Deposition Solutions, Veritext, LLC, and Magna Legal Services

Attorney name (type or print): Jonathan B. Amarilio

Firm: Taft Stettinius & Hollister LLP

Street address: 111 East Wacker Drive, Suite 2600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6292274
(See item 3 in instructions)

Telephone Number: (312) 527-4000

Email Address: jamarilio@taftlaw.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you a member of the court's general bar? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/13/2026

Attorney signature: S/ Jonathan B. Amarilio

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023