**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MFB Fertility Inc.,

            Plaintiff,

     v.

Action Care Mobile Veterinary Clinic, LLC,

            Defendant.

Case No. 23-cv-03854

## NOTICE OF INTENT TO FILE *AMICI* BRIEF

Please be advised that pursuant to the Court's solicitation of *amicus* briefing (Dkt. 106),

U.S. Legal Support, Inc., Esquire Deposition Solutions, Veritext, LLC, and Magna Legal Services

intend to file an *amicus* brief concerning plaintiff's second motion (Dkt. 103).

Dated:  July 15, 2026

Respectfully submitted,

**U.S. LEGAL SUPPORT, INC., ESQUIRE
DEPOSITION SOLUTIONS, VERITEXT,
LLC, AND MAGNA LEGAL SERVICES**

By: */s/ Ian H. Fisher*
        One of Its Attorneys

Ian H. Fisher  (ARDC: #6224920)
ifisher@taftlaw.com
Jonathan B. Amarilio (ARDC: #6292274)
jamarilio@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, #2600
Chicago, IL 60601
Telephone:  312-527-4000
*Counsel for U.S. Legal Support, Inc.,
Esquire Deposition Solutions, Veritext,
LLC, and Magna Legal Services*

2

### <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing to be served upon all parties by electronic mail and this Court's ECF system, this 15th day of July, 2026.

/s/ Ian H. Fisher
Ian H. Fisher