**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MFB Fertility Inc., | |
| Plaintiff, | |
| v. | Case No. 23-cv-03854 |
| Action Care Mobile Veterinary Clinic, LLC, | Judge John J. Tharp, Jr. |
| Defendant. | Mag. Judge Gabriel A. Fuentes |

**RULE 7.1 DISCLOSURE STATEMENT AND
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Veritext, LLC ("Veritext") makes the following disclosures. Veritext is 100% wholly owned by its parent company VT Topco, Inc. No publicly held corporation directly owns 10% or more of Veritext or its parent company's ownership. Veritext states that it does not otherwise have any affiliates within the meaning of Local Rule 3.2.

Dated:  July 20, 2026

Respectfully submitted,

**VERITEXT, LLC**

By: */s/ Ian H. Fisher*
     One of Its Attorneys

Ian H. Fisher  (ARDC: #6224920)
ifisher@taftlaw.com
Jonathan B. Amarilio (ARDC: #6292274)
jamarilio@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, #2600
Chicago, IL 60601
Telephone:  312-527-4000
*Counsel for U.S. Legal Support, Inc.,*
*Esquire Deposition Solutions, Veritext,*
*LLC, and Magna Legal Services*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing to be served upon all parties by electronic mail and this Court's ECF system, this 20th day of July, 2026.

/s/ Ian H. Fisher
Ian H. Fisher