**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MFB Fertility Inc., | |
| Plaintiff, | |
| v. | Case No. 23-cv-03854 |
| Action Care Mobile Veterinary Clinic, LLC, | Judge John J. Tharp, Jr. |
| Defendant. | Mag. Judge Gabriel A. Fuentes |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, U.S. Legal Support, Inc. ("U.S. Legal") makes the following disclosures. U.S. Legal is 100% wholly owned by its parent company USLS Midco, Inc. No publicly held corporation directly owns 10% or more of U.S. Legal or its parent company's ownership. U.S. Legal states that it does not have any other affiliates within the meaning of Local Rule 3.2.

Dated:  July 20, 2026

Respectfully submitted,

**U.S. LEGAL SUPPORT, INC.**

By: */s/ Ian H. Fisher*
    One of Its Attorneys

Ian H. Fisher  (ARDC: #6224920)
ifisher@taftlaw.com
Jonathan B. Amarilio (ARDC: #6292274)
jamarilio@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, #2600
Chicago, IL 60601
Telephone:  312-527-4000
*Counsel for U.S. Legal Support, Inc.,
Esquire Deposition Solutions, Veritext,
LLC, and Magna Legal Services*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, does hereby certify that they caused a true and correct copy

of the foregoing to be served upon all parties by electronic mail and this Court's ECF system, this

20th day of July, 2026.

/s/ Ian H. Fisher
Ian H. Fisher