**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MFB Fertility Inc., | |
| Plaintiff, | |
| v. | Case No. 23-cv-03854 |
| Action Care Mobile Veterinary Clinic, LLC, | Judge John J. Tharp, Jr. |
| Defendant. | Mag. Judge Gabriel A. Fuentes |

**RULE 7.1 DISCLOSURE STATEMENT AND
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Esquire Deposition Solutions, LLC ("Esquire") makes the following disclosures. Esquire is wholly owned by EDS Acquirer Corp., which is wholly owned by EDS Acquirer Parent, Corp. EDS Acquirer Parent Corp. is wholly owned by EDS Holdco Investors, LLC, which is privately held. No publicly held corporation directly owns 10% or more of Esquire or its parent entities' ownership. Esquire states that it does not otherwise have any affiliates within the meaning of Local Rule 3.2.

Dated: July 20, 2026

Respectfully submitted,

**ESQUIRE DEPOSITION SOLUTIONS**

By: */s/ Ian H. Fisher*
    One of Its Attorneys

Ian H. Fisher  (ARDC: #6224920)
ifisher@taftlaw.com
Jonathan B. Amarilio (ARDC: #6292274)
jamarilio@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, #2600
Chicago, IL 60601
Telephone:  312-527-4000
*Counsel for U.S. Legal Support, Inc.,
Esquire Deposition Solutions, Veritext,
LLC, and Magna Legal Services*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing to be served upon all parties by electronic mail and this Court's ECF system, this 20th day of July, 2026.

/s/ Ian H. Fisher
Ian H. Fisher