**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

MFB Fertility Inc.

Plaintiff,

v.

Case No.: 1:23−cv−03854
Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Amicus briefs having been filed, the Court gives the parties to noon on 8/31/26 to file any optional reply they wish on the digital court reporting motion (doc. #103). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.