**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

MFB Fertility Inc.

Plaintiff,

v.

Case No.: 1:23−cv−03854
Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Defendant's Motion (D.E. [103]) is granted in part and denied in part as stated in the attached order. ENTER ORDER. The Court further orders the parties to file a joint status report by noon on 9/15/26, specifying the remaining fact discovery to be completed in this case, proposing a deadline for fact discovery closure, and proposing an expert discovery schedule, if any. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.