**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MFB FERTILITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>ACTION CARE MOBILE VETERINARY CLINIC, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:23-CV-03854<br><br>Honorable John T. Tharp, Jr.<br>Magistrate Judge Fuentes |

**JOINT STATUS REPORT**

The parties, through their respective undersigned attorneys, submit this joint status report pursuant to the Court's September 9, 2026, minute order (Dkt. 132).

1. The parties met and conferred regarding remaining fact discovery to be completed and jointly propose that fact discovery be extended by 45 days, until October 30, 2026, to complete the following:

    a. MFB's supplemental written discovery to Action Care;

    b. The deposition of MFB's principal, Dr. Amy Beckley;

    c. A possible Rule 30(b)(6) deposition of Action Care.

    d. A possible Rule 30(b)(6) deposition of MFB; however, the parties agree that Dr. Beckley will only be produced for a deposition once.

2. The parties met and conferred regarding expert discovery, and considering respective trial schedules and other professional obligations, propose the following schedule:

    a. Action Care to disclose experts by November 30, 2026;

    b. MFB to disclose experts by January 15, 2027

c. Depositions of all experts to be completed by March 1, 2027.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Patrick R. Moran*

Patrick R. Moran (pmoran@rfclaw.com)
ROCK FUSCO & CONNELLY, LLC
333 w. Wacker Dr., 19th Floor
Chicago, IL 60606
Tel.: (312) 970-3471

***Attorneys for Plaintiff/Counter-defendant MFB Fertility Inc.***

*/s/ Ilya G. Zlatkin*

Ilya G. Zlatkin (ilya@zce.law)
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, IL 60641
Tel.: (312) 809-8022

***Attorney for Defendant/Counter-plaintiff Action Care Mobile Veterinary Clinic, LLC***