**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

MFB Fertility Inc.

Plaintiff,

v.

Case No.: 1:23−cv−03854
Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the parties' joint status report (doc. #[134]) stating that the parties have mutually agreed to complete fact discovery by 10/30/26, the Court construes the report as a joint motion to extend the fact discovery deadline to 10/30/26. That motion is granted but this 10/30/26 fact discovery cutoff is final, meaning that the parties must quickly decide whether and when to schedule the "possible" depositions they envision completing by that date. The parties also propose an expert discovery schedule, which this Court adopts by agreement: Defendant to disclose experts by 11/30/26; Plaintiff to disclose experts by 1/15/27; and expert depositions to be completed by 3/1/27. The next joint status report on discovery progress and settlement status is due by noon on 10/21/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.