**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MFB FERTILITY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:23-CV-03854 |
| v. | ) | |
| | ) | Honorable John T. Tharp, Jr. |
| ACTION CARE MOBILE VETERINARY CLINIC, LLC | ) | Magistrate Judge Fuentes |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, through their respective undersigned attorneys, submit this joint status report pursuant to the Court's September 9, 2026, minute order (Dkt. 132) and the Court's October 22, 2026, minute order (Dkt. 136).[1]

1. The deposition of Dr. Amy Beckley was taken on October 6, 2026.

2. Plaintiff served supplemental written discovery requests on September 21, 2026. Defendant has indicated it will respond by October 30, 2026. Defendant has agreed it will not raise a timeliness objection if a motion to compel any deficient response for such supplemental written discovery requests is filed after October 30, 2026.

3. Defendant has requested the deposition of Jeffrey Schell, an attorney who was employed by Plaintiff during the relevant period. Plaintiff does not oppose the taking of this deposition but disagrees that the attorney-client privilege has been waived. The parties are in the process of meeting and conferring about resolving this issue and have discussed a compromise that may render the deposition moot. The parties anticipate having this issue resolved in the next two weeks. Plaintiff has agreed that the deposition of Mr. Schell may be conducted after the current

[1] The parties apologize for missing the initial deadline and thank the Court for allowing an extension to file this report.

fact discovery deadline. The parties reserve their respective positions for resolution if necessary, and nothing in this report waives or limits either party's rights, including Defendant's right to examine Mr. Schell and to seek appropriate relief regarding the consultation, or Plaintiff's objections.

4. Mr. Schell is no longer employed by Plaintiff and therefore is out of Plaintiff’s control; however, Plaintiff anticipates it will be able to produce him by agreement if the parties are able to resolve the privilege waiver issue.

5. The parties believe another settlement conference, before the parties expend additional resources on expert discovery, may help in potentially resolving the dispute.

Respectfully submitted,

*/s/ Ilya G. Zlatkin*
Ilya G. Zlatkin (ilya@zce.law)
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, IL 60641
Tel.: (312) 809-8022
***Attorney for Defendant/Counter-plaintiff***
***Action Care Mobile Veterinary Clinic, LLC***

Respectfully submitted,

*/s/ Patrick R. Moran*
Patrick R. Moran (pmoran@rfclaw.com)
ROCK FUSCO & CONNELLY, LLC
333 w. Wacker Dr., 19th Floor
Chicago, IL 60606
Tel.: (312) 970-3471
***Attorneys for Plaintiff/Counter-defendant***
***MFB Fertility Inc.***