**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

MFB Fertility Inc.

Plaintiff,

v.

Case No.: 1:23−cv−03854
Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Upon review of the parties' joint status report (doc. # [137]), stating that discovery is progressing with the parties meeting and conferring regarding certain issues and the parties request another settlement conference, the Court makes no adjustment to the discovery schedule. A pre−settlement telephonic conference with counsel is set for 11:30 a.m. on 11/10/26 to discuss format and scheduling of a settlement conference. Counsel should be prepared with available settlement conference dates for counsel and clients in January and February 2027. Counsel should contact the magistrate judge jointly at the time of the pre−settlement conference on the number to be provided to them by the courtroom deputy. Counsel are further directed to review the Court's Standing Order for Settlement Conferences available on the Court's website. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.