**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

MFB Fertility Inc.

Plaintiff,

v.

Case No.: 1:23−cv−03854
Honorable John J. Tharp Jr.

Action Care Mobile Veterinary Clinic, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 20, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Pre−settlement telephonic conference held. The parties reported that they are prepared to participate in a settleme nt conference and confirmed their understanding of the full−authority rule. A video settlement conference is set over Cisco WebEx for 10:30 a.m. on 1/20/27. The parties are further instructed to submit a joint statement in "Word" format by no later than noon on 1/13/27 to Judge Fuentes' Settlement Correspondence box at Settlement_Correspondence_Fuentes@ilnd.uscour ts.gov. The joint statement shall contain a list of all of the participants (for each side who will be participating by video) and the email addresses associated with each name, for the purposes of providing all of the parties with the email invites and the link to connect to the video conference. Parties are instructed to make sure all join the conference from their own email account through the "join meeting" link in their calendar event. Mediation statements in compliance with the Standing Order are due from defendant by 5 p.m. on 1/7/27 and from plaintiff by 5 p.m. on 1/15/27, to the Court's settlement correspondence mailbox and copied to opposing counsel. A pre−settlement telephonic conference is set for 8:30 a.m. on 1/19/27, when the parties' counsel are directed to contact the magistrate judge at the number they have been provided. The parties consented to ex parte communications between the mediator and respective counsel to discuss settlement issues only. The Court wishes all a Happy Thanksgiving. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.